# In The United States Court of Federal Claims

## Cover Sheet

**06-232 C**

Plaintiff(s) or Petitioner(s)

Systems Development Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Howell Roger Riggs

Firm Name: Dick, Riggs, Miller & Stem LLC

Post Office Box:

Street Address: 200 Clinton Ave. Suite 1050

City-State-Zip: Huntsville, AL 35801

Telephone & Facsimile Numbers: 256+564-7317 256+564-7319

E-mail address: hriggs@drmslaw.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A R M

See attached Sheet for three digit code.

Amount Claimed: $ 1.1 Million

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005