IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-232C |
| | ) | (Judge Baskir) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joan Stentiford, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: April 19, 2006

/s/JOAN M. STENTIFORD

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division