# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: May 23, 2006)

**********************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************************

## ORDER

Defendant's unopposed Motion for Enlargement of Time (59 days) **until July 21, 2006,** to file a response to Plaintiff's Complaint is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge