# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: September 6, 2006)

*************************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************************

## ORDER

The Court intends to schedule a telephonic preliminary status conference (on the record) during the month of October.

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than September 22, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge