IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN CASUALTY CO. OF READING, PENNSYLVANIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-354C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with the Court's order entered June 15, 2006, the parties report that they have completed initial disclosures and document exchange, and following their review of the exchanged documents, the parties intend to meet to discuss this option. Plaintiff continues to believe that non-binding mediation would be helpful in reaching a settlement. The parties previously submitted a Joint Preliminary Status Report in which they proposed a discovery and briefing schedule which they believe meets the Court's requirement that they propose a schedule, with dates, for resolution of the case. That schedule is repeated here, for the Court's convenience:

A. All discovery commenced in time to be completed by February 28, 2007.

B. Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

C. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

D. Maximum of 5 depositions by plaintiff and 5 by defendant. Each deposition is limited to maximum of 8 hours.

E. Reports from retained experts under Rule 26(a)(2) due:
   i. from plaintiff by December 1, 2006.
   ii. from defendant by January 15, 2007.

F. The parties request a pretrial conference on or around May 1, 2007.

G. All potentially dispositive motions should be filed on or before March 28, 2007.

H. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due, if necessary, no later than 30 days after resolution of all dispositive motions.

I. Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

J. Time of trial shall be evaluated at the pre-trial conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Victor G. Klingelhofer
Victor G. Klingelhofer, Esq.
Cohen Mohr, LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Phone (202) 342-2550
Fax (202) 342-6147

Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant