# In the United States Court of Federal Claims

No. 06-232C ADR Pilot
(Filed: October 6, 2006)

* * * * * * * * * * * * * * * * * * * *
SYSTEMS DEVELOPMENT
CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

## ORDER

An early neutral evaluation telephonic conference was held Thursday, October 5, 2006. In the view of the ADR Judge, further efforts to pursue an ADR is premature at this time in light of the defendant's indication that it expects to pursue legal issues. Should the parties decide to pursue an ADR, the ADR Judge is willing to work with the parties.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lawrence M. Baskir