# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: October 18, 2006)

***********************************************************

SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*

***********************************************************

## ORDER

The Court held a Preliminary Status Conference in the above-captioned case on October 18, 2006. The following schedule for further proceedings in the case was adopted at the status conference.

The parties will engage in fact and expert discovery until **March 16, 2007.** Plaintiff's expert reports are due **January 19, 2007**, and Defendant's expert reports are due **February 20, 2007**. **The parties shall file a Joint Status Report no later than March 23, 2007.** The Joint Status Report should summarize the status of the case and suggest further proceedings.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge