**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SYSTEMS DEVELOPMENT CORPORATION,** | ) | |
| | ) | **No. 06-232C** |
| **Plaintiff,** | ) | **(Judge Baskir)** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**

Comes now the plaintiff, SDC, pursuant to RCFC 15, and hereby request leave of this Court to file Plaintiff's First Amended Complaint. Based upon a review of defendant's Initial Disclosures, it is the plaintiff's position that the evidence establishes that the defendant had superior knowledge of vital information that it failed to disclose to the plaintiff.

Plaintiff's First Amended Complaint is being filed simultaneously herewith.

Respectfully submitted this the 11th day of December, 2006, by:

s/ Howell Roger Riggs
DICK, RIGGS, MILLER, & STEM, LLP
Attorneys for Systems Development Corporation
200 Clinton Avenue, Suite 1050
Huntsville, AL 35801
Tele: 256+564-7317
Fax: 256+564-7319
Email: hriggs@drmslaw.net