# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: January 8, 2007)

************************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
************************************************************

## ORDER

Plaintiff's **Motion for Leave to File its First Amended Complaint**, filed December 11, 2006, is hereby **GRANTED**. Plaintiff is directed to file its First Amended Complaint forthwith.

Defendant's **Answer filed on December 22, 2006, is to be stricken from the record** as being filed prematurely. Once the Plaintiff files its First Amended Complaint, **Defendant is directed to re-file its Answer to Plaintiff' First Amended Complaint.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge