# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: February 16, 2007)

**********************************************************

| | |
|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |

**********************************************************

## ORDER

On January 8, 2007, this Court granted Plaintiff's Motion for Leave to File Its First Amended Complaint and directed Plaintiff to file its First Amended Complaint forthwith. Plaintiff's First Amended Complaint, filed December 11, 2006, and Defendant's Answer to that complaint, filed December 22, 2006, were stricken from the record as being filed prematurely.

Plaintiff has not yet filed its First Amended Complaint in this case. As such, **we hereby order the Plaintiff to file its First Amended Complaint and explain its reasons for its delay forthwith, but no later than March 2, 2007.** Once the Plaintiff files its First Amended Complaint, **Defendant is directed to re-file its Answer to Plaintiff's First Amended Complaint.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge