**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SYSTEMS DEVELOPMENT CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **UNITED STATES,** | ) | **Case No. 06-232 C (Judge Baskir)** |
| **Defendant** | ) | |

**<u>MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT OUT OF TIME</u>**

Comes now the Plaintiff, Systems Development Corporation, pursuant to Rule 6(b)(2) of the Rules of the United States Court of Federal Claims, and requests that this Court allow the Plaintiff to file its First Amended Complaint after the expiration of period allotted for such filing. In support of its Motion the Plaintiff would show unto the Court, the following:

1. By Order of the Court, the Plaintiff was directed to file its First Amended Compliant prior to March 2, 2006.

2. The Plaintiff has failed to comply with this Order for the following reasons:

   a. Plaintiff's counsel has spent a substantial amount of time in the previous months out of the office due to an inordinate amount of international travel, which has only recently become necessary component of his legal practice.

   b. Plaintiff's counsel has been, and continues to be, involved in two (2) particularly demanding appeals before the United States Court of Appeals for the Federal Circuit, which have required daily attention, numerous pleadings, and oral argument.

c. Plaintiff's counsel's government contract practice has suffered recent setbacks due to the sudden departure of a specialized associate.

3. The Plaintiff asserts that despite its failure to comply with the limitation set by Order of this Court for the filing of its First Amended Complaint, that this Court has the authority to extend this period, and that it could properly do so based upon the reasons set forth above, which amount to excusable neglect.

4. Plaintiff's counsel has contacted the Defendant's counsel regarding the contents of this Motion, and Defendant's counsel has indicated that she has no objection thereto and does not intend to file a responsive pleading.

5. For the Court's consideration, the Plaintiff has filed its First Amended Complaint simultaneously with this Motion.

WHEREFORE, the premises considered, the Plaintiff moves this Honorable Court to allow the Plaintiff to file its First Amended Complaint.

Respectfully Submitted By:

/s/ Howell Roger Riggs
Attorney for the Plaintiff
Dick, Riggs, Miller & Stem, LLP
200 Clinton Avenue West
AmSouth Center, Suite 1050
Huntsville, Alabama 35801
Tel: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net