# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SYSTEMS DEVELOPMENT CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 06-232 C** |
| **UNITED STATES,** | ) | **(Judge Baskir)** |
| **Defendant.** | ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Come now the Plaintiff, Systems Development Corporation, and the Defendant, the United States, and request this Court to amend the Scheduling Order entered by the Court on October 18, 2006.

Since the entry of the original scheduling order, the parties have been diligent in pursuing discovery. The parties have taken and responded to written discovery, and have also taken depositions of fact witnesses. The parties cooperated in resolving the scheduling difficulties created by the conflicting travel schedules of counsel and the fact that some of the Government's witnesses have retired from the Government, but the result was that depositions could not be completed until this week. Therefore, the parties request a short extension of the discovery

deadline and related deadlines. This is the parties' first request for an extension for this purpose.

Specifically, the parties request the following modifications:

1. The Parties request that the March 16, 2007 deadline for fact and expert discovery be extended by forty-five (45) days, until April 26, 2007.

2. The Parties request that the January 19, 2007 deadline for the Plaintiff's expert reports be extended by sixty-one (76) days, until April 5, 2007.

3. The Parties request that the February 20, 2007 deadline for the Defendant's expert reports be extended by sixty-one (76) days, until May 7, 2007.

4. The Parties request that the March 23, 2007, deadline for the Joint Status Report be extended by forty-five (45) days, until May 7, 2007.

WHEREFORE, the premises considered, the Plaintiff moves this Honorable Court to amend the Scheduling Order entered by this Court on October 18, 2006.

Respectfully Submitted By:

/s/ Howell Roger Riggs
Attorney for the Plaintiff
Dick, Riggs, Miller & Stem, LLP
200 Clinton Avenue West
AmSouth Center, Suite 1050
Huntsville, Alabama 35801
Tel: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net

/s/ Joan M. Stentiford
Attorney for the Defendant
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624
joan.stentiford-ulmer@usdoj.gov