# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: March 19, 2007)

************************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
************************************************************

## ORDER

Plaintiff's unopposed **Motion for Leave to File its First Amended Complaint (attached) Out of Time**, filed March 16, 2007, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge