# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: March 21, 2007)

************************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
************************************************************

## ORDER

The parties' first **Joint Motion to Amend Scheduling Order** filed March 16, 2007, is hereby **GRANTED** as follows:

-- Parties will engage in fact and expert discovery until **April 26, 2007;**

-- Plaintiff's expert reports are due **April 5, 2007;**

-- Defendant's expert reports are due **May 7, 2007;** and

-- **The parties shall file a Joint Status Report by May 7, 2007.** The Joint Status Report should summarize the status of the case and suggest further proceedings.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge