# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, | ) | |
| | ) | No. 06-232C |
| Plaintiff, | ) | (Judge Baskir) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order entered March 21, 2007, the parties respectfully submit this Joint Status Report:

The parties have cooperated in completing fact discovery, and have fully engaged in written discovery and depositions.

In accordance with the Court's instructions, the parties suggest the following proceedings:

(1) All potentially dispositive motions should be filed on or before July 9, 2007.

(2) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due, if necessary, no later than 30 days after resolution of all dispositive motions.

(3) Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(4) The parties request a pretrial conference on or around September 1, 2007.

(5) Time of trial shall be evaluated at the pre-trial conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Howell Roger Riggs, Jr.
HOWELL ROGER RIGGS, JR.
Dick, Riggs, Miller & Stem
200 Clinton Avenue, Suite 1050
AmSouth Center
Huntsville, Alabama 35801
Phone (256) 564-7317
Fax (256) 564-7319

Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant