IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-232C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 14-day enlargement of time, to and including July 23, 2007, to file a motion for summary judgment. Our motion is currently due on July 9, 2007. No previous requests for enlargement of time have been made by the Government for this purpose. This brief extension is necessary because Government counsel is required to be out of town in the next two weeks to attend a hearing in Former Employees of Joy Technologies, Inc. v. United States Secretary of Labor, Court of International Trade No. 06-00088; and to complete discovery in Marina Waterside, Inc. v. United States, 06-232C. Additionally, Government counsel has been unable to complete the motion before this time owing

to an extensive document production in A & D Fire Protection, Inc. v. United States, Case No. 03-1157C, and global settlement negotiations in Swanson Group, Inc. v. United States, 05-179C, 05-170C, and 05-171, and Scott Timber Co. v. United States, 05-708C.

On June 25, 2007, counsel for defendant communicated with Howell Riggs, counsel for the plaintiff, who indicated he does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

June 28, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _28th_ day of June, 2007, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD