# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: July 9, 2007)

*************************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************************

## ORDER

Defendant's unopposed Motion for Enlargement of Time (14 days) **until July 23, 2007,** to file its Motion for Summary Judgment is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge