IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Filed: July 31, 2007

| | | |
|---|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, Plaintiff, | * | |
| v. | * | Case No. 06-232C (Judge Baskir) |
| UNITED STATES, Defendant, | * | |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, Systems Development Corporation, pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, and prays this Honorable Court to extend the time for the Plaintiff to file its Response to the Defendant's most recent submissions in the above styled action. In support of this motion, the Plaintiff would show unto the Court as follows:

1. The Defendant's Motion to Dismiss, or Alternatively for Summary Judgment was filed on July 23, 2007.

2. The current deadline for the filing of the Plaintiff's Response to said motion is due on August 6, 2007, said date being fourteen (14) days from the date of filing as provided by Rule 7.2 of the Rules of the United States Court of Federal Claims.

3. Plaintiff has filed only one (1) previous motion to extend time in this matter, and one (1) motion to file out of time.

4. Joan M. Stentiford, Counsel for the Defendant has been informed of the Plaintiff's intent to file this Motion, and has consented to the averments and prayer herein, and has indicated her intention not to file any response.

WHEREFORE, the premises considered, the Plaintiff prays this Honorable Court to extend the deadline for the filing of the Plaintiff's Response to the Defendant's motion by fourteen (14) days, thereby establishing a new deadline of August 20, 2007.

This Motion is respectfully submitted on this the 31st day of July, 2007.

/s/ Howell Roger Riggs___________________
Howell Roger Riggs
Attorney for the Plaintiff
200 Clinton Avenue West
AmSouth Center, Suite 1050
Huntsville, Alabama 35801

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2007, I caused a copy of the foregoing motion to be served on the following parties via electronic mail, and by placing the same in the U.S. Mail, properly addressed and postage prepaid:

Joan M. Stentiford
Attorney for the Defendant
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624

/s/ Howell Roger Riggs______ ___________________
Howell Roger Riggs