# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: August 1, 2007)

*********************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************************

**ORDER**

Plaintiff's unopposed Motion for a 14-day **Enlargement of Time** filed July 31, 2007, to file its Response to Defendant's Motion to Dismiss, or Alternatively for Summary Judgment is hereby **GRANTED**. **Plaintiff shall file its response brief no later than August 20, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge