IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Filed: August 24, 2007

| | | |
|---|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, Plaintiff, | * | |
| v. | * | Case No. 06-232C (Judge Baskir) |
| UNITED STATES, Defendant, | * | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME, OUT OF TIME**

Comes now the Plaintiff, Systems Development Corporation, pursuant to Rule 6.1 and Rule 6(b)(2) of the Rules of the United States Court of Federal Claims, and prays this Honorable Court to extend the time for the Plaintiff to file its Response to the Defendant's most recent submissions in the above styled action. In support of this motion, the Plaintiff would show unto the Court as follows:

1. The Defendant's Motion to Dismiss, or Alternatively for Summary Judgment was filed on July 23, 2007.

2. The current deadline for the filing of the Plaintiff's Response to said motion was August 20, 2007.

3. Plaintiff has filed two (2) previous motions to extend time in this matter, and one (1) motion to file out of time.

4. Joan M. Stentiford, Counsel for the Defendant has been informed of the Plaintiff's intent to file this Motion, and has indicated that she does not object to its contents or prayer.

5. The Plaintiff states as cause for this motion that the emergency circumstances surrounding Plaintiff's counsel's involvement in case number CV-07-C-1455-NE in the U.S. District Court for the Northern District of Alabama have demanded the great majority of counsel's time and effort in recent weeks, and have prevented him from having an adequate opportunity to finalize and review his intended submissions in this action.

6. Further, the Plaintiff states that it had previously obtained the consent of the Defendant's counsel to extend the deadline referenced in paragraph 2 above, but through

inadvertence and excusable neglect failed to file its Motion For Extension of Time due to the heightened resources which Plaintiffs counsel was forced to exert in regard to the aforementioned litigation.

WHEREFORE, the premises considered, the Plaintiff prays this Honorable Court to extend the present deadline for the filing of the Plaintiff's Response to the Defendant's motion by eleven (11) days, thereby establishing a new deadline of August 31, 2007.

This Motion is respectfully submitted on this the 24th day of August, 2007.

/s/ Howell Roger Riggs__________________
Howell Roger Riggs
Attorney for the Plaintiff
200 Clinton Avenue West
AmSouth Center, Suite 1050
Huntsville, Alabama 35801

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2007, I caused a copy of the foregoing motion to be served on the following parties via electronic mail, and by placing the same in the U.S. Mail, properly addressed and postage prepaid:

Joan M. Stentiford
Attorney for the Defendant
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624

/s/ Howell Roger Riggs__________________________
Howell Roger Riggs