IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEMS DEVELOPMENT )
CORPORATION, )
)
Plaintiff, ) No. 06-232C
v. ) (Judge Baskir)
)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 14-day enlargement of time, to and including October 15, 2007, to file a reply to plaintiff's opposition to our motion for summary judgment. Our motion is currently due on October 1, 2007. No previous requests for enlargement of time have been made by the Government for this purpose. This extension is necessary because the undersigned trial attorney has been out of the office taking depositions in two other cases, Marina Waterside, LLC. v. United States, No. 06-497C, where discovery ended September 13, 2007, and Hallwood Plaza, Inc. v. United States, No. 06-589C, where discovery is scheduled to close September 30, 2007, and additional out-of-town depositions are scheduled for the week

of September 27, 2007. Additionally, the undersigned trial attorney is responsible for filing a statement in anticipation of mediation on September 28, 2007, in American Casualty v. United States, No. 06-354C, and with preparing for trial in Bell-BCI v. United States, 03-1613C, where a 10-day trial is scheduled to begin on October 15, 2007.

On September 24, 2007, counsel for defendant communicated with Howell Riggs, counsel for the plaintiff, who indicated he does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

September 24, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _24th_ day of September, 2007, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD