# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: September 25, 2007)

*******************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*******************************************************

**ORDER**

Defendant's unopposed Motion for a 14-day **Enlargement of Time** of September 24, 2007, to file its **Reply** to Plaintiff's Cross Motion and Response to Defendant's Motion for Summary Judgment is hereby **GRANTED**. **Defendant shall file its Reply brief by October 15, 2007.**

**Plaintiff shall file its Reply brief to its Cross Motion no later than October 29, 2007.**

**As instructed in this Court's Special Procedures Order filed on April 21, 2006, the parties shall file the Consolidated Statement of Uncontroverted Facts no later than November 5, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge