IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | No. 06-232C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 7-day enlargement of time, to and including October 22, 2007, to file a reply to plaintiff’s opposition to our motion for summary judgment. Our motion is currently due on October 15, 2007. One prior request for a 14-day enlargement of time has been made by the Government for this purpose. This extension is necessary because the undersigned trial attorney has been out of the office with illness and has been unable to work at full capacity. Additionally, the undersigned trial attorney is responsible for filing an appellate brief in Rick’s Mushroom Service v. United States, Federal Circuit 2007-5137 which is due on October 15, 2007. Additionally, the undersigned trial attorney is responsible for

preparing for trial in <u>Bell-BCI v. United States</u>, 03-1613C, where trial scheduled to begin on October 15, 2007.

On October 10, 2007, counsel for defendant communicated with Howell Riggs, counsel for the plaintiff, who indicated he does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

October 10, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _10th_ day of October, 2007, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD