No. 06-232C
(Judge Baskir)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SYSTEMS DEVELOPMENT CORPORATION, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT APPENDIX TO CONSOLIDATED
STATEMENT OF UNCONTROVERTED FACTS

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-0341
Facsimile: (202) 514-8624
Attorneys for Defendant

HOWELL ROGER RIGGS
Dick, Riggs, Miller & Stem, LLP
200 Clinton Avenue, Suite 1050
Huntsville, Alabama 35801
Telephone: (256) 564-7317
Facsimile: (256) 564-7319

October 29, 2007

# TABLE OF CONTENTS

Document Description . . . Page

Contract No. DAAH01-00-C-0077, awarded May 9, 2000 . . . . . . . . . . . . . 1

Technical Data Package for Contract No. DAAH01-00-C-0077 . . . . . . . . . 28

Modification P00001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Modification P00005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Modification P00008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

Contractor's Proposal Dated April 23, 2004, To Settle The Termination For Convenience . . . . . . . . . . . . . . . . . . . . . . . . 52

Sub-contractor's Proposal To Settle The Termination For Convenience . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

Defense Contract Audit Agency Audit Report No. 01201– 2004J17100001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

Defense Contract Audit Agency Audit Report No. 01201– 2004J17100002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99

Termination Contracting Officer's Initial Proposal To Settle The Termination For Convenience . . . . . . . . . . . . . . . . . . . . . . . . 111

Report From Ernest Agresto, CPA, To Support Contractor's Proposal To Settle The Termination For Convenience . . . . . . . . . . 124

Termination Contracting Officer's Second Proposal To Settle The Termination For Convenience . . . . . . . . . . . . . . . . . . . . . . . . 149

Contractor's Proposal Dated November 12, 2004 To Settle The Termination For Convenience . . . . . . . . . . . . . . . . . . . . . . . . 152

Contracting Officer's final decision, dated March 25, 2005 . . . . . . . . . . . 172

Public Voucher Reflecting Payment To Contractor For Final
Decision on Terminated Contract DAAH01-00-C-0077 . . . . . . . . . . 179

E-mail message dated January 27, 2000 from
Virginia Gilchrist regarding MIS-41341 . . . . . . . . . . . . . . . . . . . . . . 181

Letter dated November 30, 1999, from Virginia Gilchrist to
John Nelson, Small Business Office, U.S. Army
Aviation and Missile Command . . . . . . . . . . . . . . . . . . . . . . . . . . 183

Letter dated December 6, 1999 from John Nelson to
Donna H. Glenn, U.S. Small Business Administration . . . . . . . . . . 184

Memo dated December 1, 1999 from John Nelson to
James Adams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 186

Modification 00002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 187

Letter dated February 14, 2002 from Contracting Officer
Jerry Hill to Virginia Gilchrist . . . . . . . . . . . . . . . . . . . . . . . . . . . 191

Letter dated March 13, 2001, from Virginia Gilchrist to
Georgia Walker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193

E-mail message dated March 22, 2001, from Gilliam Carpenter
to Georgia Walker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 195

E-mail message dated February 1, 2000 from Virginia Gilchrist
to Georgia Walker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196

Report from Ernest Agresto Concerning Damages Claimed
Contractor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 198

Deposition Testimony – Jerald F. Tignor . . . . . . . . . . . . . . . . . . . . . . . . 222

Deposition Testimony – Ernesto Agresto . . . . . . . . . . . . . . . . . . . . . . . . 226

Deposition Testimony – Virginia Gilchrist . . . . . . . . . . . . . . . . . . . . . . . . 229

Deposition Testimony – John Farris . . . . . . . . . . . . . . . . . . . . . . . . . . . . 237

John Farris Deposition Exhibit 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243