QPL LEGEND

FROM THE PUBLISHERS. THEY ARE NOT AVAILABLE FROM GOVERNMENT SOURCES.

D/B = DISTRIBUTION STATEMENT B - DIS IBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES ONLY.

D/C = DISTRIBUTION STATEMENT C - DIS IBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES AND THEIR CONTRACTORS.

D/D = DISTRIBUTION STATEMENT D - DIS IBUTION AUTHORIZED TO THE DEPARTMENT OF DEFENSE AND DOD CONTRACTORS ONLY.

D/E = DISTRIBUTION STATEMENT E - DIS IBUTION AUTHORIZED TO DOD COMPONENTS ONLY.

D/F = DISTRIBUTION STATEMENT F - FUR ER DISSEMINATION ONLY AS DIRECTED.

D/X = DISTRIBUTION STATEMENT X - DIS IBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES AND PRIVATE INDIVIDUALS OR ENTERPR ES.

EXP = EXPORT CONTROLLED DOCUMENT

EXPOR CONTROL STATEMENT

WARNING - THIS DOCUMENT CONTAINS TEC ICAL DATA WHOSE EXPORT IS RESTRICTED BY THE ARMS EXPORT CONTR ACT (TITLE 22, U.S.C., SEC 2751 ET S .) OR EXECUTIVE ORDER 12470. VIOLATION OF THESE EXPORT I S ARE SUBJECT TO SEVERE CRIMINAL PENAL ES.

A LETTER 'Q' UNDER THE QPL COLUMN OF HE SPECIFICATIONS AND STANDARDS SECTION INDICATES THAT A QUALIFIED PRODUCTS IST (QPL) IS REQUIRED. THE NUMBER OF THE QPL IS THE SAME AS THE SPECIFICA ION NUMBER

A 'DX' UNDER THE PREFIX CODE COLUMN F THE PRODUCT DRAWINGS AND ASSOCIATED LISTS SECTION INDICATES THE DOCUMENT IS A URCE CONTROL DRAWING.

'D7' - STABLE BASE DRAWING - THE COP OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE ED FOR MANUFACTURE. A STABLE BASE MASTER WILL BE FURNISHED TO THE SUCCESSFUL BIDDE UPON REQUEST.

'1999
3235072
D1943064

CONTRACT CHNICAL DA PACKAGE

DAAH01-00-C-
ATTACHMENT 01
PAGE 10 of 10

DPL LEGEND

'D8' - SOFTWARE DRAWING - THE COPY O THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE ED FOR MANUFACTURE. A COMPUTER SOFTWARE PROGRAM IN DISK OR MAGNETIC TAPE FOR T WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

'D9' - DIGITAL DRAWING - THE COPY OF HIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE ED FOR MANUFACTURE. A COPY OF THE DRAWING IN DISK OR MAGNETIC TAPE FOR T WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

Check w/ Janie
Prom Data for
Program Micro crut
able D

- 36 -

SDC 661

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. Contract ID Code Firm-Fixed-Price | | Page 1 Of 4 | |
| 2. Amendment/Modification No. P00001 | 3. Effective Date 2001JUL12 | 4. Requisition/Purchase Req No. SEE SCHEDULE | 5. Project No. (If applicable) |

**6. Issued By** Code W31P4Q

US ARMY AVIATION & MISSILE COMMAND
AMSAM-AC-ML-SA
2000 MAY 22 (256)876-7288
REDSTONE ARSENAL AL 35898-5280

EMAIL: @ REDSTONE.ARMY.MIL

**7. Administered By (If other than Item 6)** Code S0101A

DCM BIRMINGHAM
BURGER PHILLIPS CENTER
1910 THIRD AVE NORTH RM 201
BIRMINGHAM AL 35203-2376

SCD C PAS NONE ADP PT HQ0338

**8. Name And Address Of Contractor (No., Street, City, County, State and Zip Code)**

SYSTEMS DEVELOPMENT CORP
215 WYNN DR SUITE 318
HUNTSVILLE AL 35805

TYPE BUSINESS: Small Disadvantaged Business Performing in U.S.

Code 75123 Facility Code

☐ 9A. Amendment Of Solicitation No.

9B. Dated (See Item 11)

☒ 10A. Modification Of Contract/Order No. DAAH01-00-C-0077

10B. Dated (See Item 13) 2000MAY09

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing items 8 and 15, and returning ___________ copies of the amendments: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. Accounting And Appropriation Data (If required)**
NO CHANGE TO OBLIGATION DATA

KIND MOD CODE: G

**13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS**
**It Modifies The Contract/Order No. As Described In Item 14.**

☐ A. This Change Order is Issued Pursuant To: The Changes Set Forth In Item 14 Are Made In The Contract/Order No. In Item 10A.

☐ B. The Above Numbered Contract/Order Is Modified To Reflect The Administrative Changes (such as changes in paying office, appropriation data, etc.) Set Forth In Item 14, Pursuant To The Authority of FAR 43.103(b).

☒ C. This Supplemental Agreement Is Entered Into Pursuant To Authority Of: Mutual Agreement w/both parties

☐ D. Other (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ___________ copies to the Issuing Office.

**14. Description Of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

SEE SECOND PAGE FOR DESCRIPTION

Contract Expiration Date: 2004DEC31

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name And Title Of Signer (Type or print) | | 16A. Name And Title Of Contracting Officer (Type or print) MARGARET B KING MARGARET.KING@REDSTONE.ARMY.MIL (256)955-9197 | |
|---|---|---|---|
| 15B. Contractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States Of America<br>By /SIGNED/<br>(Signature of Contracting Officer) | 16C. Date Signed |

NSN 7540-01-152-8070 30-105-02 STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00001 | Page 2 of 4 |
|---|---|---|

**Name of Offeror or Contractor:** SYSTEMS DEVELOPMENT CORP

SECTION A - SUPPLEMENTAL INFORMATION

THE PURPOSE OF THE MODIFICATION IS TO AUTHORIZE THE SUBSITUTE IDENTIFIED BY THE CONTRACTOR BE ACCEPTED FOR THE FIRST ARTICLE TEST (FAT) AND TENTATIVELY APPROVED FOR THE PRODUCTION. THE OUTCOME OF THE FIRST ARTICLE TEST (FAT) WILL DICTATE CHANGE ACCEPTABILITY.

THE CONTRACTOR HAS IDENTIFIED SEVEN OBSOLETE PARTS AND SEVEN ALTERNATE PARTS NUMBERS THAT CAN BE USED THEY ARE AS FOLLOWS:

| ARMY PART NUMBER<br>IDENTIFICATION NUMBER | REPLACEMENTS PARTS<br>ALTERNATE PART NUMBER |
|---|---|
| FIND NO 18 13038370 | 8403615JA |
| FIND NO 29 11568664 | SL5433/BCA |
| FIND NO 24 13038331 | 5962-8770204RX |
| FIND NO 26 13038457 | SG1536Y-883B |
| FIND NO 22 5962-8777101CX | M38510/11006BCX |
| FIND NO 36 M8340101M2201JB | M8340102M2201GB |
| FIND NO 43 RJR26FX203M | RJR26FX203R |

THE DIGITAL DATA WAS PROVIDED TO THE CONTRACTOR WITH THE TECHNICAL DATA PACKAGE (CD) ADDITIONAL DIGITAL INFORMATION IS NEEDED. THIS INFORMATION HAS BEEN REQUESTED AND WILL BE PROVIDED TO THE CONTRACTOR AT A LATER DATE.

THE CONTRACT IS HEREBY EXTENED FROM 08 AUG 2000 TO 30 NOV 2001 FOR THE FIRST ARTICLE SUBMITTAL AND FROM 02 FEB 2001 TO 30 MAY 2002 FOR THE PRODUCTION QUANTITY.

ALL OTHER TERMS AND CONDITIONS ARE UNCHANGED AND REMAIN IN FULL FORCE AND EFFECT.

*** END OF NARRATIVE A 009 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00001 | Page 3 of 4 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0001AA | FIRST ARTICLE<br><br>NSN: 5998-01-319-4313<br>NOUN: CIRCUIT CARD ASSEMB<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: Unclassified<br>PRON: D1943064D1 PRON AMD: 05 ACRN: AA<br>AMS CD: 060011<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAW MILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Destination<br>Government Approval/Disapproval Days: 90<br><br>Deliveries or Performance<br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>003 W31P4Q92940030 W31P0W J 3<br>DEL REL CD QUANTITY DEL DATE<br>001 2 30-NOV-2001<br><br>FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W31P0W) PR HQ USA AVN AND MSL CMD<br>TRANSPORTATION OFFICER BLDG 8022<br>MF RTTC BUILDING 4500<br>REDSTONE ARSENAL AL 35898-8052 | 2 | EA | $ 21,516.05000 | $ 43,032.10 |
| 0001AD | PRODUCTION QUANTITY WITH FIRST ARTICLE<br><br>NSN: 5998-01-319-4313<br>NOUN: CIRCUIT CARD ASSEMB<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: Unclassified<br>PRON: D1943064D1 PRON AMD: 05 ACRN: AA<br>AMS CD: 060011<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAW MILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin | 22 | EA | $ 17,589.45000 | $ 386,967.90 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00001 | Page 4 of 4 |
|---|---|---|

lame of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Deliveries or Performance | | | | |

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 001 | W31G3H90891959 | W25G1U | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 9 | 30-MAY-2002 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W25G1U) XU TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
BUILDING MISSION DOOR 113 134
NEW CUMBERLAND PA 17070-5001

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 002 | W31G3H90891960 | W62G2T | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 13 | 30-MAY-2002 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W62G2T) XU DEF DIST DEPOT SAN JOAQUIN
TRANSPORTATION OFFICER
PO BOX 960001
STOCKTON CA 95296-0130

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. Contract ID Code | Page |
|---|---|
| Firm-Fixed-Price | 1 Of 5 |

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req No. | 5. Project No. (If applicable) |
|---|---|---|---|
| P00005 | 2004JAN30 | SEE SCHEDULE | |

**6. Issued By** Code W31P4Q

US ARMY AVIATION & MISSILE COMMAND
AMSAM-AC-LS-MB
IRENE WATSON (256)876-4293
REDSTONE ARSENAL AL 35898-5280

EMAIL: IRENE.WATSON@REDSTONE.ARMY.MIL

**7. Administered By (If other than Item 6)** Code S0101A

DCMA BIRMINGHAM
BURGER PHILLIPS CENTER
1910 THIRD AVE., NORTH, RM 201
BIRMINGHAM AL 35203-2376

SCD C PAS NONE ADP PT HQ0338

**8. Name And Address Of Contractor (No., Street, City, County, State and Zip Code)**

SYSTEMSDEVELOPMENT CORPORATION (SDC)
215 WYNN DRIVE
SUITE 318
HUNTSVILLE, AL. 35805-1926

TYPE BUSINESS: Small Disadvantaged Business Performing in U.S.

Code 75123 Facility Code

☐ 9A. Amendment Of Solicitation No.

9B. Dated (See Item 11)

☒ 10A. Modification Of Contract/Order No.
DAAH01-00-C-0077

10B. Dated (See Item 13)
2000MAY09

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing items 8 and 15, and returning ________ copies of the amendments: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. Accounting And Appropriation Data (If required)**
NO CHANGE TO OBLIGATION DATA

KIND MOD CODE: 8

**13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS**
**It Modifies The Contract/Order No. As Described In Item 14.**

☐ A. This Change Order is Issued Pursuant To: The Changes Set Forth In Item 14 Are Made In The Contract/Order No. In Item 10A.

☐ B. The Above Numbered Contract/Order Is Modified To Reflect The Administrative Changes (such as changes in paying office, appropriation data, etc.) Set Forth In Item 14, Pursuant To The Authority of FAR 43.103(b).

☐ C. This Supplemental Agreement Is Entered Into Pursuant To Authority Of:

☒ D. Other (Specify type of modification and authority) Unilat Mod Pur to FAR 49.402-4(a)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the Issuing Office.

**14. Description Of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

SEE SECOND PAGE FOR DESCRIPTION

Contract Expiration Date: 2004DEC31

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name And Title Of Signer (Type or print) | | 16A. Name And Title Of Contracting Officer (Type or print) | |
|---|---|---|---|
| | | JERRY W HILL<br>JERRY.HILL@REDSTONE.ARMY.MIL (256)876-1772 | |
| 15B. Contractor/Offeror | 15C. Date Signed | 16B. United States Of America | 16C. Date Signed |
| (Signature of person authorized to sign) | | By /SIGNED/<br>(Signature of Contracting Officer) | 2004JAN30 |

NSN 7540-01-152-8070 30-105-02 STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243



SDC 40

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00005 | Page 2 of 5 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

SECTION A - SUPPLEMENTAL INFORMATION

1. THIS UNILATERAL MODIFICATION IS ISSUED TO RE-ESTABLISH THE REQUIRED DELIVERY DATES FOR CLINS 0001AA, FIRST ARTICLE, AND 0001AB, PRODUCTION QUANTITY, OF CONTRACT DAAH01-00-C-0077.

a. THE DELIVERY DATE FOR CLIN 0001AA, FIRST ARTICLE, IS HEREBY CHANGED FROM 08 AUGUST 2000 TO 29 AUGUST 2003.

b. THE DELIVERY DATE FOR CLIN 0001AB, PRODUCTION QUANTITY, IS CHANGED FROM 02 FEB 2001 TO 24 AUGUST 2004.

c. THE ABOVE CHANGE TO THE DELIVERY DATES IS AT NO CHANGE IN PRICE TO EITHER PARTY.

2. MODIFICATION P00002 WAS SENT TO THE CONTRACTOR FOR SIGNATURE AUGUST 2002 BUT WAS NEVER SIGNED. THEREFORE, MODIFICATION P00002 WILL REMAIN OPEN. MODIFICATIONS P00003 AND P00004 WILL NOT BE ISSUED.

3. EXCEPT AS PROVIDED HEREIN, ALL OTHER TERMS AND CONDITIONS REMAIN IN FULL FORCE AND EFFECT.

*** END OF NARRATIVE A 012 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00005 | Page 3 of 5 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0001 | NSN: 5998-01-319-4313<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: Unclassified | | | | |
| 0001AA | FIRST ARTICLE | 2 | EA | $ 21,516.05000 | $ 43,032.10 |

NOUN: CIRCUIT CARD ASSEMB
PRON: D1943064D1 PRON AMD: 05 ACRN: AA
AMS CD: 060011

Description/Specs./Work Statement
TOP DRAWING NR: 1325072

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
IAW MILSTD2073
UNIT PACK: 001 INTERMEDIATE PACK: 000
LEVEL PRESERVATION: Military
LEVEL PACKING: Minimal

| LOP | PKG-REF | LPK | PACK-REF | QUP | ICQ |
|---|---|---|---|---|---|
| MILITARY | MILSTD2073 | MINIMAL | | 001 | 000 |

| JI/A | JII | JIII | JIV | JV | JVI | JVII | JVII | JIX/A | JX | JVIIIA |
|---|---|---|---|---|---|---|---|---|---|---|
| MP | CD | PM | WM | CD | CT | UC | IC | PK | SM | OPI |
| GX | 1 | 00 | XX | XX | X | NS | 00 | L | 39 | |

MAXIMUM - UP-WT.....UP-LN....UP-WD....UP-DP
0000001.8 010.5 010.5 004.0

(End of narrative D001)

Inspection and Acceptance
INSPECTION: Origin ACCEPTANCE: Destination
Government Approval/Disapproval Days: 90

Deliveries or Performance

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 003 | W31P4Q92940030 | W31P0W | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 2 | 29-AUG-2003 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00005 | Page 4 of 5 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W31P0W) PR W0H9 HQ USA AVN AND MISLE CMD<br>TRANSPORTATION OFFICER BLDG 8022<br>COTTONWOOD RD MF RTTC BLDG 4500<br>REDSTONE ARSENAL AL 35898-8052 | | | | |
| 0001AD | PRODUCTION QUANTITY WITH FIRST ARTICLE | 22 | EA | $ 17,589.45000 | $ 386,967.90 |
| | NOUN: CIRCUIT CARD ASSEMB<br>PRON: D1943064D1 PRON AMD: 05 ACRN: AA<br>AMS CD: 060011<br><br>Description/Specs./Work Statement<br>TOP DRAWING NR: 13235072<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAW MILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>LOP PKG-REF LPK PACK-REF QUP ICQ<br>MILITARY MILSTD2073 MINIMAL 001 000<br><br>JI/A JII JIII JIV JV JVI JVII JVII JIX/A JX JVIIIA<br>MP CD PM WM CD CT UC IC PK SM OPI<br>GX 1 00 XX XX X NS 00 L 39<br><br>MAXIMUM - UP-WT.....UP-LN....UP-WD....UP-DP<br>0000001.8 010.5 010.5 004.0<br><br>(End of narrative D001)<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001 W31G3H90891959 W25G1U J 3<br>DEL REL CD QUANTITY DEL DATE<br>001 9 24-AUG-2004 | | | | |

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | FOB POINT: Destination | | | | |

SHIP TO: PARCEL POST ADDRESS
(W25G1U) XU TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
BUILDING MISSION DOOR 113 134
NEW CUMBERLAND PA 17070-5001

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 002 | W31G3H90891960 | W62G2T | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 13 | 24-AUG-2004 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W62G2T) XU DEF DIST DEPOT SAN JOAQUIN
TRANSPORTATION OFFICER
PO BOX 960001
STOCKTON CA 95296-0130

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code: Firm-Fixed-Price | Page 1 Of 6

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req No. | 5. Project No. (If applicable) |
|---|---|---|---|
| P00008 | 2004FEB17 | SEE SCHEDULE | |

**6. Issued By** Code W31P4Q

US ARMY AVIATION & MISSILE COMMAND
AMSAM-AC-LS-MB
IRENE WATSON (256)876-4293
REDSTONE ARSENAL AL 35898-5280

EMAIL: IRENE.WATSON@REDSTONE.ARMY.MIL

**7. Administered By (If other than Item 6)** Code S0101A

DCMA BIRMINGHAM
BURGER PHILLIPS CENTER
1910 THIRD AVE., NORTH, RM 201
BIRMINGHAM AL 35203-2376

SCD C PAS NONE ADP PT HQ0338

**8. Name And Address Of Contractor (No., Street, City, County, State and Zip Code)**

SYSTEMSDEVELOPMENT CORPORATION (SDC)
215 WYNN DRIVE
SUITE 318
HUNTSVILLE, AL. 35805-1926

TYPE BUSINESS: Small Disadvantaged Business Performing in U.S.

Code 75123 Facility Code

☐ 9A. Amendment Of Solicitation No.

9B. Dated (See Item 11)

☒ 10A. Modification Of Contract/Order No.
DAAH01-00-C-0077

10B. Dated (See Item 13)
2000MAY09

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing items 8 and 15, and returning _________ copies of the amendments: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. Accounting And Appropriation Data (If required)**
NO CHANGE TO OBLIGATION DATA

**13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS**
**It Modifies The Contract/Order No. As Described In Item 14.**

KIND MOD CODE: T

☐ A. This Change Order is Issued Pursuant To: The Changes Set Forth In Item 14 Are Made In The Contract/Order No. In Item 10A.

☐ B. The Above Numbered Contract/Order Is Modified To Reflect The Administrative Changes (such as changes in paying office, appropriation data, etc.) Set Forth In Item 14, Pursuant To The Authority of FAR 43.103(b).

☐ C. This Supplemental Agreement Is Entered Into Pursuant To Authority Of:

☒ D. Other (Specify type of modification and authority) FAR 52.249.2 AND MUTUAL AGREEMENT

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _________ copies to the Issuing Office.

**14. Description Of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

SEE SECOND PAGE FOR DESCRIPTION

Contract Expiration Date: 2004DEC31

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name And Title Of Signer (Type or print) | | 16A. Name And Title Of Contracting Officer (Type or print)<br>PATTI W PAGE<br>PATTI.PAGE@REDSTONE.ARMY.MIL (256)955-9197 | |
|---|---|---|---|
| 15B. Contractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States Of America<br>By /SIGNED/<br>(Signature of Contracting Officer) | 16C. Date Signed<br>2004FEB17 |

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE

30-105-02

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00008 | Page 2 of 6 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

SECTION A - SUPPLEMENTAL INFORMATION

| Status | Regulatory Cite | Title | Date |
|---|---|---|---|
| A-1 CHANGED | 52.249-4703 | NOTICE OF TERMINATION TO PRIME CONTRACTOR (ALTERNATE)(TERMINATION FOR CONVENIENCE)(FAR 49.601-2) (USAAMCOM) | JUL/2000 |

1. Effective Date of Termination. You are notified that your Contract No. DAAH01-00-C-0077 (hereinafter referred to as 'the contract') is hereby terminated for the convenience of the Government, in accordance with the clause hereof entitled 'Termination for the Convenience of the Government' (or in the case of a cost-reimbursement-type contract, 'Termination'). Such termination will be effective immediately upon receipt of this notice.

2. Cessation of Work and Notification to your Immediate Subcontractors. (a) You shall stop all work, make no further shipment, and place no further orders in connection with the contract, except (1) to the extent necessary to perform any portion thereof not terminated by this Notice, or (2) to the extent that you may wish to retain and continue any work in process of other materials for your own account, or (3) to the extent the Contracting Officer authorizes you to continue work-in-process for reasons of safety, or to clear (or avoid damage to) equipment or to avoid immediate complete spoilage of work-in-process having a definite commercial value, or otherwise to prevent undue loss to the Government. (If you believe the authorization referred to in (3) above is necessary or advisable, you shall immediately notify the Contracting Officer by telephone or personal conference and obtain instructions.) You shall keep adequate records of your compliance with this paragraph 2(a) showing (i) the date you received your Notice of Termination, (ii) the effective date of such termination, and (iii) the extent of completion of performance on such effective date.

(b) You shall give notice of termination to each of your immediate subcontractors (including suppliers) who will be affected by the termination of your contract. In such notice you shall (1) give him the number of your contract with the Government, (2) state that is has been terminated (or terminated in part, if that is the case) for the convenience of the Government, (3) instruct him to stop all work, to make no further shipments, place no more orders, and to terminate all subcontracts under this contract with you (subject to the same exceptions stated in paragraph 2(a)), (4) direct him to submit his settlement proposal promptly in order to expedite settlement, and (5) request him to give similar notice and instructions to his immediate subcontractors.

(c) You shall notify the Contracting Officer if any pending legal proceedings which relate to any subcontracts or purchase orders under the terminated contract or which have resulted in or which are intended to result in a lien or encumbrance on any termination inventory other than termination inventory you propose and are authorized to purchase, retain, or dispose of. (The Contracting Officer shall also be promptly notified of any such proceedings brought after receipt of this Notice.)

(d) You shall take such other action as may be required by the Contracting Officer or under the termination clause contained in your contract.

3. Termination Inventory.

(a) You shall forthwith transfer title to and deliver to the Government, in accordance with any instructions of the Contracting Officer, all items of termination inventory (including subcontractor termination inventory which under the terms of the subcontract or purchase order concerned you have the right to take over) of the following types or classes: NONE.

(b) In connection with settlement of your claim, it will be necessary to establish that all your termination inventory and that of your subcontractors has been properly accounted for. For detailed information, see FAR Part 45.

4. Completed End Items. You shall notify the Contracting Officer of the number of articles completed under the contract and still on hand, and arrange with him for their delivery or other disposal, see FAR Part 49.205.

(a) Invoice acceptable completed end items under the contract in the usual way and do not include them in the settlement proposal.

5. Patents. Your attention is called to any provisions of the contract which may require you to make a disclosure of, and to deliver to the Government instruments of license or assignment respecting all inventions, discoveries, and patent applications made by you in the performance of the contract. You are urged to forward such disclosures and instruments of license or assignment to the Contracting Officer promptly, inasmuch as these contractual obligations must be complied with before execution of the final settlement agreement. This paragraph may be disregarded if the contract contains no such patent provisions.

6. Settlements With Subcontractors. You remain liable to your subcontractors and suppliers for claims arising by reason of the termination of their subcontracts or orders. You are requested to settle such termination claims as promptly as possible. For purposes of reimbursement by the Government, such settlements will be governed by the provisions of FAR Part 49.

7. Employees Affected. (a) If this termination, together with all other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to (1) promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that they can take timely action in assisting displaced workers; (2) give affected employees maximum practical advance notice of the employment reduction, and inform them of the faciliies and services available to them through

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00008 | Page 3 of 6 |
|---|---|---|

**Name of Offeror or Contractor:** SYSTEMSDEVELOPMENT CORPORATION (SDC)

the local State Employment Service Offices; (3) advise affected employees to file applications with State Employment Service in order to qualify for unemployment insurance, if necessary; (4) inform officials of local unions having agreements with you of the impending reduction-in-force; and (5) inform local Chamber of Commerce and other appropriate organizations, which are prepared to offer practical assistance in finding employment for displaced workers, of impending reduction-in-force.

(b) To the extent appropriate and practicable, you are requested to urge subcontractors, if any, to take actions similar to those described above.

8. The contract administration office named in your contract will furnish you the name of the Contracting Officer who will be in charge of the settlement of this termination, and who will, upon request, provide you with the necessary settlement forms. Matters not covered by this Notice should be brought to the attention of the undersigned.

9. Please acknowledge receipt of the Notice as provided below.

Acknowledgement of Notice

The undersigned hereby acknowledges receipt of a signed copy of the foregoing Notice on ____________. Two copies of this Notice, both signed, are herewith returned.

______________________________

(Name of Contractor)

By ______________________________

______________________________

(Title)

(End of Agreement)

MODIFICATION P00006 & P00007 WILL NOT BE ISSUED.

*** END OF NARRATIVE A 013 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00008 | Page 4 of 6 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0001 | NSN: 5998-01-319-4313<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: Unclassified | | | | |
| 0001AA | FIRST ARTICLE | | EA | $ ** N/A ** | $ 43,032.10 |

CLIN CONTRACT TYPE:
Firm-Fixed-Price
NOUN: CIRCUIT CARD ASSEMB
PRON: D1943064D1 PRON AMD: 05 ACRN: AA
AMS CD: 060011

Description/Specs./Work Statement
TOP DRAWING NR: 1325072

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
IAW MILSTD2073
UNIT PACK: 001 INTERMEDIATE PACK: DELETED
LEVEL PRESERVATION: Military
LEVEL PACKING: Minimal

| LOP | PKG-REF | LPK | PACK-REF | QUP | ICQ |
|---|---|---|---|---|---|
| MILITARY | MILSTD2073 | MINIMAL | | 001 | 000 |

| JI/A | JII | JIII | JIV | JV | JVI | JVII | JVII | JIX/A | JX | JVIIIA |
|---|---|---|---|---|---|---|---|---|---|---|
| MP | CD | PM | WM | CD | CT | UC | IC | PK | SM | OPI |
| GX | 1 | 00 | XX | XX | X | NS | 00 | L | 39 | |

MAXIMUM - UP-WT.....UP-LN....UP-WD....UP-DP
0000001.8 010.5 010.5 004.0

(End of narrative D001)

Inspection and Acceptance
INSPECTION: Origin ACCEPTANCE: Destination
Government Approval/Disapproval Days: 90

Deliveries or Performance

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 003 | W31P4Q92940030 | W31P0W | J | | 3 |

| DEL REL CD | QUANTITY |
|---|---|
| 001 | DELETED |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00008 | Page 5 of 6 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W31P0W) PR W0H9 HQ USA AVN AND MISLE CMD<br>TRANSPORTATION OFFICER BLDG 8022<br>COTTONWOOD RD MF RTTC BLDG 4500<br>REDSTONE ARSENAL AL 35898-8052 | | | | |
| 0001AD | PRODUCTION QUANTITY WITH FIRST ARTICLE<br><br>NOUN: CIRCUIT CARD ASSEMB<br>PRON: D1943064D1 PRON AMD: 05 ACRN: AA<br>AMS CD: 060011<br><br>Description/Specs./Work Statement<br>TOP DRAWING NR: 13235072<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAW MILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: DELETED<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>LOP PKG-REF LPK PACK-REF QUP ICQ<br>MILITARY MILSTD2073 MINIMAL 001 000<br><br>JI/A JII JIII JIV JV JVI JVII JVII JIX/A JX JVIIIA<br>MP CD PM WM CD CT UC IC PK SM OPI<br>GX 1 00 XX XX X NS 00 L 39<br><br>MAXIMUM - UP-WT.....UP-LN....UP-WD....UP-DP<br>0000001.8 010.5 010.5 004.0<br><br>(End of narrative D001)<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001 DELETED<br><br>FOB POINT: Destination | 1 | EA | $ ** N/A ** | $ 386,967.90 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00008 | Page 6 of 6 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMSDEVELOPMENT CORPORATION (SDC)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SHIP TO: PARCEL POST ADDRESS<br>(W25G1U) XU TRANSPORTATION OFFICER<br>DDSP NEW CUMBERLAND FACILITY<br>BUILDING MISSION DOOR 113 134<br>NEW CUMBERLAND PA 17070-5001<br><br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>002 DELETED<br><br>FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W62G2T) XU DEF DIST DEPOT SAN JOAQUIN<br>TRANSPORTATION OFFICER<br>PO BOX 960001<br>STOCKTON CA 95296-0130 | | | | |
| 0005AA | DELETED | | | | |
| 0006AA | DELETED | | | | |
| 0007AA | DELETED | | | | |
| 0008AA | DELETED | | | | |
| 0009AA | DELETED | | | | |

SDC

23 April 2004

DCMA – Atlanta
Attn: DCMAE-GATC/Mr. P. Slemons
805 Walker Street, Suite 1
Marietta, GA 30060-2789

Subject: Completely Terminated Contract DAAH01-00-C-0077, Docket A049531EA

Dear Mr. Slemons:

SDC, Inc. submits the attached Settlement Proposal, SF 1435, for contract DAAH01-00-C-0077. If you need additional information please contact me at (256) 382-4600.

Sincerely,

Gilliam Carpenter
Contracts Administrator

225 Spragins Street, Suite G
Huntsville, AL 35801
Phone: (256) 382-4600
Fax: (256) 382-4601
http://www.sdchsv.com

# SETTLEMENT PROPOSAL (INVENTORY BASIS)

OMB No.: 9000-0012
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other as⌐ ɔf this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, [ 5.

## FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR FIXED-PRICE SUBCONTRACTOR

THIS PROPOSAL APPLIES TO *(Check one)*
[X] A PRIME CONTRACT WITH THE GOVERNMENT [ ] SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NO(S).

COMPANY: Systems Development Corporation

STREET ADDRESS: 225 Spragins Street, Suite G

CITY AND STATE *(Include ZIP Code)*: Huntsville, AL 35801

CONTRACTOR WHO SENT NOTICE OF TERMINATION

NAME

ADDRESS *(Include ZIP Code)*

NAME OF GOVERNMENT AGENCY: US Army Aviation & Missile Command

GOVERNMENT PRIME CONTRACT NO.: DAAH01-00-C-0077

CONTRACTOR'S REFERENCE NO.: Hawk 1

If moneys payable under the contract have been assigned, give the following:

NAME OF ASSIGNEE

ADDRESS *(Include ZIP Code)*

EFFECTIVE DATE OF TERMINATION: 17 February 2004

PROPOSAL NO.

CHECK ONE: [ ] INTERIM [X] FINAL

SF 1439, SCHEDULE OF ACCOUNTING INFORMATION [X] IS [ ] IS NOT ATTACHED *(If not, explain below)*

## SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACTOR PURCHASE ORDER (a) | | FINISHED: PREVIOUSLY SHIPPED AND INVOICED (b) | FINISHED, ON HAND: PAYMENT TO BE RECEIVED THROUGH INVOICING (c) | FINISHED, ON HAND: INCLUDED IN THIS PROPOSAL (d) | UNFINISHED OR NOT COMMENCED: TO BE COMPLETED *(Partial termination only)* (e) | UNFINISHED OR NOT COMMENCED: NOT TO BE COMPLETED (f) | TOTAL COVERED BY CONTRACT OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| | QUANTITY | 24 | | | | 24 | 24 |
| ⌐ 't Card Assembly, | $ | 430000.00 | | | | 430000.00 | 430000.00 |
| | QUANTITY | | | | | | |
| Pai ι Number: 13235072, | $ | | | | | | |
| | QUANTITY | | | | | | |
| NSN: 5998-01-319-4313 | $ | | | | | | |

## SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | TOTAL PREVIOUSLY PROPOSED (b) | INCREASE OR DECREASE BY THIS PROPOSAL (c) | TOTAL PROPOSED TO DATE (d) | FOR USE OF CONTRACTING AGENCY ONLY (e) |
|---|---|---|---|---|---|
| | *(Use Columns (b) and (c) only where previous proposal has been filed)* | | | | |
| 1 | METALS | | | | |
| 2 | RAW MATERIALS *(other than metals)* | | | | |
| 3 | PURCHASED PARTS | | | 321,497.00 | |
| 4 | FINISHED COMPONENTS | | | | |
| 5 | MISCELLANEOUS INVENTORY | | | | |
| 6 | WORK-IN-PROCESS | | | | |
| 7 | SPECIAL TOOLING AND SPECIAL TEST EQUIPMENT | | | | |
| 8 | OTHER COSTS *(from Schedule B)* | | | 19,303.00 | |
| 9 | GENERAL AND ADMINISTRATIVE EXPENSES *(from Schedule C)* | | | 297,500.00 | |
| 10 | TOTAL *(Items 1 to 9 inclusive)* | | | 638,300.00 | |
| 11 | PROFIT *(explain in Schedule D)* | | | 63,830.00 | |
| 12 | SETTLEMENT EXPENSES *(from Schedule E)* | | | 14,316 | |
| 13 | TOTAL *(Items 10 to 12 inclusive)* | | | 716,446.00 | |
| 14 | SETTLEMENTS WITH SUBCONTRACTORS *(from Schedule F)* | | | 72,612.00 | |
| 15 | ACCEPTABLE FINISHED PRODUCT | | | | |
| 16 | GROSS PROPOSED SETTLEMENT *(Items 13 thru 15)* | | | 789,058.00 | |
| | DISPOSAL AND OTHER CREDITS *(from Schedule G)* | | | | |
| | NET PROPOSED SETTLEMENT *(Item 16 less 17)* | | | 789,058.00 | |
| | ADVANCE, PROGRESS & PARTIAL PAYMENTS *(from Schedule H)* | | | | |
| 20 | NET PAYMENT REQUESTED *(Item 18 less 19)* | | | 789,058.00 | |

- 53 -

*(When the space provided for any information is insufficient, continue on a separate sheet.)*

## SCHEDULE A - ANALYSIS OF INVENTORY COST *(Items4 and 6)*

Furnish the following information (unless not reasonably available) for inventories of finished components and work-in-progress included in this proposal:

| | TOTAL DIRECT LABOR | TOTAL DIRECT MATERIALS | TOTAL INDIRECT EXPENSES | TOTAL |
|---|---|---|---|---|
| 'D COMPONENTS | | | | |
| N-PROGRESS | | | | |

NO I E: Individual items of small amounts may be grouped into a single entry in Schedules B, C, D, and G.

## SCHEDULE B - OTHER COSTS *(Item8)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Purchaser/Buyer | Direct labor for procurement Lead | 15,281.00 | |
| Procurement Clerk | Direct Labor for Procurement Clerk | 2,364.00 | |
| Procurement Labor: Data Entry Clerk | Direct Labor for Data Entry Clerk | 1,656.00 | |
| | | | |
| | | | |
| | | | |
| | | | |

## SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSES *(Item 9)*

| DETAIL OF EXPENSES | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Executive Labor @55.00 per hr burdened thru G&A | 176,949.00 | |
| ıistrative Labor @25.00 per hr burdened thru G&A | 80,431.00 | |
| General and Administrative Cost @ 10.18% on Subcontractor costs | 40,120.00 | |
| | | |
| | | |
| | | |
| | | |

## SCHEDULE D - PROFIT *(Item 11)*

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Profit @ 10% applied to costs thru Item 9 (G & A ) of SF 1435 | 63,830.00 | |
| | | |
| | | |
| | | |
| | | |



SDC 90

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

SCHEDULE E - SETTLEMENT EXPENSES *(Item 12)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| ıtive Labor | Termination Negotiations | 9,289.00 | |
| Auıninistrative Labor | Termination Negotiations | 5,026.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE F - SETTLEMENTS WITH IMMEDIATE SUBCONTRACTORS AND SUPPLIERS *(Item 14)*

| NAME AND ADDRESS OF SUBCONTRACTOR | BRIEF DESCRIPTION OF PRODUCT CANCELED | AMOUNT OF SETTLEMENT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Teledyne Brown Engineering<br>300 Sparkman Drive, Huntsville, AL 35805 | Reimbursement for Purchased Parts | 321,497.00 | |
| | Labor | 7,759.00 | |
| | ODC | 1,776.00 | |
| | General and Administrative Expenses | 37,294.00 | |
| | Profit | 25,783.00 | |
| | | | |
| | | | |
| | | | |

SCHEDULE G - DISPOSAL AND OTHER CREDITS *(Item 17)*

| DESCRIPTION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| - 55 - | | |
| | | |

*(If practicable, show separately amount of disposal credits applicable to acceptable finished product included in Item 15.)*

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

## SCHEDULE H - ADVANCE, PROGRESS AND PARTIAL PAYMENTS *(Item 19)*

| DATE | TYPE OF PAYMENT | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

## CERTIFICATE

This is to certify that the undersigned, individually, and as an authorized representative of the Contractor, has examined this termination settlement proposal and that, to the best knowledge and belief of the undersigned:

(a) AS TO THE CONTRACTOR'S OWN CHARGES. The proposed settlement (exclusive of charges set forth in Item 14) and supporting schedules and explanations have been prepared from the books of account and records of the Contractor in accordance with recognized commercial accounting practices; they include only those charges allocable to the terminated portion of this contract; they have been prepared with knowledge that they will, or may, be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

(b) AS TO THE SUBCONTRACTORS' CHARGES. (1) The Contractor has examined, or caused to be examined, to an extent it considered adequate in the circumstances, the termination settlement proposals of its immediate subcontractors (exclusive of proposals filed against these immediate subcontractors by their subcontractors); (2) The settlements on account of immediate subcontractors own charges are fair and reasonable, the charges are allocable to the terminated portion of this contract, and the settlements were negotiated in good faith and are not more favorable to its immediate subcontractors than those that the Contractor would make if reimbursement by the Government were not involved; (3) The Contractor has received from all its immediate subcontractors appropriate certificates with respect to their termination settlement proposals, which certificates are substantially in the form of this certificate; and (4) The Contractor has no information leading it to doubt (i) the reasonableness of the settlements with more remote subcontractors or (ii) that the charges for them are allocable to this contract. Upon receipt by the Contractor of amounts covering settlements with its immediate subcontractors, the Contractor will pay or credit them promptly with the amounts so received, to the extent that it has not previously done so. The term "subcontractors," as used above, includes suppliers.

NOTE: The Contractor shall, under conditions stated in FAR 15.403, be required to submit a Certificate of Current Cost or Pricing Data (see FAR 15.406-2 and15.408 Table 15-2).

| NAME OF CONTRACTOR | BY *(Signature of authorized official)* | |
|---|---|---|
| | V. P. Gilchrist | |
| ms Development Corporation | TITLE<br>President | DATE<br>4/23/04 |
| OF SUPERVISORY ACCOUNTING OFFICIAL | TITLE | |
| Lawrence Matthews | Accounting Supervisor | |

# SCHEDULE OF ACCOUNTING INFORMATION

OMB No. 9000-0012
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for ...ving instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the ...on of information. Send comments regarding this burden estimate or any other aspect of this collection of information, ...ng suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Acquisition and Regulatory Policy, GSA, W...ngton, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0012), Washington, DC 20503.

To be used by prime contractors submitting termination proposals under part 49 of the Federal Acquisition Regulation. Also suitable for use by subcontractor in effecting subcontract settlements with prime contractor or immediate subcontractor.

THIS PROPOSAL APPLIES TO *(Check one)*
[X] A PRIME CONTRACT WITH THE GOVERNMENT
[ ] SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NO.(S)

COMPANY *(Prime or Subcontractor)*: Systems Development Corporation
STREET ADDRESS: 225 Spragins Street, Suite G
CITY AND STATE *(Include ZIP Code)*: Huntsville, AL 35801

CONTRACTOR WHO SENT NOTICE OF TERMINATION
NAME AND ADDRESS *(Include ZIP Code)*

NAME OF GOVERNMENT AGENCY: US Army Aviation & Missile Command

| GOVERNMENT PRIME CONTRACT NO. | CONTRACTOR'S REFERENCE NO. | EFFECTIVE DATE OF TERMINATION |
|---|---|---|
| DAAH0100C0077 | Hawk 1 | 17 February 2004 |

1. INDIVIDUAL IN YOUR ORGANIZATION FROM WHOM ADDITIONAL INFORMATION MAY BE REQUESTED ON QUESTIONS RELATING TO:

| | ACCOUNTING MATTERS | PROPERTY DISPOSAL |
|---|---|---|
| NAME | Lawrence Matthews | Gilliam Carpenter |
| TITLE | Accounting Supervisor | Contracts Administrator |
| TELEPHONE NUMBER | (256) 382-4600 | (256) 382-4600 |
| ADDRESS *(Include ZIP Code)* | 225 Spragins Street, Suite G<br>...'sville, AL 35801 | 225 Spragins Street, Suite G<br>Huntsville, AL 35801 |

... THE ACCOUNTS OF THE CONTRACTOR SUBJECT TO REGULAR PERIODIC EXAMINATION BY INDEPENDENT PUBLIC ACCOUNTANTS?

[ ] YES [ ] NO *(Name and address of accountants)*

3. INDEPENDENT ACCOUNTANTS, IF ANY, WHO HAVE REVIEWED OR ASSISTED IN THE PREPARATION OF THE ATTACHED PROPOSAL

| NAME | ADDRESS *(Include ZIP Code)* |
|---|---|
| NA | |
| | |
| | |
| | |

4. GOVERNMENTAL AGENCY(IES) WHICH HAVE REVIEWED YOUR ACCOUNTS IN CONNECTION WITH PRIOR SETTLEMENT PROPOSALS DURING THE CURRENT AND PRECEDING FISCAL YEAR

| NAME | ADDRESS *(Include ZIP Code)* |
|---|---|
| Defense Contract Audit Agency (DCAA) | 620 Discovery Drive, Huntsville, AL 35806 |
| | |
| | |
| | |

5. HAVE THERE BEEN ANY SIGNIFICANT DEVIATIONS FROM YOUR REGULAR ACCOUNTING PROCEDURES AND POLICIES IN ARRIVING AT THE COSTS SET FORTH IN THE ATTACHED PROPOSAL? *(If "yes," explain briefly)*

[ ] YES [X] NO

6. WERE THE DETAILED COST RECORDS USED IN PREPARING THE PROPOSAL CONTROLLED BY AND IN AGREEMENT WITH YOUR GENERAL BOOKS OF ACCOUNT?

[X] YES [ ] NO

...ATE METHOD OF ACCOUNTING FOR TRADE AND CASH DISCOUNTS EARNED, REBATES, ALLOWANCES, AND VOLUME PRICE ADJUSTMENTS. ... SUCH ITEMS EXCLUDED FROM COSTS PROPOSED?

[X] YES [ ] NO

(Where the space provided for any information is insufficient, continue on a separate sheet.)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1439 (REV. 7-89)
Prescribed by GSA-FAR (48 CFR) 53.249(a)(6)



SDC 93

8. STATE METHOD OF RECORDING AND ABSORBING (1) GENERAL ENGINEERING AND GENERAL DEVELOPMENT EXPENSE AND (2) ENGINEERING AND DEVELOPMENT EXPENSE DIRECTLY APPLICABLE TO THE TERMINATED CONTRACT.

NA

9. STATE TYPES AND SOURCE OF MISCELLANEOUS INCOME AND CREDITS AND MANNER OF RECORDING IN THE INCOME OR THE COST ACCOUNTS SUCH AS RENTAL OF YOUR FACILITIES TO OUTSIDE PARTIES, ETC.

Interest Income - Recorded as "Delinquent Payments from Customers"

10. METHOD OF ALLOCATING GENERAL AND ADMINISTRATIVE EXPENSE.

These expenses are allocated to the G & A Pool.

11. ARE COSTS AND INCOME FROM CHANGE ORDERS SEGREGATED FROM OTHER CONTRACT COSTS AND INCOME? *(If "Yes," by what methods?)*

☐ YES ☐ NO

NA

12. METHOD OF COMPUTING PROFIT SHOWN IN THE ATTACHED PROPOSAL AND REASON FOR SELECTING THE METHOD USED. FURNISH ESTIMATE OF AMOUNT OR RATE OF PROFIT IN DOLLARS OR PERCENT ANTICIPATED HAD THE CONTRACT BEEN COMPLETED.

Profit was computed on a fee per board. The reasonable rate was offerred as 11% and would have remained at that ɿvel if the contract had been completed.

13. ARE SETTLEMENT EXPENSES APPLICABLE TO PREVIOUSLY TERMINATED CONTRACTS EXCLUDED FROM THE ATTACHED PROPOSALS? *(If "NO," explain.)*

☐ YES ☐ NO

NA

14. DOES THIS PROPOSAL INCLUDE CHARGES FOR MAJOR INVENTORY ITEMS AND PROPOSALS OF SUBCONTRACTORS COMMON TO THIS TERMINATED CONTRACT AND OTHER WORK OF THE CONTRACTOR? *(If "Yes," explain the method used in allocating amounts to the terminated portion of this contract.)*

☒ YES ☐ NO

Charges are allocated to the corresponding element on the SF 1435, Settlement Proposal

15. EXPLAIN BRIEFLY YOUR METHOD OF PRICING INVENTORIES, INDICATING WHETHER MATERIAL HANDLING COST HAS BEEN INCLUDED IN CHARGES FOR MATERIALS.

The cost of parts purchased by the subcontractor does not include SDC, In.handling cost.

However, G&A is separatelyl applied as indicated on SF 1435, Schedule C.

16. ARE ANY PARTS, MATERIALS, OR FINISHED PRODUCT, KNOWN TO BE DEFECTIVE, INCLUDED IN THE INVENTORIES? *(If "Yes," explain.)*

☐ YES ☒ NO

(Where the space provided for any information is insufficient, continue on a separate sheet.)

17. WERE INVENTORY QUANTITIES BASED ON A PHYSICAL COUNT AS OF THE DATE OF TERMINATION? *(If "No," explain exceptions.)*

☐ YES ☒ NO

The inventory of Purchased Parts was conducted on 17 March 2004.

18. DESCRIBE BRIEFLY THE NATURE OF INDIRECT EXPENSE ITEMS INCLUDED IN INVENTORY COSTS *(See Schedule A, SF 1435)* AND EXPLAIN YOUR METHOD OF ALLOCATION USED IN PREPARING THIS PROPOSAL, INCLUDING IF PRACTICABLE, THE RATES USED AND THE PERIOD OF TIME UPON WHICH THEY ARE BASED.

NA

19. STATE GENERAL POLICIES RELATING TO DEPRECIATION AND AMORTIZATION OF FIXED BASES, UNDERLYING POLICIES.

SDC, Inc. employs the straight line method of depreciation.

20. DO THE COSTS SET FORTH IN THE ATTACHED PROPOSAL INCLUDE PROVISIONS FOR ANY RESERVES OTHER THAN DEPRECIATION RESERVES? *(If "Yes," list such reserves.)*

☐ YES ☒ NO

ATE POLICY OR PROCEDURE FOR RECORDING AND WRITING OFF STARTING LOAD.

NA

22. STATE POLICIES FOR DISTINGUISHING BETWEEN CHARGES TO CAPITAL (FIXED) ASSET ACCOUNTS AND TO REPAIR AND MAINTENANCE ACCOUNTS.

Charges which exceed $1,000.00 are normally charged to "Fixed Asset" Accounts.

23. ARE PERISHABLE TOOLS AND MANUFACTURING SUPPLIES CHARGED DIRECTLY TO CONTRACT COSTS OR INCLUDED IN INDIRECT EXPENSES?

NA

(Where the space provided for any information is insufficient, continue on a separate sheet.)