| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00002 | Page 2 of 4 |
|---|---|---|

**Name of Offeror or Contractor:** SYSTEMS DEVELOPMENT CORP

SECTION A - SUPPLEMENTAL INFORMATION
THIS MODIFICATION IS ISSUED TO REVISE THE DELIVERY DATES FOR THE FIRST ARTICLE AND PRODUCTION QUANTITIES.

CLIN 0001AA (FIRST ARTICLE) - 10 NOV 02
CLIN 0001AB (PRODUCTION QUANTITY) - 9 MAY 03

IN CONSIDERATION FOR THE MUTUAL AGREEMENTS CONTAINED HEREIN, EACH PARTY REMISES, RELEASES, AND DISCHARGE THE OTHER, ITS OFFICER, AGENTS, AND EMPLOYEES OF AND FROM ALL CIVIL LIABILITIES, OBLIGATIONS, CLAIMS, APPEALS, AND DEMANDS WHICH THEY NOW HAVE OR HEREAFTER MAY HAVE, WHETHER KNOWN OR UNKOWN, ADMINISTRATIVE OF JUDICIAL, LEGAL OR EQUITABLE, ARISING UNDER OR IN ANY RELATED TO CONTRACT DAAH01-00-C-0077 WHICH HAVE ACCRUED UP TO THE DATE OF THIS MODIFICATION, IN WHOLE OR IN PART.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

*** END OF NARRATIVE A 010 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00002 | Page 3 of 4 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0001AA | FIRST ARTICLE | 2 | EA | $ 21,516.05000 | $ 43,032.10 |
| | NOUN: CIRCUIT CARD ASSEMB<br>PRON: D1943064D1 PRON AMD: 05 ACRN: AA<br>AMS CD: 060011 | | | | |
| | Description/Specs./Work Statement<br>TOP DRAWING NR: 1325072 | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAW MILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Destination<br>Government Approval/Disapproval Days: 90 | | | | |
| | Deliveries or Performance<br>DOC REL CD / MILSTRIP / SUPPL ADDR / SIG CD / MARK FOR / TP CD<br>003 / W31P4Q92940030 / W31P0W / J / / 3<br>DEL REL CD / QUANTITY / DEL DATE<br>001 / 2 / 10-NOV-2002 | | | | |
| | FOB POINT: Destination | | | | |
| | SHIP TO: PARCEL POST ADDRESS<br>(W31P0W) PR W0H9 HQ USA AVN AND MISLE CMD<br>TRANSPORTATION OFFICER BLDG 8022<br>COTTONWOOD RD MF RTTC BLDG 4500<br>REDSTONE ARSENAL AL 35898-8052 | | | | |
| 0001AD | PRODUCTION QUANTITY WITH FIRST ARTICLE | 22 | EA | $ 17,589.45000 | $ 386,967.90 |
| | NOUN: CIRCUIT CARD ASSEMB<br>PRON: D1943064D1 PRON AMD: 05 ACRN: AA<br>AMS CD: 060011 | | | | |
| | Description/Specs./Work Statement<br>TOP DRAWING NR: 13235072 | | | | |
| | Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS: | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD P00002 | Page 4 of 4 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | IAW MILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal | | | | |

Inspection and Acceptance
INSPECTION: Origin ACCEPTANCE: Origin

Deliveries or Performance

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 001 | W31G3H90891959 | W25G1U | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 9 | 09-MAY-2002 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W25G1U) XU TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
BUILDING MISSION DOOR 113 134
NEW CUMBERLAND PA 17070-5001

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 002 | W31G3H90891960 | W62G2T | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 13 | 09-MAY-2003 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W62G2T) XU DEF DIST DEPOT SAN JOAQUIN
TRANSPORTATION OFFICER
PO BOX 960001
STOCKTON CA 95296-0130

14 February 2002

Systems Development Corporation
ATTN: Ms. Virginia Gilchrist
215 Wynn Drive, Suite 318
Huntsville, AL 35805

Gentlemen:

1. Reference:

a. SDC, Inc., letter dated 10 July 2001.

b. Meeting with SDC and Government personnel on Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741, 23 January 2002.

2. The purpose of the meeting was to resolve two issues that SDC is concerned about in the production on Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741. The issues and agreed resolution are as follows:

a. The production units are required to be subjected to environmental testing per the specification:

APN 13235072 is being procured under DAAH01-00-C-0077. Contract calls for two articles to be delivered to Redstone Arsenal for testing.

APN 13235072 note 6 indicates "This unit shall meet the requirements of MIS-41341".

MIS-41341 calls for three different examination/tests.

1. Visual examination per 4.3.3.1 covers 7 characteristics which are either visually inspected or measured.

2. Examination testing per 4.3.3.2 covers 2 tests per MIS (current drain per 4.4.1.1 and Output logic level and dynamic functional requirements per 4.4.1.2)

3. Inspection testing per 4.3.3.3 covers the environmental requirements. In 4.3.2.3, it states "inspection testing shall be conducted on the first article sample only". This indicates that the production units are not subjected to inspection testing nor to environmental testing.

APN 13385560 is being procured under DAAH01-00-P-0741. Contract calls for two first articles to be delivered to Redstone Arsenal for testing.

APN 13385560 note 6 indicates "This unit shall meet the requirements of MIS-45073".

MIS-45073 calls for three different examinations/tests.

1. Visual examination per 4.3.3.1 covers 6 characteristics which are either visually inspected or measured.

2. Examination testing per 4.3.3.2 covers 2 tests per the MIS (current drain per 4.4.1.1 and Output logic level and dynamic functional requirements per 4.4.1.2)

3. Inspection testing per 4.3.3.3 covers the environmental requirements. In 4.3.2.3, it states "inspection testing shall be conducted on the first article sample only". This indicates that the production units are not subjected to inspection testing nor to environmental testing.

b. PROM Data: It was agreed in the meeting that SDC would provide PROMS to the Research and Development and Engineering Center (RDEC) for programming and subsequent testing with the GETS 2000. PROM data will then be provided to SDC so that SDC can program remaining boards.

3. It is requested that SDC coordinate with Mr. Mark Bradley at (256) 842-9365 in order to deliver the PROMS.

4. If there is additional information and/or assistance needed concerning this action, please contact the following: Pattie Page , (256) 876-2897 or Jerry Hill, (256) 876-1772.

JERRY W. HILL
Contracting Officer

13 March 2001

U.S. Army Aviation and Missile Command
AMSAM-AC-ML-SA
Ms. Georgia Walker
Redstone Arsenal, AL 35898-5280

Subject: Replacement Parts for Circuit Card Assemblies, Contract DAAH01-00-C-0077.

Reference: Facsimile, SDC, dated 2 March 2001

Dear Ms. Walker:

Systems Development Corporation has completed a review of the parts required by contract DAAH01-00-C-0077. We have identified the obsolete parts and the replacement parts as indicated on the attached sheet.

All Replacement Parts meet or exceed specification requirements. SDC is prepared to initiate the First Article build process upon receipt of your approval and/or comments.

Sincerely,

V. P. Gilchrist

Virginia P. Gilchrist
CEO

215 Wynn Drive, Suite 318
Huntsville, Alabama 35805
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

13038120-021

# Attachment

Replacement Parts, Contract DAAH01-00-C-0079

| Find No. | Identification No. | Alternate Part No. | Justification | Replacement Part Identification Method |
|---|---|---|---|---|
| 18 | 13038370 | 8403615JA | *Obsolete* | Mfgr recommendation/Engineering validation |
| 29 | 11568664 | SL5433/BCA | Obsolete | Vendor recommendation/certification to orig. specs |
| 24 | 13038331 | 5962-8770204RX | Obsolete | Direct cross reference to vendor part no. |
| 26 | 13038457 | SG1536Y-883B | Obsolete | Direct cross reference to vendor part no. |
| 22 | 5962-8777101CX | M38510/11006BCX | Obsolete | Direct cross reference to vendor part no. |
| 36 | M8340101M2201JB | M8340102M2201GB | Obsolete | Failure rate req'd obsolete. Purchased better than failure rate |
| 43 | RJR 26FX203M | RJR26FX203R | Obsolete | Failure rate req'd obsolete. Purchased better than failure rate |
|  | 13038120-021 | 5962-8768201RX | Obsolete |  |

**Walker, Georgia L ACQ**

**From:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Thursday, March 22, 2001 8:19 AM
**To:** georgia.walker@redstone.army.mil
**Cc:** vpgilchrist@sdchsv.com
**Subject:** Contract DAAH01-00-C-0077, PN 13038120-021

Dear Ms. Walker,

The PN 13038120-021 is listed on the drawing as superseded by PN 5962-8768201RX and should have been reported in our letter of 13 March 2001.We also need the digital (PROM)data in order to complete the manufacturing process. Thank you for your assistance.

Gil

Author: "vpgilchrist@sdchsv.com" <vpgilchrist@sdchsv.com> at internet 726-6306
Date: 2/1/00 9:29 AM
Priority: Normal
TO: WILLIAMS-GM at ACQUIS2_PO
Subject: FW: Questions on DAAH01-00-R-0013

Ms. Williams-

As relates to Obsolete parts, we have identified part 13038120-021 (PL# U3 #50. It is a Program Logic PROM.
We have the capability to redesign and satisfy the need for this board. We would like to get a ruling on how you wish for us to proceed as relates to this. If the technical people would like to meet with our Design Engineers to discuss please let us know as soon as possible since our proposal is currently due to you by Thursday 3 February.

Thank you-
Virginia Gilchrist
-----Original Message-----
From: Virginia Gilchrist
Sent: Thursday, January 27, 2000 9:03 AM
To: 'WILLIAMS-GM@redstone.army.mil'
Subject: FW: Questions on DAAH01-00-R-0013
Importance: High

Ms. Williams-
The first 18 pages of the MIS-41341 are on the CD. We do have access to the test station and are evaluating our options in this area. I will call you later today for discussions about obsolete parts.

Thank You-
Virginia Gilchrist

-----Original Message-----
From: Virginia Gilchrist
Sent: Tuesday, January 25, 2000 3:49 PM
To: 'WILLIAMS-GM@ccsmtp.redstone.army.mil'
Subject: FW: Questions on DAAH01-00-R-0013
Importance: High

Right now we are waiting on the response as relates to the updated specification information.

Thank you-
Virginia Gilchrist

-----Original Message-----
From: WILLIAMS-GM@ccsmtp.redstone.army.mil [SMTP:WILLIAMS-GM@ccsmtp.redstone.army.mil]
Sent: Tuesday, January 25, 2000 2:09 PM
To: vpgilchrist@sdchsv.com
Subject: Re: Questions on DAAH01-00-R-0013

Post-it® Fax Note 7671 | Date 2/3/00 | # of pages ▶
To Lee Ford | From Geraldine Williams
Co./Dept. Small Bus | Co. ACQ CTR
Phone # 65318 | Phone # 6-7288
Fax # | Fax #

Virginia,

In our conversation earlier today you indicated that you do have the *first 18 pages of MIS-41341. The acceptance requirements for the* circuit card assembly are defined in MIS-41341. Paragraph 6.3 of this document indicates that a Teledyne L200 Series Test Station must be used to test this circuit card assembly, and You said that you do have

access to this te sta ion via Teledyne Brown. If is the case, you should have the an r to the main questions you ha bout this requirement.

I will be checking into the question you had about updated specification information.

Please verify that the statements above are correct and if you have any additional questions/concerns, indicate what they are and I will get back to you as soon as possible.

______________________________ Reply Separator __________________________________

Subject: Questions on DAAH01-00-R-0013
Author: "vpgilchrist@sdchsv.com" <vpgilchrist@sdchsv.com> at Internet
Date: 1/20/00 9:55 AM

The following questions have arisen as we are preparing the response to this requirement:

1. Are there Acceptance Test Procedures already existing for this item? If so, can we have a copy?
2. The first 18 page of MIS-41341 is missing from the information that we have-can this data be provided?
3. Is there updated specification information available for this requirement? For example, MIL-STD-2000 has been deleted and the schools are no longer held.

If you have any questions about these questions feel free to contact me or Ovoy Horton at 726-6300.

Thank You
Virginia Gilchrist

# Damage Calculation For

# Systems Development Corporation

# Due to Improper

# Actions of

# Army Representatives

# Under Contract

# DAAH01-00-C-0077

## I QUALIFICATIONS

I am a Certified Public Accountant (CPA) in private practice since 1980. My practice is primarily related to Government Contract and construction accounting. As I established my accounting practice, I was a full time assistant professor of accounting at Rutgers University. Prior to starting my practice I was an auditor for the Defense Contract Audit Agency (DCAA) a Federal Government agency. During that time I was also an Instructor of accounting at Morris County and Bergen County Colleges. I received my bachelor and master's degrees from Seton Hall University.

I have been accepted as an expert in the following judicial fora:

a. United States District Court.

b. New Jersey Superior Court.

c. Armed Services Board of Contract Appeals.

d. Department of Transportation Board of Contract Appeals.

e. General Services Administration Board of Contract Appeals.

f. Department of Energy Board of Contract Appeals.

g. United States Federal Court of Claims.

h. Various State Courts.

i. Various County Courts.

j. Various Arbitration and mediation hearings.

I have published for the Small Business Administration, under the Small Business 7 (J) program; a manual and seminar workbook entitled "How to Survive a DCAA Audit".

I have conducted numerous seminars as a paid lecturer with Technology Training Corporation.

I have also been a guest lecturer on numerous occasions for the following organizations:

A) National Contract Management Association.

B) Association of Government Accountants.

C) Association of Women Owned Businesses.

I am a member of various professional organizations and as a committee member of the Defense Contractor's Committee; I was part of the final review of the Audit and Accounting Guide "Audits of Federal Government Contractors" published by the American Institute of Certified Public Accountants.

I have consulted for over 26 years and testified on the calculation and the review of damages in a variety of circumstances over the past 26 years. I have attached my curriculum vita, which summarizes my education and experience.

II SCOPE OF EFFORT

I have been retained by Dick, Riggs, Miller and Stem LLP on behalf of Systems Development Corporation (SDC) in the subject action, at an hourly rate of $250, in order to determine the damages resulting from the improper actions of Army representatives under contract DAAH01-00-C-0077. In this regard, I reviewed the following specific accounting documents:

1) Financial Statements – Fiscal Years 2001 through 2006.

2) General Ledgers Fiscal Years 2001 through 2004.

3) Trial Balances Fiscal Years 2001 through 2004.

4) Corporate Tax Returns Fiscal Years 2001 through 2006.

In addition, I reviewed supporting documentation on a limited sample basis in order to determine the reasonableness of the underlying data for the financial statements to the extent I considered necessary under the circumstances.

I also reviewed the following specific documents:

1) Numerous Depositions

2) Contract files for Contract DAAH01-00-C-0077

I also reviewed other non accounting information which I considered necessary to develop the damages. Finally, I utilized acquisition data from publicly traded companies, and merger and acquisition data furnished by INPUT, in order to determine damages relating to loss of the value compensation.

I reserve the right to supplement this report as necessary pending additional review of documents which may be furnished.

IV. <u>CONCLUSION</u>

I have calculated the damages of SDC resulting from the actions of the Army representatives to be approximately $7,441,145, which is summarized in Exhibit A. The calculations are based upon the loss of profits, g & a expense, the loss in company value and other costs related to contract DAAH01-00-C-0077. The basis of these theories is as follows:

1) <u>Loss of Profit</u>

For the fiscal years 2002 through 2006 revenue was calculated to reflect the impact of revenue lost caused by DAAH-01-00-C-0077. The associated increased costs resulting from the increase in revenue was calculated based upon historical data. The difference between the profits calculated with the increased revenue and the actual profits represents the lost profit. The lost profits are based on the specific contract and unidentified contracts, since specific contracts have a definitive term whereas the

actions by Army representatives impacted work beyond the term of the specific contract since they:

1) Denied SDC an opportunity to expand its existing business base.
2) Denied SDC an opportunity to expand its future business base.
3) Denied SDC growth in markets it was not active.

2) Loss in Company Value

A company's value is generally dependent upon a company's revenue and profitability. Lost revenue and profits were calculated as discussed in 1) above. The lost revenue and profits were converted to a loss in company value by applying a revenue factor and a profit multiplier based upon recent financial data of company's in an industry similar to SDC. Downward adjustments were made to the profit multiplier to give effect to the size of SDC. Also, the revenue factor was compared to recent merger data.

3) Other Costs

SDC also incurred the following specific damages resulting from the Army representatives improper actions as follows:

1) G&A costs increases resulting from the reduction in business.
2) Actual lease payments to Teledyne Brown for unused facility space.
3) Employment costs and associated litigation expense resulting from layoffs.

The above calculations are rendered within a reasonable degree of professional certainty within the field of financial damage calculations. The methodologies used to calculate the damages within this report are consistent with established practices within this field.

Ernest J. Agresto
April 4, 2007

Exhibit A

# SDC
## Summary of Damage
## Calculation

| | | |
|---|---|---|
| Lost Profit | $ 3,469,687 | Schedule 1 |
| Loss in Company Value | 3,096,995 | Schedule 2 |
| Increased G & A Costs | 835,713 | Schedule 3 |
| Unrecovered Lease Cost | 9,000 | Schedule 4 |
| Employee Costs And Legal Fees | 29,750 | Schedule 5 |
| Total Damages | $ 7,441,145 | |

Schedule 1

# SDC
## Summary of Lost Profit

Lost Profit

| | | | |
|---|---|---|---|
| Contract DAAH01-01-C-R052 | $ | 785,655 | (Schedule 1c) |
| Other Contracts | | 2,684,032 | Note 1 |
| Total | $ | 3,469,687 | (Schedule 1a) |

**Notes**

1. The other contract lost profit is based on the difference between the total lost profit calculated in Schedule 1a less the profit calculated on Schedule 1c for contract DAAH01-01-C-R052.

Schedule 1a

# SDC
# Total
# Lost Profit

| | Projected Profit (Schedule 1b) | Actual Profit Note 1 | Lost Profit Note 2 |
|---|---|---|---|
| 2002 | $ 838,728 | $ (895) | $ 839,623 |
| 2003 | 865,390 | 9,812 | 855,578 |
| 2004 | 892,851 | 29,752 | 863,099 |
| 2005 | 921,137 | 215,330 | 705,807 |
| 2006 | 950,271 | 744,691 | 205,580 |
| Totals | $ 4,468,377 | $ 998,690 | $ 3,469,687 |

**Notes**

1. The actual profits were derived from the company's internal financial statements.
2. The lost profit is the difference between projected profit less actual profit.

# SDC-Projected
# Revenue, Profit and EBITDA

Schedule 1b

| | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| Sales (Note 1) | $ 8,887,277 | $ 9,153,895 | $ 9,428,512 | $ 9,711,367 | $ 10,002,708 |
| Profit 10% (Note 2) | $ 888,728 | $ 915,390 | $ 942,851 | $ 971,137 | $ 1,000,271 |
| Less Unallowables (Note 3) | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Profit | $ 838,728 | $ 865,390 | $ 892,851 | $ 921,137 | $ 950,271 |
| Interest (Note 4) | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Depreciation (Note 5) | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| EBITDA | $ 858,728 | $ 885,390 | $ 912,851 | $ 941,137 | $ 970,271 |

**Notes**

1. Sales represent actual revenue for FY2002 increased by 3% per year.
2. The 10% profit factor is that recommended by the TCO in the evaluation of the termination for convenience proposal. It is also reasonable based on the DOD weighted guidelines.
3. Unallowable interest and depreciation costs are estimated based on actuals for FY2002 and assumed to be consistent.

Schedule 1c

# SDC
# Lost Profit For
# Contract DAAH01-01-C-R052

| | | Note |
|---|---|---|
| Contract Value | $ 22,203,359 | 1 |
| Amount Paid | 13,561,160 | 2 |
| Lost Revenue | $ 8,642,199 | |
| Cost | 7,856,545 | 3 |
| Lost Profit | $ 785,654 | |

**Notes**

1. The contract value represents the original value anticipated.
2. The amount paid represents the amount through modification 49.
3. Cost is based on a 10% factor as explained in Schedule 1b.

Schedule 2

# SDC
## Loss in Company Value

**EBITDA Value Method**

| | | | |
|---|---|---|---|
| FY2006-Projected EBITDA | $ | 970,271 | (Schedule 1b) |
| Less Actual EBITDA | | 764,691 | (Note 1) |
| Decrease in EBITDA | $ | 205,580 | |
| EBITDA Discount Factor | | 6.91 | (Schedule 2a) |
| Loss in Value Due to EBITDA Method | $ | 1,420,558 | |

**Sales Multiple Method**

| | | | |
|---|---|---|---|
| FY2006 Projected Revenue | $ | 10,002,708 | (Schedule 1b) |
| Actual Revenue | | 2,544,221 | (Note 1) |
| Decrease in Revenue | $ | 7,458,487 | |
| Sales Discount Factor | | 0.64 | (Schedule 2a) |
| Loss in Value Due to Sales Multiple Method | $ | 4,773,432 | |
| Loss Based on Average of Two Methods | $ | 3,096,995 | |

**Note**

1. The actual EBITDA (Earnings Before Interest Taxes Depreciation and Amortization) and sales were derived from the FY 2006 internal finanacial statements.

MAY-8-2007 09:29A FROM: TO:12025148624 P.13

# Valuation Fundamentals: Public Comparables

- 209 -

**Public comparables analysis transposes the mean of the public companies' key financial ratios on DSCI estimated financial results, rendering a value for the Company as if it were a publicly traded firm. However, because the shares of the Company are not publicly traded, a discount for the lack of marketability of said shares is deemed appropriate by industry standard. In fact, a study undertaken by the SEC regarding this topic discovered that the average discount applied to restricted OTC shares of non-reporting entities (which closely resembles privately held stock) was approximately 32.6%. In addition, larger companies are capable of leveraging additional economies of scale and have larger asset bases, customer bases and funding alternatives, reducing the level of risk in the event of a downturn in the industry. Accordingly, I have accounted for these factors by applying an additional 10% discount.**

**Applying the aforementioned discount to the average EBIDTA multiple produces the following adjustment to our analysis:**

| *Average Public Comparable EBITDA Multiple* | *Discount Factor* | *Resulting Discount Multiple* |
|---|---|---|
| 12.04 (Schedule 2b) | 42.6% | 6.91 |

Earnings Before

| *Average Public Comparable Sales Multiple* | *Discount Factor* | *Resulting Discount Multiple* |
|---|---|---|
| 1.12 (Schedule 2b) | 42.6% | .64 |

2/3 of revenue

Schedule 2b

# SDC
## Calculation of Public Company Ratios

### Valuation Fundamentals:

Financial and valuation information on the guideline companies is presented as follows:

*( 000,000 omitted except for ratios )*

| Company | MKT Cap | Sales | EBITDA | MKT Cap Divided by EBITDA | MKT Cap Divided by Sales |
|---|---|---|---|---|---|
| Stantec | $ 1,160 | $ 604 | $ 97 | 11.96 | 1.92 |
| Tera Tech | 1,010 | 987 | 88 | 11.48 | 1.02 |
| Versar | 41 | 35 | 2 | 20.50 | 1.17 |
| VSE | 98 | 364 | 14 | 7.00 | 0.27 |
| Willdan | 65 | 76 | 7 | 9.29 | 0.85 |
| Xanser | 178 | 214 | 4 | 44.50 | 0.83 |
| **Total** | $ 2,552 | $ 2,280 | $ 212 | | |
| **Simple Average** | $ 425.33 | $ 380.00 | $ 35.33 | 12.04 | 1.12 |

P.15

TO:12025148624

# Valuation Fundamentals: Public Comparables

- ## Public Company Comparables: Stantec

**Line of business:**

Stantec, Inc. provides consulting planning, engineering, architecture, interior design, landscape architecture, surveying and geomatics, environmental sciences, project management, and project economics services for infrastructure and facilities projects in North America.

**Financial Results**

Sales: $604.9 million EBITDA: $97.2 million Mkt. Cap: $1.16 billion

- 211 -

MAY-8-2007 09:30A FROM:

MAY-8-2007 09:30A FROM: TO:12025148624 P.16

# Valuation Fundamentals: Public Comparables

## • Public Company Comparables: Tetra Tech

**Line of business:**

Tetra Tech, Inc. provides consulting, engineering, and technical services focused on water resource management and civil infrastructure. It offers research and development, applied science and technology, engineering design, program management, construction management, and operations and maintenance services.

- 212 -

**Financial Results**

Sales: $986.6 million EBITDA: $88.4 million Mkt. Cap: $1.01 billion

P.17

TO:12025148624

# Valuation Fundamentals: Public Comparables

## • Public Company Comparables: Versar

**Line of business:**

Versar, Inc. provides professional services to the government and private sectors in the United States. It operates through two segments, Infrastructure and Management Services, and National Security. The Infrastructure and Management Services segment provides environmental compliance management, environmental restoration, and environmental conservation services, as well as engineering, design, and construction management services.

- 213 -

**Financial Results**

Sales: $34.8 million EBITDA: $2.05 million Mkt. Cap: $40.7 million

MAY-8-2007 09:30A FROM:

P.18 TO:12025148624 MAY-8-2007 09:30A FROM:

# Valuation Fundamentals: Public Comparables

- ## Public Company Comparables: VSE Corporation

**Line of business:**

VSE Corporation provides engineering, logistics, management, and technical services to the United States Government, other government prime contractors, nongovernment organizations, and commercial entities. The company provides the U.S. Navy with engineering, technical, and logistical support services associated with the sale, lease, or transfer of navy ships to foreign governments, as well as offers similar services to the U.S. Coast Guard.

- 214 -

**Financial Results**

Sales: $363.7 million EBITDA: $13.8 million Mkt. Cap: $98.3 million

P.19 TO:12025148624

# Valuation Fundamentals: Public Comparables

- ## Public Company Comparables: Willdan Group

**Line of business:**

Willdan Group, Inc., together with its subsidiaries, provides outsourced services to small and mid sized public agencies in California and other western states. It offers a range of services, including civil engineering; building and safety; geotechnical engineering; financial and economic consulting; disaster preparedness and homeland security; and public safety consulting services.

- 215 -

**Financial Results**
Sales: $76.0 million EBITDA: $7.0 million Mkt. Cap: $64.8 million

MAY-8-2007 09:31A FROM: