# TAB 31

4/7/

**AWARD/CONTRACT**

1. This Contract Is A Rated Order Under DPAS (15 CFR 700) — Rating DOA2 — Page 1 Of 27

2. ...ntract (Proc. Inst. Ident) No. ...H01-00-C-0077

3. Effective Date 2000 MAY 09

4. Requisition/Purchase Request/Project No. SEE SCHEDULE

5. ...ssued — Code W31P4Q
ARM... ...IATION & MISSILE COMMAND
...AM-AC-ML-SA
...RALDINE WILLIAMS (256) 876-~~7288~~ 4286
...DSTONE ARSENAL AL 35898-5280

...ail address: WILIAMS-GM @ REDSTONE.ARMY.MIL

6. Administered By (If Other Than Item 5) — Code S0101A
DCMC BIRMINGHAM
BURGER PHILLIPS CENTER
1910 THIRD AVE NORTH RM 201
BIRMINGHAM AL 35203-2376

SCD C PAS NONE ADP PT HQ0338

7. ...lame And Address Of Contractor (No. Street, City, County, State, And Zip Code)
...STEMS DEVELOPMENT CORP
...50 RESEARCH DR
...NTSVILLE AL 35805

...PE BUSINESS: Small Disadvantaged Business Performing in U.S.

...de 75123 — Facility Code

8. Delivery
☐ FOB Origin ☒ Other (See Below) SEE SCHEDULE

9. Discount For Prompt Payment

10. Submit Invoices (4 Copies Unless Otherwise Specified) To The Address Shown In: Item 12

11. Ship To/Mark For — Code
...E SCHEDULE

12. Payment Will Be Made By — Code HQ0338
DFAS - COLUMBUS CENTER
SOUTH ENTITLEMENT OPERATIONS
P O BOX 182264
COLUMBUS OH 43218-2264

13. Authority For Using Other Than Full And Open Competition:
☐ 10 U.S.C. 2304(c)( 5 ) ☐ 41 U.S.C. 253(c)( )

14. Accounting And Appropriation Data
ACRN: AA 97 X4930AC9F 6X 26KB S01021 HQ0304

| 15A. Item No. | 15B. Schedule Of Supplies/Services | 15C. Quantity | 15D. Unit | 15E. Unit Price | 15F. Amount |
|---|---|---|---|---|---|
| SEE SCHEDULE | CONTRACT TYPE: Firm-Fixed-Price | KIND OF CONTRACT: Supply Contracts and Priced Orders Other | | | |

Co...t Expiration Date: 2004DEC31

15G. Total Amount Of Contract $430,000.00

16. Table Of Contents

| (X) | Section | Description | Page(s) | (X) | Section | Description | Page(s) |
|---|---|---|---|---|---|---|---|
| | | Part I - The Schedule | | | | Part II - Contract Clauses | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 18 |
| X | B | Supplies or Services and Prices/Costs | 3 | | | Part III - List Of Documents, Exhibits, And Other Attachments | |
| X | C | Description/Specs./Work Statement | 11 | X | J | List of Attachments | 27 |
| X | D | Packaging and Marking | 12 | | | Part IV - Representations And Instructions | |
| X | E | Inspection and Acceptance | 13 | | K | Representations, Certifications, and Other Statements of Offerors | |
| X | F | Deliveries or Performance | 14 | | | | |
| X | G | Contract Administration Data | 15 | | L | Instrs., Conds., and Notices to Offerors | |
| X | H | Special Contract Requirements | 16 | | M | Evaluation Factors for Award | |

Contracting Officer Will Complete Item 17 Or 18 As Applicable

17. ☐ Contractor's Negotiated Agreement (Contractor is ...quired to sign this document and return ______ copies to ...suing office.) Contractor agrees to furnish and deliver all items ...r perform all the services set forth or otherwise identified above ...nd on any continuation sheets for the consideration stated herein. ...he rights and obligations of the parties to this contract shall be ...ubject to and governed by the following documents: (a) this ...ward/contract, (b) the solicitation, if any, and (c) such provisions, ...epresentations, certifications, and specifications, as are attached ...r incorporated by reference herein. (Attachments are listed ...erein.)

18. ☒ Award (Contractor is not required to sign this document.) Your offer on Solicitation Number DAAH0100R0013 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. Name And Title Of Signer (Type Or Print)
Virginia P. Gilchrist, President

19B. Name of Contractor
By V.P. Gilchrist
(Signature of person authorized to sign)

19c. Date Signed
8 May 2000

20A. Name Of Contracting Officer
MARGARET B. KING
CONTRACTING OFFICER

20B. United States Of America
By Margaret B. King
(Signature of Contracting Officer)

20C. Date Signed
2000 MAY 09

...SN 7540-01-152-8069
...REVIOUS EDITIONS UNUSABLE

25-106
GPO : 1985 0 - 478-632

Standard Form 26 (Rev. 4-85)
Prescribed By GSA-FAR (48 CFR) 53.214(a)

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 2 of 27 |
|---|---|---|

N. of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

SECTION A - SUPPLEMENTAL INFORMATION

1. OUTYEAR OPTION - YR 01, PERIOD 1 (ONE) WILL BEGIN FROM DATE OF AWARD THROUGH DAY 365.

2. OUTYEAR OPTION - YR 02, PERIOD 2 (TWO) WILL BEGIN FROM DATE 366 AND WILL RUN THROUGH DAY 731.

3. OUTYEAR OPTION - YR 03, PERIOD 3 (THREE) WILL BEGIN ON DAY 732 AND WILL RUN THROUGH DAY 1,097.

4. OUTYEAR OPTION - YR 04, PERIOD 4 (FOUR) WILL BEGIN ON DAY 1,098 AND WILL RUN THROUGH DAY 1,463.

5. OUTYEAR OPTION - YR 05, PERIOD 5 (FIVE) WILL BEGIN ON DAY 1,464 AND WILL RUN THROUGH DAY 1,828.

*** END OF NARRATIVE A007 ***

MIL-STD-2000 IS CITED ON THIS TDP.
WAIVER APPROVED ALLOWING CONTRACTOR TOUSE CANCELLED MIL-S-13949 FOR PRON D1943064 ONLY.

*** END OF NARRATIVE A008 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 3 of 27 |
|---|---|---|

N[ame] of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0001 | Supplies or Services and Prices/Costs | | | | |
| 0001AA | FIRST ARTICLE | 2 | EA | $ 21,516.05000 | $ 43,032.10 |

NSN: 5998-01-319-4313
NOUN: CIRCUIT CARD ASSEMB
FSCM: 18876
PART NR: 13235072
SECURITY CLASS: Unclassified
PRON: D1943064D1 PRON AMD: 04 ACRN: AA
AMS CD: 060011

Description/Specs./Work Statement
TOP DRAWING NR: 1325072

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
IAW MILSTD2073
UNIT PACK: 001 INTERMEDIATE PACK: 000
LEVEL PRESERVATION: Military
LEVEL PACKING: Minimal

| LOP | PKG-REF | LPK | PACK-REF | QUP | ICQ |
|---|---|---|---|---|---|
| MILITARY | MILSTD2073 | MINIMAL | | 001 | 000 |

| JI/A | JII | JIII | JIV | JV | JVI | JVII | JVII | JIX/A | JX | JVIIIA |
|---|---|---|---|---|---|---|---|---|---|---|
| MP | CD | PM | WM | CD | CT | UC | IC | PK | SM | OPI |
| GX | 1 | 00 | XX | XX | X | NS | 00 | L | 39 | |

MAXIMUM - UP-WT.....UP-LN....UP-WD....UP-DP
0000001.8 010.5 010.5 004.0

(End of narrative D001)

Inspection and Acceptance
INSPECTION: Origin ACCEPTANCE: Destination
Government Approval/Disapproval Days: 90

Deliveries or Performance

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 003 | W31P4Q92940030 | W31P0W | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 2 | 08-AUG-2000 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W31P0W) TRANSPORTATION OFFICER BLDG 8022
MARK FOR: RTTC, BLDG 4500
ATTN: STERT-TE-E-CS
MARK FOR: QV; FIRST ART;OR CONF

250

| CONTINUATION SHEET | Reference No. of Document Being Continued PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 4 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | REDSTONE ARSENAL, AL 35898-8052 | | | | |
| 0001AD | PRODUCTION QUANTITY WITH FIRST ARTICLE | 22 | EA | $ 17,589.45000 | $ 386,967.90 |

NSN: 5998-01-319-4313
NOUN: CIRCUIT CARD ASSEMB
FSCM: 18876
PART NR: 13235072
SECURITY CLASS: Unclassified
PRON: D1943064D1 PRON AMD: 04 ACRN: AA
AMS CD: 060011

Description/Specs./Work Statement
TOP DRAWING NR: 13235072

Packaging and Marking
PACKAGING/PACKING/SPECIFICATIONS:
IAW MILSTD2073
UNIT PACK: 001 INTERMEDIATE PACK: 000
LEVEL PRESERVATION: Military
LEVEL PACKING: Minimal

| LOP | PKG-REF | LPK | PACK-REF | QUP | ICQ |
|---|---|---|---|---|---|
| MILITARY | MILSTD2073 | MINIMAL | | 001 | 000 |

| JI/A | JII | JIII | JIV | JV | JVI | JVII | JVIII | JIX/A | JX | JVIIIA |
|---|---|---|---|---|---|---|---|---|---|---|
| MP | CD | PM | WM | CD CT | UC | IC | PK | | SM | OPI |
| GX | 1 | 00 | XX | XX X | NS | 00 | L | | 39 | |

MAXIMUM - UP-WT.....UP-LN....UP-WD....UP-DP
0000001.8 010.5 010.5 004.0

(End of narrative D001)

Inspection and Acceptance
INSPECTION: Origin ACCEPTANCE: Origin

Deliveries or Performance

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 001 | W31G3H90891959 | W25G1U | J | | 3 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 9 | 02-FEB-2001 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W25G1U) XU TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
BUILDING MISSION DOOR 113 134
NEW CUMBERLAND PA 17070-5001

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 5 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>002 W31G3H90891960 W62G2T J 3<br>DEL REL CD QUANTITY DEL DATE<br>001 13 03-FEB-2001<br><br>FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W62G2T) XU DEFENSE DISTRIBUTION REGION WEST<br>DISTRIBUTION DEPOT SAN JOAQUIN<br>CONSOL AND CONTAIN PT<br>P O BOX 960001<br>STOCKTON CA 95296-0130 | | | | |
| 0005 | Supplies or Services and Prices/Costs | | | | |
| 0005AA | OUTYEAR OPTION - YR 01<br><br>SECURITY CLASS: Unclassified<br>OUTYEAR OPTION - FY00<br>NSN: 5998-01-319-4313<br>NOUN: CIRCUIT CARD ASSEMBLY<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: UNCLASSIFIED<br><br>INCREMENTAL QUANTITY RANGE 5-16 EA<br><br>DESCRIPTION/SPECS/WORK STATEMENT<br>TOP DRAWING NR: 13235072<br><br>SHIP TO: DESTINATIONS TO BE FURNISHED<br><br>OUTYEAR OPTION - FY 00 RANGES<br><br>RANGE A - 1-5 $ 2,721.00<br>RANGE B - 6-10 $ 1,346.00<br>RANGE C - 11-16 $ 1,221.00<br><br>(End of narrative B001)<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAWMILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC SUPPL | | EA | $ UNDEFINITIZED | |

252

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 6 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001<br><br>FOB POINT: Origin | | | | |
| 0006 | Supplies or Services and Prices/Costs | | | | |
| 0006AA | OUTYEAR OPTION - YR 02<br><br>SECURITY CLASS: Unclassified<br>OUTYEAR OPTION - FY 01<br><br>NSN: 5998-01-319-4313<br>NOUN: CIRCUIT CARD ASSEMBLY<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: UNCLASSIFIED<br><br>INCREMENTAL QUANTITY RANGE 5-16 EA<br><br>DESCRIPTION/SPECS/WORK STATEMENT<br>TOP DRAWING NR: 13235072<br><br>SHIP TO: DESTINATIONS TO BE FURNISHED<br><br>OUTYEAR OPTION - FY 01 RANGES<br><br>RANGE A - 1-5 $ 2,753.13<br>RANGE B - 6-10 $ 1,346.00<br>RANGE C - 11-16 $ 1,253.13 | | EA | $ UNDEFINITIZED | |
| | (End of narrative B001)<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAWMILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001<br><br>FOB POINT: Origin | | | | |
| 0007 | Supplies or Services and Prices/Costs | | | | |
| 0007AA | OUTYEAR OPTION - YR 03<br><br>SECURITY CLASS: Unclassified<br>OUTYEAR OPTION - FY 02 | | EA | $ UNDEFINITIZED | |

253

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 7 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | NSN: 5998-01-319-4313<br>NOUN: CIRCUIT CARD ASSEMBLY<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: UNCLASSIFIED<br><br>INCREMENTAL QUANTITY RANGE 11-30 EA<br><br>DESCRIPTION/SPECS/WORK STATEMENT<br>TOP DRAWING NR: 13235072<br><br>SHIP TO: DESTINATIONS TO BE FURNISHED<br><br>OUTYEAR OPTION - FY 02 RANGES<br><br>RANGE A - 1-11 $ 2,786.22<br>RANGE B - 12-20 $ 1,273.72<br>RANGE C - 21-30 $ 1,214.79<br><br>(End of narrative B001)<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAWMILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>[illegible]<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001<br><br>FOB POINT: Origin | | | | |
| 0008 | Supplies or Services and Prices/Costs | | | | |
| 0008AA | OUTYEAR OPTION - YR 04<br><br>SECURITY CLASS: Unclassified<br>OUTYEAR OPTION - FY 03<br>NSN: 5998-01-319-4313<br>NOUN: CIRCUIT CARD ASSEMBLY<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: UNCLASSIFIED<br><br>INCREMENTAL QUANTITY RANGE 7-21 EA<br><br>DESCRIPTION/SPECS/WORK STATEMENT<br>TOP DRAWING NR: 13235072 | | EA | $ UNDEFINITIZED | |

254

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 8 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SHIP TO: DESTINATIONS TO BE FURNISHED<br><br>OUTYEAR OPTION - FY 03 RANGES<br><br>RANGE A - 1-7 $ 2,820.47<br>RANGE B - 8-15 $ 1,376.72<br>RANGE C - 16-21 $ 1,273.60<br><br>(End of narrative B001)<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAWMILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC REL CD / MILSTRIP / SUPPL ADDR / SIG CD / MARK FOR / TP CD<br>001<br><br>FOB POINT: Origin | | | | |
| 0009 | Supplies or Services and Prices/Costs | | | | |
| [illegible] | [illegible] | | [illegible] | $ [illegible] | |
| | SECURITY CLASS: Unclassified<br>OUTYEAR OPTION - FY 04<br>NSN: 5998-01-319-4313<br>NOUN: CIRCUIT CARD ASSEMBLY<br>FSCM: 18876<br>PART NR: 13235072<br>SECURITY CLASS: UNCLASSIFIED<br><br>INCREMENTAL QUANTITY RANGE 7-21 EA<br><br>DESCRIPTION/SPECS/WORK STATEMENT<br>TOP DRAWING NR: 13235072<br><br>SHIP TO: DESTINATIONS TO BE FURNISHED<br><br>OUTYEAR OPTION - FY 04 RANGES<br><br>RANGE A - 1-7 $ 2,855.74<br>RANGE B - 8-15 $ 1,411.99<br>RANGE C - 16-21 $ 1,308.87 | | | | |

255

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 9 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | (End of narrative B001)<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAWMILSTD2073<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: Minimal<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001<br><br>FOB POINT: Origin | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 10 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

DELIVERY FOR ALL OPTION PERIODS SHALL BE 90 DAYS AFTER OPTION EXERICSE (OR FIRST ARTICLE APPROVAL, WHICHEVER IS LATER).

F.O.B. ORIGIN IS APPLICABLE ON ALL OPTION PERIOD OUTYEAR CLINS.

NOTE: DEPENDING ON WHICH FISCAL YEAR THE FIRST OPTION PERIOD IS PLACED, THE FIRST OPTION EXERICSE PERIOD WOULD BE UNDER CLIN 0005AA, 0006AA, 0007AA, 0008AA, OR 0009AA AS REFLECTED. ANY SUBSEQUENT OPTION EXERCISE PERIOD(S) WITHIN THE SAME PERIOD WOULD THEN BE 0005AB, 0006AB, ETC., RESPECTIVELY.

*** END OF NARRATIVE B002 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 11 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| C-1 | 52.209-4716 | ELECTRONIC FABRICATION: REQUIREMENTS FOR SOLDERED ELECTRICAL AND ELECTRONIC ASSEMBLIES | JUN/1997 |

Notwithstanding any other provision contained in any part of this contract to the contrary, the minimum requirements/standards for soldering electrical and electronic assemblies shall be the non-military joint industry standard, ANSI/J-STD-001, Class 3.

The revision of ANSI/J-STD-001 in effect on the effective date of the contract shall govern the hardware produced hereunder.

A copy of ANSI/J-STD-001 may be obtained from the Institute for Interconnecting and Packaging Electronic Circuits (IPC), 2215 Sanders Road, Northbrook, IL, 60062-6135, telephone number (847) 509-9700, fax number (847) 509-9798.

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 12 of 27 |
| --- | --- | --- |

Na- of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

SECT... D - PACKAGING AND MARKING

| | Regulatory Cite | Title | Date |
| --- | --- | --- | --- |
| D-1 | 52.208-4700 | REPLACEMENT PRESERVATIVE FOR PENTACHLOROPHENOL | JUN/1997 |

If packaging requirements of this contract specify the use of wood products and a preservative is required, Pentachlorophenol, commonly referred to as "Penta" or "PCP" is prohibited. Replacement preservatives are 2 percent copper naphthenate, 3 percent zinc naphthenate or 1.8 percent copper 8 quinolinolate.

| | | | |
| --- | --- | --- | --- |
| D-2 | 52.247-4700 | BAR CODE MARKINGS | JUN/1997 |

Bar Code Markings are required in accordance with the latest revision of MIL-STD-129, and ANSI/AIM-BC1, Uniform Symbology Specification Code 39.

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 13 of 27 |
|---|---|---|

N( )f Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

SECTION E - INSPECTION AND ACCEPTANCE

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by reference.

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| E-1 | 52.246-2 | INSPECTION OF SUPPLIES - FIXED-PRICE | AUG/1996 |
| E-2 | 52.246-16 | RESPONSIBILITY FOR SUPPLIES | APR/1984 |
| E-3 | 252.246-7000 | MATERIAL INSPECTION AND RECEIVING REPORT | DEC/1991 |

E-4 52.246-11 HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT FEB/1999

* Insert ANSI/ASQC Q/ISO 9003 OR EQUIVALENT in the blank in the above referenced clause.

E-5 52.209-4703 DISPOSITION OF FIRST ARTICLE/QUALITY VERIFICATION SAMPLES JUN/1997

Upon testing and acceptance, the First Article/Quality Verification samples become the property of the Government and disposition of said items will be made by the Government. Upon written notification from the Procuring Contracting Officer of rejection of the First Article/Quality Verification samples, the contractor shall furnish written disposition instructions authorizing return of the items at contractor's expense.

E-6 52.209-4704 DUPLICATE FIRST ARTICLES JUN/1997

a. The Government reserves the right to delete, within sixty (60) days from contract award and without cost to the Government, the contractual requirement for the first article(s) identified in the schedule from a contractor who has received a previous contract with a first article requirement for the same or similar item, provided that the contractor receiving the previous award has received approval and acceptance of the first article(s) from the Government.

In the event the Government elects to delete the first article(s) as herein permitted, the contract price shall be the price bid for production units without the first article and the delivery schedule shall be as set forth in the contract for delivery of [illegible] without the first article(s), extended on a day-to-day basis, from the date of award until notification of first article [illegible]ion is made.

b. To eliminate unnecessary additional costs, the contractor receiving an award which includes the requirement for an additional first article as discussed above, shall not incur any cost in connection with satisfaction of the requirement for the first article. Instead, he shall immediately notify the contracting officer and await written instructions to either delete the additional first article requirement or to proceed with manufacture of the additional first article(s).

E-7 52.209-4705 FIRST ARTICLE - INSPECTION AND ACCEPTANCE JUN/1997

The Government shall perform Contract Quality Assurance at origin; however, test and evaluation, final inspection, acceptance, and approval shall be at destination. The first article submitted for testing under this contract shall meet such performance requirements and material, dimensional, heat treat, surface finish and functional requirements as set forth in the drawings, supplementary quality assurance provisions and specifications. The Government will perform such chemical, physical functional and environmental tests as necessary to determine that the requirements of the applicable specifications and drawings have been met.

E-8 52.246-4705 PREPARATION OF DD FORM 250 JUN/1997

Material Inspection and Receiving Reports (DD FORM 250) will be prepared and distributed in accordance with DoD FAR Supplement 252.246-7000 and Appendix F. Copies for the purchasing office and inventory control manager will be forwarded to the address in the "Issued By" block on the face of the contractual document. If an individual order contains the clause entitled 'Warranty of Systems and Equipment under Performance Specifications or Design Criteria', the statement below shall accompany each copy of the DD Form 250:

Supplies are covered by a warranty for a period of one hundred twenty (120) calendar days after acceptance. If an item is found to be defective, notify Commander, U.S. Army Aviation and Missile Command, Redstone Arsenal, Al 35898, ATTN: AMSAM-RD-QA-QM-GS. Forward an information copy of the notification to the cognizant CAO.

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 14 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

SECTION F - DELIVERIES OR PERFORMANCE

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by reference.

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| F-1 | 52.211-17 | DELIVERY OF EXCESS QUANTITIES | SEP/1989 |
| F-2 | 52.242-15 | STOP-WORK ORDER | AUG/1989 |
| F-3 | 52.242-17 | GOVERNMENT DELAY OF WORK | APR/1984 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 15 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

SECTION G - CONTRACT ADMINISTRATION DATA

| LINE ITEM | PRON/ AMS CD | ACRN | OBLG STAT | ACCOUNTING CLASSIFICATION | JOB ORDER NUMBER | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0001AA | D1943064D1 060011 | AA | 2 | 97 X4930AC9F 6X 26KB S01021 | | HQ0304 | $ | 43,032.10 |
| 0001AD | D1943064D1 060011 | AA | 2 | 97 X4930AC9F 6X 26KB S01021 | | HQ0304 | $ | 386,967.90 |
| | | | | | | TOTAL | $ | 430,000.00 |

| SERVICE NAME | TOTAL BY ACRN | ACCOUNTING CLASSIFICATION | ACCOUNTING STATION | | OBLIGATED AMOUNT |
|---|---|---|---|---|---|
| Army | AA | 97 X4930AC9F 6X 26KB S01021 | HQ0304 | $ | 430,000.00 |
| | | | TOTAL | $ | 430,000.00 |

CONTRACTOR TAX ID # = 58-2344926

*** END OF NARRATIVE G001 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 17 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

c. The contractor shall forward the original and one copy of the TI-ECP to the Procuring Contracting Officer. One copy will also be forwarded to the Administrative Contracting Officer.

SPECIAL NOTE CONCERNING VECP. The contractor shall not be permitted to seek reimbursement for savings under a VECP subsequent to acceptance of a TI-ECP incorporating those savings. The contractor shall likewise not be permitted to seek reimbursement under a TI-ECP subsequent to acceptance of a VECP incorporating those savings.

7. The contractor shall not stop work or delay performance of this contract during the evaluation of a TI-ECP. If the TI-ECP is approved, units affected shall be identified as part of the TI-ECP.

(End of provision)

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 18 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

SECTION I - CONTRACT CLAUSES

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by reference.

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-1 | 52.202-1 | DEFINITIONS | OCT/1995 |
| I-2 | 52.203-3 | GRATUITIES | APR/1984 |
| I-3 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR/1984 |
| I-4 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL/1995 |
| I-5 | 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL/1995 |
| I-6 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JAN/1997 |
| I-7 | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JUN/1997 |
| I-8 | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER | JUN/1996 |
| I-9 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | JUL/1995 |
| I-10 | 52.211-5 | MATERIAL REQUIREMENTS | OCT/1997 |
| I-11 | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS | SEP/1990 |
| I-12 | 52.215-2 | AUDIT AND RECORDS - NEGOTIATION | JUN/1999 |
| I-13 | 52.215-8 | ORDER OF PRECEDENCE - UNIFORM CONTRACT FORMAT | OCT/1997 |
| I-14 | 52.215-14 | INTEGRITY OF UNIT PRICES | OCT/1997 |
| I-15 | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS | OCT/1999 |
| I-16 | 52.222-3 | CONVICT LABOR | AUG/1996 |
| I-17 | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT - OVERTIME COMPENSATION | JUL/1995 |
| I-18 | 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT | DEC/1996 |
| I-19 | 52.222-26 | EQUAL OPPORTUNITY | FEB/1999 |
| I-20 | 52.222-35 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA | APR/1998 |
| I[illegible] | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES | JUN/1998 |
| I[illegible] | 52.222-37 | EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA | JAN/1999 |
| I-23 | 52.223-6 | DRUG-FREE WORKPLACE | JAN/1997 |
| I-24 | 52.225-10 | DUTY-FREE ENTRY | APR/1984 |
| I-25 | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | AUG/1998 |
| I-26 | 52.227-1 | AUTHORIZATION AND CONSENT | JUL/1995 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| I-28 | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES | JAN/1991 |
| I-29 | 52.229-5 | TAXES-CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO | APR/1984 |
| I-30 | 52.232-1 | PAYMENTS | APR/1984 |
| I-31 | 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | MAY/1997 |
| I-32 | 52.232-11 | EXTRAS | APR/1984 |
| I-33 | 52.232-17 | INTEREST | JUN/1996 |
| I-34 | 52.232-18 | AVAILABILITY OF FUNDS | APR/1984 |
| I-35 | 52.232-23 | ASSIGNMENT OF CLAIMS | JAN/1986 |
| I-36 | 52.232-25 | PROMPT PAYMENT | JUN/1997 |
| I-37 | 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL CONTRACTOR REGISTRATION | MAY/1999 |
| I-38 | 52.233-1 | DISPUTES | DEC/1998 |
| I-39 | 52.233-3 | PROTEST AFTER AWARD | AUG/1996 |
| I-40 | 52.242-13 | BANKRUPTCY | JUL/1995 |
| I-41 | 52.243-1 | CHANGES - FIXED-PRICE | AUG/1987 |
| I-42 | 52.244-5 | COMPETITION IN SUBCONTRACTING | DEC/1996 |
| I-43 | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) | SEP/1996 |
| I-44 | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR/1984 |
| I-45 | 52.253-1 | COMPUTER GENERATED FORMS | JAN/1991 |
| I-46 | 52.203-8 | CANCELLATION, RECISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | JAN/1997 |
| I-47 | 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES | MAR/1999 |
| 48 | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT | APR/1992 |
| I-49 | 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY | NOV/1995 |
| I-50 | 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY | MAR/1998 |

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-51 | 252.225-7001 | BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM | MAR/1998 |
| I-52 | 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS | DEC/1991 |
| I-53 | 252.225-7009 | DUTY-FREE ENTRY - QUALIFYING COUNTRY SUPPLIES (END PRODUCTS AND COMPONENTS) | MAR/1998 |
| I-54 | 252.225-7010 | DUTY-FREE ENTRY - ADDITIONAL PROVISIONS | MAR/1998 |
| I-55 | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES | MAY/1999 |
| I-56 | 252.225-7014 | PREFERENCE FOR DOMESTIC SPECIALTY METALS (MAR 98) - ALTERNATE I | MAR/1998 |
| I-57 | 252.225-7016 | RESTRICTION ON ACQUISITION OF BALL AND ROLLER BEARINGS | AUG/1998 |
| I-58 | 252.225-7025 | RESTRICTION ON ACQUISITION OF FORGINGS | JUN/1997 |
| I-59 | 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL | JUN/1992 |
| I-60 | 252.225-7032 | WAIVER OF UNITED KINGDOM LEVIES | OCT/1992 |
| I-61 | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES | DEC/1991 |
| I-62 | 252.242-7000 | POSTAWARD CONFERENCE | DEC/1991 |
| I-63 | 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT | MAR/1998 |
| I-64 | 252.248-7000 | PREPARATION OF VALUE ENGINEERING CHANGES PROPOSALS | MAY/1994 |

I-65 52.209-4 FIRST ARTICLE APPROVAL - GOVERNMENT TESTING SEP/1989

Insert TWO EACH in the first blank; 0001AA OR 0003AA in the second blank; and 90 DAYS in the third blank; and TRANS OFFICER BLDG 8022, RSA TECH CENTER 4500, ATTN: STERT-TE-E-CS, REDSTONE ARSENAL, AL 35898-8052 in the fourth blank in paragraph (a) and insert 90 DAYS in the blank in paragraph (b) within the above referenced clause.

I-66 52.217-7 OPTION FOR INCREASED QUANTITY - SEPARATELY PRICED LINE ITEM MAR/1989

*Insert OPTION EXERCISE PERIOD FOR OPTION YEAR AS SET OUT IN THE SCHEDULE IN SECTION B OF CONTRACT in the blank within the above referenced clause.

I 52.219-11 SPECIAL 8(a) CONTRACT CONDITIONS FEB/1990

* Insert U.S. ARMY AVIATION AND MISSILE COMMAND, ATTN: AMSAM-AC-ML-SA in the first blank and U.S. ARMY AVIATION AND MISSILE COMMAND, ATTN: AMSAM-AC-ML-SA in the second blank in paragraph (c); insert U.S. ARMY AVIATION AND MISSILE COMMAND, ATTN: AMSAM-AC-ML-SA in the blank in paragraph (d); and insert U.S. ARMY AVIATION AND MISSILE COMMAND, ATTN: AMSAM-AC-ML-SA in the blank in paragraph (f) within the above referenced clause.

I-68 52.243-7 NOTIFICATION OF CHANGES APR/1984

*Insert 30 in the blank of paragraph b and 60 in paragraph d.

I-69 52.215-21 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA - MODIFICATIONS (OCT 97) - ALTERNATE I OCT/1997

(a) Exceptions from cost or pricing data.

(1) In lieu of submitting cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items. (A) If--

(1) The original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition, or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item, and

(2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial item to a contract or subcontract for the acquisition of an item other than a commercial item

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 20 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include:

(1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the Contractor is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The Contractor shall submit cost or pricing data and supporting attachments prepared in the following format: -1-

(2) As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor s[illegible] submit a Certificate of Current Cost or Pricing Data, as prescribed in FAR 15.406-2.

(End of Provision)

I-70 252.219-7009 SECTION 8(a) DIRECT AWARD JUN/1998

(a) This contract is issued as a direct award between the contracting office and the 8(a) Contractor pursuant to the [illegible] the Department of [illegible]. Accordingly, the SBA is not a party to this contract. SBA does retain responsibility for 8(a) certification, for 8(a) eligibility determinations and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:

SMALL BUSINESS ADMINISTRATION
ALABAMA DISTRICT OFFICE
2121 8TH AVENUE NORTH, SUITE 200
BIRMINGHAM, ALABAMA 35203-2398

(b) The contracting office is responsible for administering the contract and for taking any action on behalf of the Government under the terms and conditions of the contract; provided that the contracting office shall give advance notice to the SBA before it issues a final notice terminating performance, either in whole or in part, under the contract. The contracting office also shall coordinate with the SBA prior to processing any novation agreement. The contracting office may assign contract administration functions to a contract administration office.

(c) The Contractor agrees that --

(1) It will notify the Contracting Officer, simultaneous with its notification to the SBA (as required by SBA's 8(a) regulations at 13 CFR 124.308), when the owner or owners upon whom 8(a) eligibility is based plan to relinquish ownership or control of the concern. Consistent with Section 407 of Pub. L. 100-656, transfer of ownership or control shall result in termination of the contract for convenience, unless the SBA waives the requirement for termination prior to the actual relinquishing of ownership and control; and

(2) It will not subcontract the performance of any of the requirements of this contract without the prior written approval of the SBA and the Contracting Officer.

(End of clause)

I-71 52.222-21 PROHIBITION OF SEGREGATED FACILITIES FEB/1999

(a) "Segregated facilities," as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex or national origin because of written or oral policies, or employee custom. The term does not include separate or single-user rest rooms and necessary dressing or sleeping areas, which shall be provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract that contains the clause of this contract entitled "Equal Opportunity."

(End of clause)

I-72 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEV 99-00012) APR/1984

(a) Government-furnished property: (1) The Government shall deliver to the Contractor, for use in connection with and under the terms of this contract, the Government-furnished property described in the Schedule or specifications together with any related data and information that the Contractor may request and is reasonably required for the intended use of the property (hereinafter referred to as "Government-furnished property").

(2) The delivery or performance dates for this contract are based upon the expectation that Government-furnished property suitable for use (except for property furnished "as is") will be delivered to the Contractor at the times stated in the Schedule or, if not so stated, in sufficient time to enable the Contractor to meet the contract's delivery or performance dates.

(3) If Government-furnished property is received by the Contractor in a condition not suitable for the intended use, the Contractor shall, upon receipt of it, notify the Contracting Officer, detailing the facts, and, as directed by the Contracting Officer and at Government expense, either repair, modify, return, or otherwise dispose of the property. After completing the directed action and upon written request of the Contractor, the Contracting Officer shall make an equitable [illegible]

(4) If Government-furnished property is not delivered to the Contractor by the required time, the Contracting Officer shall, upon the Contractor's timely written request, make a determination of the delay, if any, caused the Contractor and shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(b) Changes in Government-furnished property: (1) The Contracting Officer may, by written notice, (i) decrease the Government-furnished property provided or to be provided under this contract, or (ii) substitute other Government-furnished property for the property to be provided by the Government, or to be acquired by the Contractor for the Government, under this contract. The Contractor shall promptly take such action as the Contracting Officer may direct regarding the removal, shipment, or disposal of the property covered by such notice.

(2) Upon the Contractor's written request, the Contracting Officer shall make an equitable adjustment to the contract in accordance with paragraph (h) of this clause, if the Government has agreed in the Schedule to make the property available for performing this contract and there is any --

(i) Decrease or substitution in this property pursuant to subparagraph (b)(1) of this clause; or

(ii) Withdrawal of authority to use this property, if provided under any other contract or lease.

(c) Title in Government property: (1) The Government shall retain title to all Government-furnished property.

(2) All Government-furnished property and all property acquired by the Contractor, title to which vests in the Government under this paragraph (collectively referred to as "Government property"), are subject to the provisions of this clause. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor shall Government property become a fixture or lose its identity as personal property by being attached to any real property.

(3) Title to each item of facilities and special test equipment acquired by the Contractor for the Government under

this contract shall pass to and vest in the Government when its use in performing this contract commences or when the Government has paid for it, whichever is earlier, whether or not title previously vested in the Government.

(4) If this contract contains a provision directing the Contractor to purchase material for which the Government will reimburse the Contractor as a direct item of cost under this contract --

(i) Title to material purchased from a vendor shall pass to and vest in the Government upon the vendor's delivery of such material; and

(ii) Title to all other material shall pass to and vest in the Government upon --

(A) Issuance of the material for use in contract performance;

(B) Commencement of processing of the material or its use in contract performance; or

(C) Reimbursement of the cost of the material by the Government, whichever occurs first.

(d) Use of Government property. The Government property shall be used only for performing this contract, unless otherwise provided in this contract or approved by the Contracting Officer.

(e) Property administration. (1) The Contractor shall be responsible and accountable for all Government property provided under this contract and shall comply with Federal Acquisition Regulation (FAR) Subpart 45.5, as in effect on the date of this contract.

(2) The Contractor shall establish and maintain a program for the use, maintenance, repair, protection, and preservation of Government property in accordance with sound industrial practice and the applicable provisions of Subpart 45.5 of the FAR.

(3) If damage occurs to Government property, the risk of which has been assumed by the Government under this contract, Government shall replace the items or the Contractor shall make such repairs as the Government directs. However, if the Contractor cannot effect such repairs within the time required, the Contractor shall dispose of the property as directed by the Contracting Officer. When any property for which the Government is responsible is replaced or repaired, the Contracting Officer shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(4) The Contractor represents that the contract price does not include any amount for repairs or replacement for which the Government is responsible. Repair or replacement of property for which the Contractor is responsible shall be accomplished by [illegible]

(f) Access. The Government and all its designees shall have access at all reasonable times to the premises in which any Government property is located for the purpose of inspecting the Government property.

(g) Risk of loss. Unless otherwise provided in this contract, the Contractor assumes the risk of, and shall be responsible for, any loss or destruction of, or damage to, Government property upon its delivery to the Contractor or upon passage of title to the Government under paragraph (c) of this clause. However, the Contractor is not responsible for reasonable wear and tear to Government property or for Government property properly consumed in performing this contract.

(h) Equitable adjustment. When this clause specifies an equitable adjustment, it shall be made to any affected contract provision in accordance with the procedures of the Changes clause. When appropriate, the Contracting Officer may initiate an equitable adjustment in favor of the Government. The right to an equitable adjustment shall be the Contractor's exclusive remedy. The Government shall not be liable to suit for breach of contract for --

(1) Any delay in delivery of Government-furnished property;

(2) Delivery of Government-furnished property in a condition not suitable for its intended use;

(3) A decrease in or substitution of Government-furnished property; or

(4) Failure to repair or replace Government property for which the Government is responsible.

(i) Final accounting and disposition of Government property. Upon completing this contract, or at such earlier dates as may be fixed by the Contracting Officer, the Contractor shall submit, in a form acceptable to the Contracting Officer, inventory schedules covering all items of Government property (including any resulting scrap) not consumed in performing this contract or delivered to the Government. The Contractor shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as the Contracting Officer directs.

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 23 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

(j) Abandonment and restoration of Contractor's premises. Unless otherwise provided herein, the Government --

(1) May abandon any Government property in place, at which time all obligations of the Government regarding such abandoned property shall cease; and

(2) Has no obligation to restore or rehabilitate the Contractor's premises under any circumstances (e.g., abandonment, disposition upon completion of need, or upon contract completion). However, if the Government-furnished property (listed in the Schedule or specifications) is withdrawn or is unsuitable for the intended use, or if other Government property is substituted, then the equitable adjustment under paragraph (h) of this clause may properly include restoration or rehabilitation costs.

(k) Communications. All communications under this clause shall be in writing.

(l) Overseas contracts. If this contract is to be performed outside the United States of America, its territories, or possessions, the words "Government" and "Government-furnished" (wherever they appear in this clause) shall be construed as "United States Government" and "United States Government-furnished," respectively.

(End of clause)

I-73 52.252-2 CLAUSES INCORPORATED BY REFERENCE FEB/1998

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

FAR Clauses:
www.arnet.gov/far

DFARS Clauses:
www.dtic.mil/dfars

Clause Deviations:
www.acq.osd.mil/dp/dars/classdev.html

(End of clause)

I-74 252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY MAR/1998

In accordance with paragraph (b) of the Duty-Free Entry Clause of this contract, in addition to duty-free entry for all qualifying country supplies (end products and components) and all eligible end products subject to applicable trade agreements (if this contract contains the Buy American Act--Trade Agreements--Balance of Payments Program clause or the Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program clause), the following foreign end products that are neither qualifying country end products nor eligible end products under a trade agreement, and the following nonqualifying country components, are accorded duty-free entry:

________________________________________

________________________________________

________________________________________

(End of clause)

I-75 252.227-7036 DECLARATION OF TECHNICAL DATA CONFORMITY JAN/1997

(a) All technical data delivered under this contract shall be accompanied by the following written declaration:

The Contractor, ________________, hereby declares that, to the best of its knowledge and belief, the technical data delivered herewith under Contract No. ________________ is complete, accurate, and complies with all requirements of the contract.

Date ________________

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 24 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

Name and Title of Authorized Official ______________________________

(End of clause)

I-76 252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA MAR/2000

(a) Definitions.

As used in this clause--

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a ference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items, construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel [illegible]

(b) (1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if --

(i) This contract is a construction contract; or

(ii) The supplies being transported are --

(A) Noncommercial items; or

(B) Commercial items that --

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it subcontracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that--

(1) U.S.-flag vessels are not available for timely shipment;

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 25 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shippers sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum--

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information:

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

ITEM CONTRACT

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 26 of 27 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

DESCRIPTION LINE ITEMS QUANTITY

Total

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) The Contractor shall include this clause, including this paragraph (h) in all subcontracts under this contract, that --

(1) Exceed the simplified acquistion threshold in Part (2) of the Federal Acquisition Regulation; and

(2) Are for a type of supplies described in paragraph (b)(2) of this clause.

(End of clause)

I-77 252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA MAR/2000

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the [illegible] -

(1) In all subcontracts under this contract, if this contract is a construction contract; or

(2) If this contract is not a construction contract, in all subcontracts under this contract that are for -

(i) Noncommercial items; or

(ii) Commercial items that --

(A) The Contractor is reselling or disbributing to the Government without adding value (generally, the Contractor does not add value to items that it subcontracts for f.o.b. destination shipment);

(B) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(C) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(End of clause)

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-00-C-0077 MOD/AMD | Page 27 of 27 |
|---|---|---|

**Name of Offeror or Contractor:** SYSTEMS DEVELOPMENT CORP

SEC. J - LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 001 | CONTRACT TECHNICAL DATA PACKAGE | 02-OCT-99 | 010 | |
| Attachment 002 | ODC SPECIFICATIONS FOR ARMY PART NUMBER 13235072 | 02-OCT-99 | 003 | |

The following sections of the solicitation will not be distributed with the contract; however, they are incorporated in and form a part of the resultant contract as though furnished in full text therewith:

| SECTION | TITLE |
|---|---|
| K | Representations, Certifications and Other Statements of Offeror. |
| L | Instructions And Conditions, and Notices to Offerors. |

'1999 CONTRACT TECHNICAL DATA PACKAGE PAGE 1 of 10

.3235072 MSL SYS:
D1943064 PROC FOR

PRODUCT DRAWINGS AND ASSOCIATED LISTS

273

| DOCUMENT NUMBER | REV-LT | SEC-CD | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|
| 0668664 | B | N | | |
| 1568664 | F | N | | |
| 1569847 | E | N | | |
| 3038109 | H | N | | |
| 3038120 | H | N | | |
| 3038132 | E | N | | |
| 3038370 | D | N | | |
| 3038402 | C | N | | |
| 3038457 | B | N | | |
| 3038624 | D | N | PROC RESTRICTED TO, WITH NOR 50721 | |
| 3234265 | C | N | | |
| Sheet 0002 | A | N | STABLE BASE DRAWING | ① |
| Sheet 0003 | A | N | STABLE BASE DRAWING | |
| Sheet 0004 | A | N | STABLE BASE DRAWING | |
| Sheet 0005 | A | N | STABLE BASE DRAWING | |
| Sheet 0006 | A | N | STABLE BASE DRAWING | |
| Sheet 0007 | A | N | STABLE BASE DRAWING | |
| Sheet 0008 | A | N | STABLE BASE DRAWING | |
| Sheet 0009 | A | N | STABLE BASE DRAWING | |
| Sheet 0010 | A | N | STABLE BASE DRAWING | |
| Sheet 0011 | A | N | STABLE BASE DRAWING | |
| 13235072 | A | N | | |
| 13235072 | C | N | , WITH NOR | |
| 13235106 | NO | N | | |
| 13235168 | NO | N | | |
| 13526671 | NO | N | | |
| CP13038109-31 | A | N | DIGITAL DATA | ② |
| CP13038109-32 | A | N | DIGITAL DATA | |
| CP13038120-008 | A | N | DIGITAL DATA | |
| CP13038120-021 | A | N | DIGITAL DATA | |
| EL13235072 | NO | N | | |

Pay Per M
Read Only
data to be