:/1999 CONTRACT :CHNICAL DATA PACKAGE ATTACHMENT 01
PAGE of 10
13235072
D1943064

SPECIF :ATIONS AND STANDARDS

| DOCUMENT NUMBER | REV SYM | AMD NO. | :IG :). | SUPPL NO. | SEC CL | DOCUMENT STATUS | SEE LEGEND OHM |
|---|---|---|---|---|---|---|---|
| MIS-14753 | B | | | | N | , WITH NOR | |
| MIS-18858 | NO | | | | N | | |
| MIS-19412 | C | | | | N | , WITH NOR | |
| MIS-19494 | B | 2 | | | N | , WITH NOR | |
| MIS-41341 | NO | 1 | | | N | | |
| A-A-56032 | A | | | | N | | * |
| L-P-383 | NO | | | | N | | * |
| NN-P-71 | C | | | | N | | * |
| O-T-620 | (REPLACED BY ASTM-D4 :6) | | | | | | |
| PPP-B-566 | E | | | | N | | * |
| PPP-B-585 | D | | | | N | | * |
| PPP-B-601 | H | | | | N | | * |
| PPP-B-621 | D | 3 | | | N | | * |
| PPP-B-676 | E | | | | N | | * |
| QQ-A-200 | (REPLACED BY AMS-QQ- -200) | | | | | | |
| | (REPLACED BY ASTM-B2 ) | | | | | | |
| | (REPLACED BY ASTM-B3 1) | | | | | | |
| QQ-A-200/8 | (REPLACED BY ASTM-B2 :) | | | | | | |
| | (REPLACED BY ASTM-B2 :) | | | | | | |
| QQ-A-200/9 | (REPLACED BY AMS-QQ- -200) | | | | | | |
| | (REPLACED BY ASTM-B2 :) | | | | | | |
| | (REPLACED BY ASTM-B2 :) | | | | | | |
| | (REPLACED BY ASTM-B3 1) | | | | | | |
| QQ-A-250 | (REPLACED BY AMS-QQ- -250) | | | | | | |
| | (REPLACED BY ASTM-B2 ?) | | | | | | |
| QQ-A-250/5 | (REPLACED BY AMS-QQ- 250/5) | | | | | | |
| | (REPLACED BY ASTM-B2 ?) | | | | | | |
| QQ-A-430 | C | 1 | | | N | | * |
| QQ-C-576 | (REPLACED BY ASTM-B1: 2) | | | | | | |
| QQ-N-290 | A | | | | N | | * |
| QQ-S-571 | (REPLACED BY EIA-J-S D-004) | | | | | | |
| | (REPLACED BY EIA-J-S D-005) | | | | | | |
| | (REPLACED BY EIA-J-S D-006) | | | | | | |
| | (REPLACED BY IPC-J-S )-004) | | | | | | |
| | (REPLACED BY IPC-J-S )-005) | | | | | | |
| | (REPLACED BY IPC-J-S )-006) | | | | | | |
| QQ-S-781 | (REPLACED BY ASTM-D3 53) | | | | | | |

/1999
L3235072
D1943064

CONTRACT T:CHNICAL DATA PACKAGE

ATTACHMENT 01
PAGE of 10

275

SPECIF:CATIONS AND STANDARDS

| OCUMENT NUMBER | REV SYM | AMD NO. | (:G ... | SUPPL NO. | SEC CL | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|---|---|---|
| Q-W-343 | G | | | | N | | * |
| T-C-490 | D | | | | N | | *OHM |
| ED-STD-1 | (REPLACED BY ASTM-E1' :) | | | | | | |
| ED-STD-141 | C | | | | N | | *OHM |
| ED-STD-595 | B | | | | N | | * |
| IIL-A-8625 | F | | | | N | | * |
| IIL-B-81705 | (REPLACED BY MIL-PRF- :1705) | | | | | | |
| IIL-C-28754 | D | | | 1 | N | | * |
| IIL-C-28754/24 | B | | | | N | | * |
| IIL-C-39014 | (REPLACED BY MIL-PRF- :9014) | | | | | | |
| IIL-C-39014/2 | (REPLACED BY MIL-PRF- :9014/2) | | | | | | |
| IIL-C-39014/22 | (REPLACED BY MIL-PRF- 9014/22) | | | | | | |
| IIL-C-39014/5 | (REPLACED BY MIL-PRF- 9014/5) | | | | | | |
| IIL-C-49137 | (REPLACED BY MIL-PRF- 9137) | | | | | | |
| IIL-C-49137/6 | (REPLACED BY MIL-PRF- 9137/6) | | | | | | |
| IIL-C-55302 | E | | | 1 | N | | * |
| IIL-C-5541 | E | | | | N | | * |
| IIL-C-83286 | (REPLACED BY MIL-C-8' 85) | | | | | | |
| IIL-C-85285 | (REPLACED BY MIL-PRF :5285) | | | | | | |
| IIL-D-5480 | (REPLACED BY MIL-PRF :480) | | | | | | |
| MIL-D-8510 | (REPLACED BY MIL-D-5 :0) | | | | | | |
| MIL-G-45204 | (REPLACED BY AMS-242 :) (REPLACED BY ASTM-B4 :) | | | | | | |
| MIL-H-5606 | G | | 1 | | N | | * |
| MIL-I-22076 | B | 1 | | | N | | * |
| MIL-I-22129 | C | | | | N | | * |
| MIL-I-38535 | (REPLACED BY MIL-PRF :38535) | | | | | | |
| MIL-I-43553 | (REPLACED BY A-A-560 :) | | | | | | |
| MIL-I-46058 | C | | 1 | | N | | *OHM |
| MIL-M-14 | (REPLACED BY ASTM-D5:48) | | | | | | |
| MIL-M-38510 | (REPLACED BY MIL-I-3:535) | | | | | | |
| MIL-M-38510/105 | NO | | 1 | | N | | * |
| MIL-M-38510/110 | B | | 1 | | N | | * |
| MIL-M-38510/300 | D | | 1 | | N | | * |
| MIL-M-38510/301 | D | | 1 | | N | | * |
| MIL-M-38510/305 | B | | 1 | | N | | * |
| MIL-M-38510/310 | C | | 1 | | N | | * |

## SPECIFICATIONS AND STANDARDS

| DOCUMENT NUMBER | REV SYM | AMD NO. | [illegible] NO. | SUPPL NO. | SEC CL | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|---|---|---|
| MIL-M-38510/315 | C | | | | N | | * |
| MIL-M-38510/324 | C | | | | N | | * |
| MIL-M-38510/325 | C | | | | N | | * |
| MIL-M-38510/77 | A | | | | N | | * |
| MIL-P-116 | (REPLACED BY MIL-STD-[illegible]073-1) | | | | | | |
| MIL-P-13949 | (REPLACED BY MIL-S-1[illegible]49) | | | | | | |
| MIL-P-13949/12 | (REPLACED BY MIL-S-1[illegible]49/12) | | | | | | |
| MIL-P-13949/4 | (REPLACED BY MIL-S-1[illegible]49/4) | | | | | | |
| MIL-P-19833 | (REPLACED BY MIL-M-1[illegible]) | | | | | | |
| MIL-P-55110 | (REPLACED BY MIL-PRF-55110) | | | | | | |
| MIL-P-81728 | (REPLACED BY AMS-P-8[illegible]28) | | | | | | |
| MIL-PRF-19500 | L | | | | N | | * |
| MIL-PRF-19500/516 | D | | | | N | | * |
| MIL-PRF-38535 | E | | | | N | | * |
| MIL-PRF-39014 | F | 1 | | 1 | N | | * |
| MIL-PRF-39014/2 | K | | | | N | | * |
| MIL-PRF-39014/22 | D | | | | N | | * |
| MIL-PRF-39014/5 | F | | | | N | | * |
| MIL-PRF-39017 | F | | | 1 | N | | * |
| MIL-PRF-39017/1 | P | | | | N | | * |
| MIL-PRF-39017/3 | H | | | | N | | * |
| MIL-PRF-39017/5 | M | | | | N | | * |
| MIL-PRF-39035 | D | 1 | | | N | | * |
| MIL-PRF-39035/3 | D | | | | N | | * |
| MIL-PRF-49137 | B | | | | N | | * |
| MIL-PRF-49137/6 | C | | | | N | | * |
| MIL-PRF-5480 | G | | | | N | | * |
| MIL-PRF-55110 | F | | | | N | | * |
| MIL-PRF-55182 | G | 1 | | | N | | * |
| MIL-PRF-81705 | D | | | | N | | * |
| MIL-PRF-83401 | G | | | 1 | N | | * |
| MIL-PRF-83401/2 | G | | | | N | | * |
| MIL-PRF-85285 | C | | | | N | | * |
| MIL-R-39017 | (REPLACED BY MIL-PRF 39017) | | | | | | |
| MIL-R-39017/1 | (REPLACED BY MIL-PRF 39017/1) | | | | | | |
| MIL-R-39017/3 | (REPLACED BY MIL-PRF 39017/3) | | | | | | |
| MIL-R-39017/5 | (REPLACED BY MIL-PRF 39017/5) | | | | | | |

/1999 CONTRACT T CHNICAL DATA PACKAGE ATTACHMENT 01 277
1323507 PAGE of 10
D1943064

SPECIF ATIONS AND STANDARDS

| OCUMENT NUMBER | | REV SYM | AMD NO. | G SUPPL NO. | SEC CL | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|---|---|---|
| IIL-R-39035 | (REPLACED BY MIL-PRF- 9035) | | | | | | |
| IIL-R-39035/3 | (REPLACED BY MIL-PRF- 9035/3) | | | | | | |
| IIL-R-55182 | (REPLACED BY MIL-PRF- 5182) | | | | | | |
| IIL-R-55182/1 | | M | 2 | | N | | * |
| IIL-R-5674 | | F | | | N | | * |
| IIL-R-83401 | (REPLACED BY MIL-PRF- 3401) | | | | | | |
| IIL-R-83401/2 | (REPLACED BY MIL-PRF- 3401/2) | | | | | | |
| IIL-S-19500 | (REPLACED BY MIL-PRF- 9500) | | | | | | |
| IIL-S-19500/516 | (REPLACED BY MIL-PRF- 9500/516) | | | | | | |
| IIL-S-45743 | (REPLACED BY MIL-STD- 000) | | | | | | |
| IIL-S-46844 | (REPLACED BY MIL-STD 000) | | | | | | |
| IIL-S-46860 | (REPLACED BY MIL-STD 000) | | | | | | |
| IIL-S-83734 | | F | | | N | | * |
| IIL-S-83734/5 | | D | | | N | | * |
| OD-STD-100 | (REPLACED BY MIL-STD 100) | | | | | | |
| MIL-HDBK-454 | | NO | | | N | | * |
| MIL-STD-100 | | G | | | N | | * |
| MIL-STD-105 | (REPLACED BY ASQC-Z1 1) | | | | | | |
| MIL-STD-109 | (REPLACED BY ASQC-A8 2)<br>(REPLACED BY ISO-840 | | | | | | |
| MIL-STD-129 | | N | | | N | | * |
| MIL-STD-130 | | J | | | N | | * |
| MIL-STD-1344 | | A | | | N | | *OHM |
| MIL-STD-171 | | E | | | N | | *OHM |
| MIL-STD-1835 | | B | | | N | | * |
| MIL-STD-202 | | F | | | N | | *OHM |
| MIL-STD-2073-1 | | C | | | N | | * |
| MIL-STD-275 | (REPLACED BY IPC-D-2 5) | | | | | | |
| MIL-STD-454 | (REPLACED BY MIL-HDB -454) | | | | | | |
| MIL-STD-480 | (REPLACED BY MIL-STD 973) | | | | | | |
| MIL-STD-810 | | E | | 3 | N | | * |
| MIL-STD-883 | | E | | 2 | N | | *OHM |
| MIL-STD-973 | | NO | | 3 | N | | * |
| MS20470 | (REPLACED BY NASM204 0) | | | | | | |
| AMS-2418 | | F | | | N | | ** |
| AMS-2422 | | D | | | N | | ** |
| AMS-P-81728 | | NO | | | N | | ** |

SPECIF ATIONS AND STANDARDS

| DOCUMENT NUMBER | REV SYM | AMD NO. | ?G SUPPL NO. | SEC CL | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|---|---|
| AMS-QQ-A-200 | A | | | N | | ** |
| AMS-QQ-A-250 | NO | | | N | | ** |
| AMS-QQ-A-250/5 | A | | | N | | ** |
| ANSI-Y14.5M | NO | | | N | | ** |
| ASQC-A8402 | NO | | | N | | ** |
| ASQC-Z1.4 | NO | | | N | | ** |
| ASTM-B152 | NO | | | N | | ** |
| ASTM-B209 | NO | | | N | | ** |
| ASTM-B221 | NO | | | N | | ** |
| ASTM-B241 | NO | | | N | | ** |
| ASTM-B308 | NO | | | N | | ** |
| ASTM-B36 | NO | | | N | | ** |
| ASTM-B488 | NO | | | N | | ** |
| ASTM-D115 | NO | | | N | | ** |
| ASTM-D150 | D | | | N | | ** |
| ASTM-D3953 | NO | | | N | | ** |
| ASTM-D4126 | NO | | | N | | **OHM |
| ASTM-D5948 | NO | | | N | | ** |
| ASTM-E171 | NO | | | N | | ** |
| EIA-186-9E | E | | | N | | ** |
| EIA-J-STD-004 | NO | | | N | | ** |
| EIA-J-STD-005 | NO | 1 | | N | | ** |
| EIA-J-STD-006 | NO | | | N | | ** |
| EIA-RS-178-A | (REPLACED BY EIA-186 ?E) | | | | | |
| IPC-CM-770 | NO | | | N | | ** |
| IPC-D-275 | NO | | | N | | ** |
| IPC-J-STD-004 | NO | | | N | | ** |
| IPC-J-STD-005 | NO | 1 | | N | | ** |
| IPC-J-STD-006 | NO | | | N | | ** |
| IPC-T-50 | F | | | N | | ** |
| ISO-8402 | NO | | | N | | ** |
| NASM20470 | NO | | | N | | ** |
| MIL-C-14550 | (REPLACED BY AMS-241 ?) | | | | | |
| MIL-S-13949 | H | | 1 | N | CANCELLED | |
| MIL-S-13949/12 | B | | | N | CANCELLED | |
| MIL-S-13949/4 | D | 1 | | N | CANCELLED | |
| MIL-STD-2000 | A | | | N | CANCELLED | |

1999
3235072
D1943064

CONTRACT T CHNICAL DATA PACKAGE

ATTACHMENT 01
PAGE f 10

SPECIFI ATIONS AND STANDARDS

| CUMENT NUMBER | REV SYM | AMD NO. | ( G I | SUPPL NO. | SEC CL | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|---|---|---|
| 762-78003 | NO | | | | N | | D |
| 762-82005 | D | | | | N | | D |
| 762-87702 | C | | | | N | | D |
| 762-87771 | C | | | | N | | D |

COMMERC L ITEMS NOT FURNISHED

| MENT NUMBER | CAGE | NOMEN( ATURE |
|---|---|---|
| | OA6R8 | HANDL( PRINTED CIRCUIT B |

PACKAGIN( DRAWINGS AND DOCUMENTS

279

| DOCUMENT NUMBER | REV-L | SEC-CD | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|
| MIL-STD-2073 (REPLACED BY MIL-STD 073-1) | | | | |

:DPL LEGEND

DESCR TION OF SYMBOLS

D = NOT FURNISHED - TO BE OBTAINE FROM:

DEFENSE ELECTRONIC SUPPLY NTER
ATTN: DESC-ELA LIBRARY
1507 WILMINGTON PIKE
DAYTON, OH 45444-5767

G = GOVERNMENT FURNISHED EQUIPMEN (GFE)

REF = REFERENCE DRAWING/DOCUMENT, R ERENCE FOR INFORMATION ONLY
NOT REQUIRED FOR PRODUCEABILI OR TEST AND ACCEPTANCE

OHM = OZONE DEPLETING SUBSTANCES

280 HM = HAZARDOUS MATERIALS

SUP = SUPPRESSED DOCUMENT

LMTD = LIMITED RIGHTS (PROPRIETARY)

GPLR = GOVERNMENT PURPOSE LICENSE RI ITS

OSLA = OTHER SPECIAL LICENSING AGREE NTS

* = NOT FURNISHED - TO BE OBTAINE FROM:

DEFENSE PRINTING SERVICE DETA HMENT OFFICE (DPSDO)
STANDARDIZATION DOCUMENT ORDE DESK
700 ROBBINS AVENUE
BUILDING 4D
PHILADELPHIA, PA. 19111-5094

IF NOT AVAILABLE, IMMEDIATELY DVISE THE PROCURING CONTRACTING OFFICER.

** = NOT FURNISHED. COMMERCIAL SP CIFICATIONS AND STANDARDS MAY BE OBTAINED

QPL LEGEND

FROM THE PUBLISHERS. THEY ARE NOT AVAILABLE FROM GOVERNMENT SOURCES.

D/B = DISTRIBUTION STATEMENT B - DIS IBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES ONLY.

D/C = DISTRIBUTION STATEMENT C - DIS IBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES AND THEIR CONTRACTORS.

D/D = DISTRIBUTION STATEMENT D - DIS IBUTION AUTHORIZED TO THE DEPARTMENT OF DEFENSE AND DOD CONTRACTORS ONLY.

D/E = DISTRIBUTION STATEMENT E - DIS IBUTION AUTHORIZED TO DOD COMPONENTS ONLY.

D/F = DISTRIBUTION STATEMENT F - FUR ER DISSEMINATION ONLY AS DIRECTED.

281 D/X = DISTRIBUTION STATEMENT X - DIS IBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES AND PRIVATE INDIVIDUALS OR ENTERPR ES.

EXP = EXPORT CONTROLLED DOCUMENT

EXPOR CONTROL STATEMENT

WARNING - THIS DOCUMENT CONTAINS TEC ICAL DATA WHOSE EXPORT IS RESTRICTED BY THE ARMS EXPORT CONTF ACT (TITLE 22, U.S.C., SEC 2751 ET S .) OR EXECUTIVE ORDER 12470. VIOLATION OF THESE EXPORT LAWS ARE SUBJECT TO SEVERE CRIMINAL PENAL ES.

A LETTER 'Q' UNDER THE QPL COLUMN OF THE SPECIFICATIONS AND STANDARDS SECTION INDICATES THAT A QUALIFIED PRODUCTS IST (QPL) IS REQUIRED. THE NUMBER OF THE QPL IS THE SAME AS THE SPECIFICA ION NUMBER

A 'DX' UNDER THE PREFIX CODE COLUMN F THE PRODUCT DRAWINGS AND ASSOCIATED LISTS SECTION INDICATES THE DOCUMENT IS A URCE CONTROL DRAWING.

(1) 'D7' - STABLE BASE DRAWING - THE COP OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE SED FOR MANUFACTURE. A STABLE BASE MASTER WILL BE FURNISHED TO THE SUCCESSFUL BIDDE UPON REQUEST.

DPL LEGEND

'D8' - SOFTWARE DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COMPUTER SOFTWARE PROGRAM IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

(2) 'D9' - DIGITAL DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COPY OF THE DRAWING IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

282

Oct 1999 ATR REVIEW OF ASTM-D4126 List of 600 Category: 001

ATTACH T 02
PAGE 1 3

ODC Usage: Y

STANDARD SPECIFICATION FOR VAPOR DEGREASING GRADE AND GENERAL SOLVENT GRADE 1,1,1-TRICHLOROETHANE

M D4126 covers the requirements for 1,1,1-trichloroethane, a Class I material. A waiver WILL be required to use ASTM D4126 in any procurement

tations that require no action will not be reproduced in the tailoring section):

| Document | Paragraph | Required Action |
| --- | --- | --- |
| | | |

loring of Applicable Documents:

James Carver, SMI-RD-ST-CM
Approved Technical
Representative (ATR)

ATTACHM 02
PAGE 2 3

Oct 1999 ATR REVIEW OF MIS-14753 List of 400
Category: 001
ODC Usage: Y

284

COATING, POLYURETHANE, FOR ELEC ONIC COMPONENTS, METALS AND PLASTICS

s is a Category I review. MIS-14753 contai directly cited Class I ODCs
SD-14 materials and a waiver will be requi d to cite it in acquisition
spare actions. The specification covers yurethane coatings which are
table for application to electronic compone s, printed wiring boards
reinforced plastic radomes.

ferenced Documents:

| | | | | |
|---|---|---|---|---|
| -A-250/5 | L-P-383 TT-C-490 | OO-C-5 | D-T-620 | |
| -P-116 | MIL-H-5606 | MIL-P-13949 | MIL-I-46058 | |
| -P-55110 | MIL-C-83286 | FED-STD-1 | FED-STD-141 | |
| -STD-129 | MIL-STD-171 | MIL-STD-275 | MIL-STD-810 | |
| M-D115 | ASTM-D150 | | | |

following materials/chemicals are cited ir this specification: aluminum
oy, plastic polyester resin materials, copp products,
1-trichloroethane, hydraulic fluid, copper lad plastic sheets,
ulating compound, and aliphatic urethane co ings. Of these,
1-trichloroethane is a Class I ODC require for vapor degreasing test

ATTACHMENT 02
PAGE : 3

s is a category I review. MIL-14753 will require a WAIVER because it [illegible]
uires the use of 1,1,1-trichloroethane for vapor degreasing

tations that require no action will not be
roduced in the tailoring section:

| Document | Paragraph | Required Action |
|---|---|---|

iloring of Applicable Documents:

HAGLER, RONALD
Approved Technical
Representative (ATR)

Attachment 1:

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE PAGE 1

TPN: 13235072
PRON: D1943064

MSL SYS:
PROC FOR
PRODUCT DRAWINGS AND ASSOCIATED LISTS

| DOC TYP | DOCUMENT NUMBER | | REV-LTR | SEC-CD | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|---|---|
| DP | 10668664 | | B | N | | |
| D4 | 11568664 | | F | N | | |
| D4 | 11569847 | | E | N | | |
| D1 | 13038109 | | H | N | | |
| D1 | 13038120 | | H | N | | |
| D4 | 13038132 | | E | N | | |
| D4 | 13038370 | | D | N | | |
| D4 | 13038402 | | C | N | | |
| D4 | 13038457 | | B | N | | |
| D4 | 13038624 | | D | N | PROC RESTRICTED TO, WITH NOR 50721 | |
| D7 | 13234265 | | C | N | | |
| | | Sheet 0002 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0003 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0004 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0005 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0006 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0007 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0008 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0009 | A | N | STABLE BASE DRAWING | (1) |
| | | Sheet 0010 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0011 | A | N | STABLE BASE DRAWING | |
| DP | 13235072 | | A | N | | |
| PL | 13235072 | | C | N | , WITH NOR | |
| DZ | 13235106 | | NO | N | | |
| D1 | 13235168 | | NO | N | | |
| DZ | 13526671 | | NO | N | | |
| D9 | CP13038109-31 | | A | N | DIGITAL DATA | (2) |
| D9 | CP13038109-32 | | A | N | DIGITAL DATA | (2) |
| D9 | CP13038120-008 | | A | N | DIGITAL DATA | (2) |
| D9 | CP13038120-021 | | A | N | DIGITAL DATA | (2) |
| SC | EL13235072 | | NO | N | | |

TDPL LEGEND:

'D7' - STABLE BASE DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A STABLE BASE MASTER WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST. (1)

'D8' - SOFTWARE DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COMPUTER SOFTWARE PROGRAM IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

'D9' - DIGITAL DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COPY OF THE DRAWING IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST. (2)

Attachment 1:

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE PAGE 1

TPN: 13235072
PRON: D1943064

MSL SYS:
PROC FOR
PRODUCT DRAWINGS AND ASSOCIATED LISTS

| DOC TYP | DOCUMENT NUMBER | | REV-LTR | SEC-CD | DOCUMENT STATUS | SEE LEGEND |
|---|---|---|---|---|---|---|
| DP | 10668664 | | B | N | | |
| D4 | 11568664 | | F | N | | |
| D4 | 11569847 | | E | N | | |
| D1 | 13038109 | | H | N | | |
| D1 | 13038120 | | H | N | | |
| D4 | 13038132 | | E | N | | |
| D4 | 13038370 | | D | N | | |
| D4 | 13038402 | | C | N | | |
| D4 | 13038457 | | B | N | | |
| D4 | 13038624 | | D | N | PROC RESTRICTED TO, WITH NOR 50721 | |
| D7 | 13234265 | | C | N | | |
| | | Sheet 0002 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0003 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0004 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0005 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0006 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0007 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0008 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0009 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0010 | A | N | STABLE BASE DRAWING | |
| | | Sheet 0011 | A | N | STABLE BASE DRAWING | |
| DP | 13235072 | | A | N | | |
| PL | 13235072 | | C | N | , WITH NOR | |
| DZ | 13235106 | | NO | N | | |
| D1 | 13235168 | | NO | N | | |
| DZ | 13526671 | | NO | N | | |
| D9 | CP13038109-31 | | A | N | DIGITAL DATA | |
| D9 | CP13038109-32 | | A | N | DIGITAL DATA | |
| D9 | CP13038120-008 | | A | N | DIGITAL DATA | |
| D9 | CP13038120-021 | | A | N | DIGITAL DATA | |
| SC | EL13235072 | | NO | N | | |

TDPL LEGEND:

'D7' - STABLE BASE DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A STABLE BASE MASTER WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

'D8' - SOFTWARE DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COMPUTER SOFTWARE PROGRAM IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

'D9' - DIGITAL DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COPY OF THE DRAWING IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

TDPL1.TXT

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 1

TPN: 13235072 MSL SYS:
PRON: D1943064 PROC FOR
PRODUCT DRAWINGS AND ASSOCIATED LISTS

| DOC TYP | DOCUMENT NUMBER | SEE LEGEND | REV-LTR | SEC-CD | DOCUMENT STATUS |
|---|---|---|---|---|---|
| DP | 10668664 | | B | N | |
| D4 | 11568664 | | F | N | |
| D4 | 11569847 | | E | N | |
| D1 | 13038109 | | H | N | |
| D1 | 13038120 | | H | N | |
| D4 | 13038132 | | E | N | |
| D4 | 13038370 | | D | N | |
| D4 | 13038402 | | C | N | |
| D4 | 13038457 | | B | N | |
| D4 | 13038624 | | D | N | PROC |
| RESTRICTED TO, WITH NOR | | | | | 50721 |
| D7 | 13234265 | | C | N | |
| | | Sheet 0002 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0003 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0004 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0005 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0006 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0007 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0008 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0009 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0010 | A | N | STABLE BASE |
| DRAWING | | | | | |
| | | Sheet 0011 | A | N | STABLE BASE |
| DRAWING | | | | | |
| DP | 13235072 | | A | N | |
| PL | 13235072 | | C | N | , WITH NOR |
| DZ | 13235106 | | NO | N | |
| D1 | 13235168 | | NO | N | |
| DZ | 13526671 | | NO | N | |
| D9 | CP13038109-31 | | A | N | DIGITAL DATA |
| D9 | CP13038109-32 | | A | N | DIGITAL DATA |
| D9 | CP13038120-008 | | A | N | DIGITAL DATA |
| D9 | CP13038120-021 | | A | N | DIGITAL DATA |
| SC | EL13235072 | | NO | N | |

TDPL1.TXT

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 2
TPN: 13235072
PRON: D1943064

SPECIFICATIONS AND STANDARDS

| QPL STATUS | DOCUMENT NUMBER | SEE LEGEND | REV SYM | AMD NO. | CHG NO. | SUPPL NO. | SEC CL | DOCUMENT |
|---|---|---|---|---|---|---|---|---|
| | MIS-14753 | | B | | | | N | , WITH NOR |
| | OHM | | | | | | | |
| | MIS-18858 | | NO | | | | N | |
| | MIS-19412 | | C | | | | N | , WITH NOR |
| | MIS-19494 | | B | 2 | | | N | , WITH NOR |
| | MIS-41341 | | NO | 1 | | | N | |
| | A-A-56032 | | A | | | | N | |
| * | L-P-383 | | NO | | 1 | | N | |
| * | NN-P-71 | | C | | 1 | | N | |
| * | O-T-620 | (REPLACED BY ASTM-D4126) | | | | | | |
| | PPP-B-566 | | E | | 1 | | N | |
| * | PPP-B-585 | | D | | | | N | |
| * | PPP-B-601 | | H | | | | N | |
| * | PPP-B-621 | | D | 3 | | | N | |
| * | PPP-B-676 | | E | | | | N | |
| * | QQ-A-200 | (REPLACED BY AMS-QQ-A-200)<br>(REPLACED BY ASTM-B221)<br>(REPLACED BY ASTM-B308) | | | | | | |
| | QQ-A-200/8 | (REPLACED BY ASTM-B221)<br>(REPLACED BY ASTM-B241) | | | | | | |
| | QQ-A-200/9 | (REPLACED BY AMS-QQ-A-200)<br>(REPLACED BY ASTM-B221)<br>(REPLACED BY ASTM-B241)<br>(REPLACED BY ASTM-B308) | | | | | | |
| | QQ-A-250 | (REPLACED BY AMS-QQ-A-250)<br>(REPLACED BY ASTM-B209) | | | | | | |
| | QQ-A-250/5 | (REPLACED BY AMS-QQ-A-250/5)<br>(REPLACED BY ASTM-B209) | | | | | | |
| | QQ-A-430 | | C | 1 | | | N | |
| * | QQ-C-576 | (REPLACED BY ASTM-B152) | | | | | | |
| | QQ-N-290 | | A | | | | N | |
| * | QQ-S-571 | (REPLACED BY EIA-J-STD-004) | | | | | | |

(REPLACED BY EIA-J-STD-005)
(REPLACED BY EIA-J-STD-006)
(REPLACED BY IPC-J-STD-004)
(REPLACED BY IPC-J-STD-005)
(REPLACED BY IPC-J-STD-006)
QQ-S-781 (REPLACED BY ASTM-D3953)

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 3
TPN: 13235072
PRON: D1943064

SPECIFICATIONS AND STANDARDS

| QPL STATUS | DOCUMENT NUMBER | SEE LEGEND | REV SYM | AMD NO. | CHG NO. | SUPPL NO. | SEC CL | DOCUMENT |
|---|---|---|---|---|---|---|---|---|
| | QQ-W-343 | * | G | | | | N | |
| | TT-C-490 | *OHM | D | | 1 | | N | |
| | FED-STD-1 | | (REPLACED BY ASTM-E171) | | | | | |
| | FED-STD-141 | *OHM | C | | 2 | | N | |
| | FED-STD-595 | * | B | | | | N | |
| | MIL-A-8625 | * | F | | | | N | |
| | MIL-B-81705 | | (REPLACED BY MIL-PRF-81705) | | | | | |
| Q | MIL-C-28754 | * | D | | | 1 | N | |
| | MIL-C-28754/24 | * | B | | 1 | | N | |
| | MIL-C-39014 | | (REPLACED BY MIL-PRF-39014) | | | | | |
| | MIL-C-39014/2 | | (REPLACED BY MIL-PRF-39014/2) | | | | | |
| | MIL-C-39014/22 | | (REPLACED BY MIL-PRF-39014/22) | | | | | |
| | MIL-C-39014/5 | | (REPLACED BY MIL-PRF-39014/5) | | | | | |
| | MIL-C-49137 | | (REPLACED BY MIL-PRF-49137) | | | | | |
| | MIL-C-49137/6 | | (REPLACED BY MIL-PRF-49137/6) | | | | | |
| Q | MIL-C-55302 | * | E | | | 1 | N | |
| | MIL-C-5541 | * | E | | | | N | |
| | MIL-C-83286 | | (REPLACED BY MIL-C-85285) | | | | | |
| | MIL-C-85285 | | (REPLACED BY MIL-PRF-85285) | | | | | |
| | MIL-D-5480 | | (REPLACED BY MIL-PRF-5480) | | | | | |
| | MIL-D-8510 | | (REPLACED BY MIL-D-5480) | | | | | |
| | MIL-G-45204 | | (REPLACED BY AMS-2422) | | | | | |
| | | | (REPLACED BY ASTM-B488) | | | | | |
| Q | MIL-H-5606 | * | G | | 1 | | N | |
| | MIL-I-22076 | * | B | 1 | | | N | |

TDPL1.TXT

```
     MIL-I-22129                     C          2          N
                *
     MIL-I-38535              (REPLACED BY MIL-PRF-38535)
     MIL-I-43553              (REPLACED BY A-A-56032)
Q    MIL-I-46058                     C          1          N
                *OHM
     MIL-M-14                 (REPLACED BY ASTM-D5948)
     MIL-M-38510              (REPLACED BY MIL-I-38535)
     MIL-M-38510/105                NO          1          N
                *
     MIL-M-38510/110                 B          1          N
                *
     MIL-M-38510/300                 D          1          N
                *
     MIL-M-38510/301                 D          1          N
                *
     MIL-M-38510/305                 B          1          N
                *
     MIL-M-38510/310                 C          1          N
                *
```

```
10/02/1999                        CONTRACT TECHNICAL DATA PACKAGE
       PAGE      4
TPN: 13235072
PRON: D1943064

                                        SPECIFICATIONS AND STANDARDS

                                  REV  AMD  CHG SUPPL SEC
               SEE
QPL DOCUMENT NUMBER               SYM  NO.  NO.  NO.  CL             DOCUMENT
STATUS               LEGEND
    MIL-M-38510/315                C         1         N
               *
    MIL-M-38510/324                C         1         N
               *
    MIL-M-38510/325                C         1         N
               *
    MIL-M-38510/77                 A         1         N
               *
    MIL-P-116               (REPLACED BY MIL-STD-2073-1)
    MIL-P-13949             (REPLACED BY MIL-S-13949)
    MIL-P-13949/12          (REPLACED BY MIL-S-13949/12)
    MIL-P-13949/4           (REPLACED BY MIL-S-13949/4)
    MIL-P-19833             (REPLACED BY MIL-M-14)
    MIL-P-55110             (REPLACED BY MIL-PRF-55110)
    MIL-P-81728             (REPLACED BY AMS-P-81728)
Q   MIL-PRF-19500                  L                   N
               *
    MIL-PRF-19500/516              D                   N
               *
Q   MIL-PRF-38535                  E                   N
               *
Q   MIL-PRF-39014                  F    1        1     N
```

TDPL1.TXT

| | | | | | |
|---|---|---|---|---|---|
| | * | | | | |
| | MIL-PRF-39014/2 | K | | | N |
| | * | | | | |
| | MIL-PRF-39014/22 | D | | | N |
| | * | | | | |
| | MIL-PRF-39014/5 | F | | | N |
| | * | | | | |
| Q | MIL-PRF-39017 | F | | 1 | N |
| | * | | | | |
| | MIL-PRF-39017/1 | P | | | N |
| | * | | | | |
| | MIL-PRF-39017/3 | H | | | N |
| | * | | | | |
| | MIL-PRF-39017/5 | M | | | N |
| | * | | | | |
| | MIL-PRF-39035 | D | 1 | | N |
| | * | | | | |
| | MIL-PRF-39035/3 | D | | | N |
| | * | | | | |
| Q | MIL-PRF-49137 | B | | | N |
| | * | | | | |
| | MIL-PRF-49137/6 | C | | | N |
| | * | | | | |
| | MIL-PRF-5480 | G | | | N |
| | * | | | | |
| Q | MIL-PRF-55110 | F | | | N |
| | * | | | | |
| Q | MIL-PRF-55182 | G | 1 | | N |
| | * | | | | |
| Q | MIL-PRF-81705 | D | | | N |
| | * | | | | |
| Q | MIL-PRF-83401 | G | | 1 | N |
| | * | | | | |
| | MIL-PRF-83401/2 | G | | | N |
| | * | | | | |
| Q | MIL-PRF-85285 | C | | | N |
| | * | | | | |

MIL-R-39017 (REPLACED BY MIL-PRF-39017)
MIL-R-39017/1 (REPLACED BY MIL-PRF-39017/1)
MIL-R-39017/3 (REPLACED BY MIL-PRF-39017/3)
MIL-R-39017/5 (REPLACED BY MIL-PRF-39017/5)

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 5
TPN: 13235072
PRON: D1943064

SPECIFICATIONS AND STANDARDS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | SEE | REV | AMD | CHG | SUPPL | SEC | |
| QPL | DOCUMENT NUMBER | | SYM | NO. | NO. | NO. | CL | DOCUMENT |
| STATUS | | LEGEND | | | | | | |

MIL-R-39035 (REPLACED BY MIL-PRF-39035)

TDPL1.TXT

| | | | | |
|---|---|---|---|---|
| MIL-R-39035/3 | (REPLACED BY MIL-PRF-39035/3) | | | |
| MIL-R-55182 | (REPLACED BY MIL-PRF-55182) | | | |
| MIL-R-55182/1 | | M | 2 | N |
| * | | | | |
| MIL-R-5674 | | F | 2 | N |
| * | | | | |
| MIL-R-83401 | (REPLACED BY MIL-PRF-83401) | | | |
| MIL-R-83401/2 | (REPLACED BY MIL-PRF-83401/2) | | | |
| MIL-S-19500 | (REPLACED BY MIL-PRF-19500) | | | |
| MIL-S-19500/516 | (REPLACED BY MIL-PRF-19500/516) | | | |
| MIL-S-45743 | (REPLACED BY MIL-STD-2000) | | | |
| MIL-S-46844 | (REPLACED BY MIL-STD-2000) | | | |
| MIL-S-46860 | (REPLACED BY MIL-STD-2000) | | | |
| Q MIL-S-83734 | | F | 2 | N |
| * | | | | |
| MIL-S-83734/5 | | D | 1 | N |
| * | | | | |
| DOD-STD-100 | (REPLACED BY MIL-STD-100) | | | |
| MIL-HDBK-454 | | NO | 1 | N |
| * | | | | |
| MIL-STD-100 | | G | | N |
| * | | | | |
| MIL-STD-105 | (REPLACED BY ASQC-Z1.4) | | | |
| MIL-STD-109 | (REPLACED BY ASQC-A8402) | | | |
| | (REPLACED BY ISO-8402) | | | |
| MIL-STD-129 | | N | | N |
| * | | | | |
| MIL-STD-130 | | J | | N |
| * | | | | |
| MIL-STD-1344 | | A | 5 | N |
| *OHM | | | | |
| MIL-STD-171 | | E | | N |
| *OHM | | | | |
| MIL-STD-1835 | | B | 3 | N |
| * | | | | |
| MIL-STD-202 | | F | 14 | N |
| *OHM | | | | |
| MIL-STD-2073-1 | | C | | N |
| * | | | | |
| MIL-STD-275 | (REPLACED BY IPC-D-275) | | | |
| MIL-STD-454 | (REPLACED BY MIL-HDBK-454) | | | |
| MIL-STD-480 | (REPLACED BY MIL-STD-973) | | | |
| MIL-STD-810 | | E | 3 | N |
| * | | | | |
| MIL-STD-883 | | E | 2 | N |
| *OHM | | | | |
| MIL-STD-973 | | NO | 3 | N |
| * | | | | |
| MS20470 | (REPLACED BY NASM20470) | | | |
| AMS-2418 | | F | | N |
| ** | | | | |
| AMS-2422 | | D | | N |
| ** | | | | |
| AMS-P-81728 | | NO | | N |
| ** | | | | |

TDPL1.TXT

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 6
TPN: 13235072
PRON: D1943064

SPECIFICATIONS AND STANDARDS

| QPL DOCUMENT NUMBER STATUS | SEE LEGEND | REV SYM | AMD NO. | CHG NO. | SUPPL NO. | SEC CL | DOCUMENT |
|---|---|---|---|---|---|---|---|
| AMS-QQ-A-200 | ** | A | | | | N | |
| AMS-QQ-A-250 | ** | NO | | | | N | |
| AMS-QQ-A-250/5 | ** | A | | | | N | |
| ANSI-Y14.5M | ** | NO | | | | N | |
| ASQC-A8402 | ** | NO | | | | N | |
| ASQC-Z1.4 | ** | NO | | | | N | |
| ASTM-B152 | ** | NO | | | | N | |
| ASTM-B209 | ** | NO | | | | N | |
| ASTM-B221 | ** | NO | | | | N | |
| ASTM-B241 | ** | NO | | | | N | |
| ASTM-B308 | ** | NO | | | | N | |
| ASTM-B36 | ** | NO | | | | N | |
| ASTM-B488 | ** | NO | | | | N | |
| ASTM-D115 | ** | NO | | | | N | |
| ASTM-D150 | ** | D | | | | N | |
| ASTM-D3953 | ** | NO | | | | N | |
| ASTM-D4126 | **OHM | NO | | | | N | |
| ASTM-D5948 | ** | NO | | | | N | |
| ASTM-E171 | ** | NO | | | | N | |
| EIA-186-9E | ** | E | | | | N | |
| EIA-J-STD-004 | ** | NO | | | | N | |
| EIA-J-STD-005 | ** | NO | 1 | | | N | |
| EIA-J-STD-006 | ** | NO | | | | N | |
| EIA-RS-178-A | (REPLACED BY EIA-186-9E) | | | | | | |

TDPL1.TXT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | IPC-CM-770 ** | NO | | | | | N | |
| | IPC-D-275 ** | NO | | | | | N | |
| | IPC-J-STD-004 ** | NO | | | | | N | |
| | IPC-J-STD-005 ** | NO | 1 | | | | N | |
| | IPC-J-STD-006 ** | NO | | | | | N | |
| | IPC-T-50 ** | F | | | | | N | |
| | ISO-8402 ** | NO | | | | | N | |
| | NASM20470 ** | NO | | | | | N | |
| | MIL-C-14550 | (REPLACED BY AMS-2418) | | | | | | |
| Q | MIL-S-13949 | H | | 2 | 1 | | N | CANCELLED |
| | MIL-S-13949/12 | B | | 2 | | | N | CANCELLED |
| | MIL-S-13949/4 | D | 1 | 1 | | | N | CANCELLED |
| | MIL-STD-2000 | A | | 1 | | | N | CANCELLED |

10/02/1999 PAGE 7

CONTRACT TECHNICAL DATA PACKAGE

TPN: 13235072
PRON: D1943064

SPECIFICATIONS AND STANDARDS

| QPL STATUS | DOCUMENT NUMBER | SEE LEGEND | REV SYM | AMD NO. | CHG NO. | SUPPL NO. | SEC CL | DOCUMENT |
|---|---|---|---|---|---|---|---|---|
| | 5962-78003 | D | NO | | 1 | | N | |
| | 5962-82005 | D | D | | 1 | | N | |
| | 5962-87702 | D | C | | 1 | | N | |
| | 5962-87771 | D | C | | 1 | | N | |

COMMERCIAL ITEMS NOT FURNISHED

| DOCUMENT NUMBER | CAGE | NOMENCLATURE |
|---|---|---|
| 3102 | 0A6R8 | HANDLE, PRINTED CIRCUIT B |

PACKAGING DRAWINGS AND DOCUMENTS

TDPL1.TXT

DOC
SEE
TYP DOCUMENT NUMBER REV-LTR SEC-CD DOCUMENT
STATUS LEGEND
MIL-STD-2073 (REPLACED BY MIL-STD-2073-1)

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 8
TPN: 13235072
PRON: D1943064

TDPL LEGEND

DESCRIPTION OF SYMBOLS

D = NOT FURNISHED - TO BE OBTAINED FROM:

DEFENSE ELECTRONIC SUPPLY CENTER
ATTN: DESC-ELA LIBRARY
1507 WILMINGTON PIKE
DAYTON, OH 45444-5767

G = GOVERNMENT FURNISHED EQUIPMENT (GFE)

REF = REFERENCE DRAWING/DOCUMENT, REFERENCE FOR INFORMATION ONLY NOT REQUIRED FOR PRODUCEABILITY OR TEST AND ACCEPTANCE

OHM = OZONE DEPLETING SUBSTANCES

HM = HAZARDOUS MATERIALS

SUP = SUPPRESSED DOCUMENT

LMTD = LIMITED RIGHTS (PROPRIETARY)

GPLR = GOVERNMENT PURPOSE LICENSE RIGHTS

OSLA = OTHER SPECIAL LICENSING AGREEMENTS

* = NOT FURNISHED - TO BE OBTAINED FROM:

DEFENSE PRINTING SERVICE DETACHMENT OFFICE (DPSDO)
STANDARDIZATION DOCUMENT ORDER DESK
700 ROBBINS AVENUE
BUILDING 4D
PHILADELPHIA, PA. 19111-5094

IF NOT AVAILABLE, IMMEDIATELY ADVISE THE PROCURING CONTRACTING OFFICER.

** = NOT FURNISHED. COMMERCIAL SPECIFICATIONS AND STANDARDS MAY BE OBTAINED

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 9
TPN: 13235072
PRON: D1943064

TDPL LEGEND

FROM THE PUBLISHERS. THEY ARE NOT AVAILABLE FROM GOVERNMENT SOURCES.

D/B = DISTRIBUTION STATEMENT B - DISTRIBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES ONLY.

D/C = DISTRIBUTION STATEMENT C - DISTRIBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES AND THEIR CONTRACTORS.

D/D = DISTRIBUTION STATEMENT D - DISTRIBUTION AUTHORIZED TO THE DEPARTMENT OF DEFENSE AND DOD CONTRACTORS ONLY.

D/E = DISTRIBUTION STATEMENT E - DISTRIBUTION AUTHORIZED TO DOD COMPONENTS ONLY.

D/F = DISTRIBUTION STATEMENT F - FURTHER DISSEMINATION ONLY AS DIRECTED.

D/X = DISTRIBUTION STATEMENT X - DISTRIBUTION AUTHORIZED TO U.S. GOVERNMENT AGENCIES AND PRIVATE INDIVIDUALS OR ENTERPRISES.

EXP = EXPORT CONTROLLED DOCUMENT

EXPORT CONTROL STATEMENT
------------------------

WARNING - THIS DOCUMENT CONTAINS TECHNICAL DATA WHOSE EXPORT IS RESTRICTED BY THE ARMS EXPORT CONTROL ACT (TITLE 22, U.S.C., SEC 2751 ET SEQ.) OR EXECUTIVE ORDER 12470. VIOLATION OF THESE EXPORT LAWS ARE SUBJECT TO SEVERE CRIMINAL PENALTIES.

A LETTER 'Q' UNDER THE QPL COLUMN OF THE SPECIFICATIONS AND STANDARDS SECTION INDICATES THAT A QUALIFIED PRODUCTS LIST (QPL) IS REQUIRED. THE NUMBER OF THE QPL IS THE SAME AS THE SPECIFICATION NUMBER

A 'DX' UNDER THE PREFIX CODE COLUMN OF THE PRODUCT DRAWINGS AND ASSOCIATED LISTS SECTION INDICATES THE DOCUMENT IS A SOURCE CONTROL DRAWING.

'D7' - STABLE BASE DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A STABLE BASE MASTER WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

10/02/1999 CONTRACT TECHNICAL DATA PACKAGE
PAGE 10
TPN: 13235072
PRON: D1943064

TDPL LEGEND

'D8' - SOFTWARE DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COMPUTER SOFTWARE PROGRAM IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

'D9' - DIGITAL DRAWING - THE COPY OF THIS DRAWING INCLUDED IN THIS TECHNICAL DATA PACKAGE IS NOT TO BE USED FOR MANUFACTURE. A COPY OF THE DRAWING IN DISK OR MAGNETIC TAPE FORMAT WILL BE FURNISHED TO THE SUCCESSFUL BIDDER UPON REQUEST.

02 Oct 1999 List of: 600

ATR REVIEW OF
ASTM-D4126

Category: 001
ODC Usage: Y

STANDARD SPECIFICATION FOR VAPOR-DEGREASING GRADE AND
GENERAL SOLVENT GRADE 1,1,1-TRICHLOROETHANE

ASTM D4126 covers the requirements for 1,1,1-trichloroethane, a Class I ODC material. A waiver WILL be required to use ASTM D4126 in any procurement action..

(Notations that require no action will not be reproduced in the tailoring section):

| ODC Document | Paragraph | Required Action |
|---|---|---|

Tailoring of Applicable Documents:

James Carver SMI-RD-ST-CM
Approved Technical

Representative (ATR)

02 Oct 1999

ATR REVIEW OF
MIL-STD-171

FINISHING OF METAL AND WOOD SURFACES

List of: 600

Category: 001
ODC Usage: Y

For spares/repair parts acquisition, the following tailoring is applicable:
Category I tailoring:
Table IV Cleaning Methods specifies vapor degreasing using solvent conforming to O-T-634, type II or MIL-T-81533. MIL-T-81533 (1,1,1-trichloroethane) is a Class I ODC. Delete the reference to MIL-T-81533.

(Notations that require no action will not be reproduced in the tailoring section):

| ODC Document | Paragraph | Required Action |
| --- | --- | --- |

Tailoring of Applicable Documents:

Ronald Hagler SMI-RD-SE-PE
Approved Technical

Representative (ATR)

02 Oct 1999 List of: 600

ATR REVIEW OF
MIS-14753 Category: 001
ODC Usage: Y

COATING, POLYURETHANE, FOR ELECTRONIC COMPONENTS, METALS
AND PLASTICS

This is a Category I review. MIS-14753 contains directly cited Class I ODCs and SD-14 materials and a waiver will be required to cite it in acquisition or spares actions. The specification covers polyurethane coatings which are suitable for application to electronic components, printed wiring boards, and reinforced plastic radomes.
Referenced Documents:

| | | | | |
|---|---|---|---|---|
| OO-A-250/5 | L-P-383 | TT-C-490 | OO-C-576 | O-T-620 |
| MIL-P-116 | MIL-H-5606 | MIL-P-13949 | MIL-I-46058 | |
| MIL-P-55110 | MIL-C-83286 | FED-STD-1 | FED-STD-141 | |
| MIL-STD-129 | MIL-STD-171 | MIL-STD-275 | MIL-STD-810 | |
| ASTM-D115 | ASTM-D150 | | | |

The following materials/chemicals are cited in this specification: aluminum alloy, plastic polyester resin materials, copper products, 1,1,1-trichloroethane, hydraulic fluid, copper clad plastic sheets, insulating compound, and aliphatic urethane coatings. Of these, 1,1,1-trichloroethane is a Class I ODC required for vapor degreasing test specimens in Paragragh 4.6.

This is a category I review. MIS-14753 will require a WAIVER because it requires the use of 1,1,1-trichloroethane for vapor degreasing.

(Notations that require no action will not be
reproduced in the tailoring section):

| ODC Document | Paragraph | Required Action |
| --- | --- | --- |

Tailoring of Applicable Documents:

HAGLER, RONALD
Approved Technical
Representative (ATR)

10/02/1999 AMCOM TECHNICAL DATA PACKAGE
PAGE 1

STATUSFORM DEFICIENCY REPORT

TPN: 13235072
PRON: D1943064
DOCUMENT NUMBER ------------------REASON FOR
DEFICIENCY------------------
FED-STD-141 (001) No Statusform provided when ODC

TDPL1.TXT

| | | |
|---|---|---|
| Usage is 'N' | | |
| MIL-I-46058 | (001) | No Statusform provided when ODC |
| Usage is 'N' | | |
| MIL-STD-1344 | (001) | No Statusform provided when ODC |
| Usage is 'N' | | |
| MIL-STD-202 | (001) | No Statusform provided when ODC |
| Usage is 'N' | | |
| MIL-STD-883 | (001) | No Statusform provided when ODC |
| Usage is 'N' | | |
| TT-C-490 | (001) | No Statusform provided when ODC |
| Usage is 'N' | | |

TOTAL STATUSFORM DEFICIENCIES : 6