# TAB 46

SEQUENCE OF EVENTS
DAAH01-00-R-0013

| | |
|---|---|
| 20 DEC 99 | Received package |
| 22 DEC 99 | Legal Review complete |
| 22 Dec 99 | Issued solicitation with close date of 3 Feb 00 |
| 03 Jan 00 | Received Stable Base Drawings |
| 05 Jan 00 | Stable Base Drawings picked up by SDC |
| 20 Jan 00 | Rec'd e-mail message from SDC with three questions (see file) |
| 20 Jan 00 | Sent Intercept request through Tech Staff regarding contractor questions |
| 24 Jan 00 | Received response from Intercept (see file) |
| 27 Jan 00 | Spoke with Ms. Gilchrist regarding response to her questions: Test Acceptance Requirements, MIS-41341 and requirement of Teledyne L200 Series Test Station for this requirement |
| 27 Jan 00 | Received e-mail message from SDC indicating the 18 pages of MIS-41341 that they thought were missing were on the drawings CD |
| 1 Feb 00 | Received e-mail message from SDC regarding obsolete parts and SDC's re-design capability. |
| 1 Feb 00 | Sent Intercept request through Tech Staff regarding SDC's e-mail on obsolescence and redesign |
| 2 Feb 00 | Received response from Intercept request (see file) |
| 2 Feb 00 | Met with Small Business (Nelson and Lee), along with Team Leader (M. King) regarding the response from SEPD. It was decided that we would extend the close date on the solicitation pending more information on obsolescence and redesign |
| 4 Feb 00 | Amended solicitation to extend close date until 18 Feb 00 |
| 16 Feb 00 | Rec'd letter from SDC w/request to extend delivery to 25 Feb 00 based on fact that they were having trouble locating some of the sources. Said that they did, however, think that they had found sources for the requirement. |
| 18 Feb 00 | Rec'd letter from SDC regarding whether or not certain ECPs were included in particular drawings (see file) |
| 18 Feb 00 | Told Ms. Gilchrist that we would allow her to submit proposal on the 25th of February. Did not amend solicitation. |
| 24 Feb 00 | Talked to Larry Nichols SDC's inquiry. Larry said that the ECPs are included in the drawings. |
| 25 Feb 00 | Proposal was left at front desk in lobby. Off Day |

SDC 444

| | |
|---|---|
| 28 Feb 00 | Picked up proposal from lobby |
| 28 Feb 00 | Scanned Proposal. Asked SDC to submit backup for their proposal, e.g. vendor quotes for materials |
| 28 Feb 00 | Received written response from Intercept request |
| 28 Feb 00 | No backup or supporting documentation was included with the proposal. Asked SDC to submit vendor quotes or other supporting documentation. |
| 02 Mar 00 | Sent written response to SDC regarding their questions on ECPs |
| | Talked with Item Manager and asked her what she thought the options looked Like for this requirement. I mentioned to her that SDC had proposed and indicated that because of obsolescence they would have to negotiate the options as they occurred. Item manager said that she didn't see that they would exercise any options. |
| 03 Mar 00 | Rec'd vendor quotes and materials list from SDG |
| 06 Mar 00 | Did fair market calculation for each quantity range (See file). Spoke with SDC regarding quantity of 129 proposed. They proposed based on Receiving an award for the total maximum quantity possible for the base year and the five additional out years. During discussions SDC indicated that they would need to take another look at their proposal and get back with me. |
| | Called Item Manager and asked her to send me something in writing regarding the options in the event we need to exclude the options during negotiations. |
| 07 Mar 00 | Called SDC to check on their plans for their proposal. Ms. Gilchrist was out. |
| 08 Mar 00 | Received e-mail from Item manager to remove the option quantities based on the fact that the prices quoted were not accurate prices because of obsolescence. |
| 09 Mar 00 | Talked with Ms. Gilchrest of SDC. She said she had to talk with her pricing person and would get back with me. |
| 13 Mar 00 | Received revised proposal from SDC. Revised proposal included a very substantial increase in unit price due to the fact that the material costs were now spread over the known quantity (24) instead of 129 as was submitted in the first response. The unit price for First Article (2 each) went from $7,973.58 to $34,643.69 for a total of $69,287.38. The remaining quantity (22) was priced at $33, 901.89 each up from under $9,000.00 for the highest price in any of the quantity ranges. Quantities over 25 did dot include material costs, just labor and administration. (see file) |
| 14 mar 00 | Sent e-mail to Ms. Gilchrist requesting that SDC separate material costs and other costs. |
| 15 Mar 00 | further review of materials. It appears that there are some minimum buys requirements, however, in some instances, there is no indication of minimum buy requirements. |
| 16 Mar 00 | Contacted Bruce Whitaker, DCMC Liaison on base, regarding getting assistance in validating the materials required for this requirement. Talked to William Amons of DCAA regarding getting information on SDC's overhead rates, etc. |

SDC 445

| | |
|---|---|
| | Mr. Amons said he had just inherited SDC two weeks ago, but he said they should have some information on the company and said he would take a look and get back with me. |
| 17 Mar 00 | Met with Bruce Whitaker regarding assistance from DCMC.Bruce made several calls.<br>Bruce called me and gave me a contact (Sandra George, 313-0643, and Jean Chandler, Industrial Specialist, 313-0654) for assistance with the material use. |
| 17 Mar 00 | Called Sandra George. She said she would get her Industrial Specialist to go out to SDC and review the material. |
| 17 Mar 00 | Sent e-mail request for technical assistance to Sandra George (see file). |
| 17 Mar 00 | Work-In-Process meeting with Mr. Hatley. Reported on PRON Status. Directorate review scheduled for Tuesday, March 21. Margaret and myself will be in training. Carolyn Gay will report on this PRON to Mr. Epps. Made changes on AMS printout to reflect 2 Mar00 instead of 16 Mar as reported to Mr. Hatley. |
| 20 Mar 00 | Forwarded request for assistance to Jean Chandler, Industrial Specialist. She called and said she should get out to SDC tomorrow. |
| 21-23 Mar 00 | In training |
| 27 Mar 00 | Rec'd call from Sandra George. She said they would try to get someone out to SDC this week and have something for me by the end of the week |
| 29 Mar 00 | Call from Lee Ford, Small Business to check on status of this requirement.<br>I told Mr. Ford that DCMC was going out to SDC to review the material use for me, and that they indicated that they should have something for me by the end of the week. |
| 30Mar00 | Received call from representative from DCMC. He wanted to know exactly what type of information we wanted him to be looking for. I told him I needed him to take a look at material use for this requirement. Because of the jump in price from the initial proposal to the second proposal, I need help in evaluating material use since material is the greatest cost proposed. |
| 31Mar00 | Received from DCMC representative. He said he had gone out the SDC and said that SDC would need to resubmit their bill of materials. There were some inconsistencies in what he reviewed. He said that he would give me a report so that I could request this information from the contractor. I expect the report by Monday or Tuesday of next week. |
| 4Apr00 | Called Karen Pendly at SDC. Left message for her to return call re Industrial Specialist's request for corrected Bill of Material.<br><br>Per Karen, she is working on resubmitting the requested corrected Bill of Material and hope to have it complete by the end of the day.<br><br>Received proposal Revision C from SDC based on revised/corrected Bill of Material, late afternoon |
| 6Apr00 | Faxed request for technical assistance in reviewing revised proposal based on corrected Bill of Material. |

SDC 446

| | |
|---|---|
| 7-11Apr00 | 7Apr00 AWS Day. 10-11Apr00 Out for YMTF at Alabama A & M |
| 12Apr00 | Called DCMC Industrial Specialist (Kirch) for status on requested review. No Answer. Left message on answering machine. |
| 13Apr00 | Call Mr. Kirch's office. Again, no answer. Left message on answering machine. |
| 14Apr00 | DCMC Industrial Specialist, Charles Kirch, called to say that he would be going to SDC on Monday Apr 17. |
| 14Apr00 | Called Item Manager to ask if they would consider a lifetime buy on these items because the proposed price have required lot buys and we will have to pay for the extra quantities anyway. Sent e-mail request for consideration. |
| 17Apr00 | Called Item Manager to verify that the e-mail was received and to get status of answer to my request. Per the Item Manager, her supervisor was out of the office this morning. She was not sure that he would be in today, but said that she would get back with me tomorrow unless he came in today. |
| 17Apr00 | Talked with Mr. Kirch while he was at SDC. He said that he was getting to review. He said that he thought it was best to review for the lot quantity of 129 because we probably would not be able to buy them later. |

# TAB 47

M - ua - 6 pgs,

INTERCEPT GROUP ... YARD ACTION

Mikell EXHIBIT 3

SUBMIT ... COPY OF THIS FORM
DATE SUBMITTED: 1/20/00
DATE REQUIRED:

IGA No: 00-36

PMF SUSPENSE: 25 Jan 00

PRONS: D1943064 NSN: 5998-01-319-4313 APN: 13235072 REV
PRONS:

NOUN: CIRCUIT CARD ASSEMBLY WEAPON SYSTEM HAWK PRIORITY 11

NARRATIVE OF PROBLEM: THIS IS AN 8(a) SET-ASIDE RESTRICTED TO SDC INC. SDC HAS THREE QUESTIONS WHICH THEY E-MAILED TO ME REGARDING THIS REQUIREMENT. LIST OF QUESTIONS IS ATTACHED. PLEASE REVIEW QUESTIONS AND RESPOND ASAP.

CONTRACT SPECIALIST: GERALDINE WILLIAMS OFFICE SYMBOL: AMSAM-AC-ML-S PHONE (256) 876-72[illegible]

TECHNICAL GROUP ACTION: The acceptance requirements for this item are defined in MIS-41341. Paragraph 6.3 of this document indicates that a Teledyne L200 Series Test Station must be used to test this circuit card. Based on paragraph 6.3 of MIS-41341, this circuit card assembly must be procured from Raytheon. An SMI Form 1225-1 is being prepared to restrict this item to Raytheon. The solicitation with SDC should be cancelled.

NAME OF RESPONDER (PLEASE PRINT) Don Mikell PHONE: 2-9382 DATE: 1/24/00

AC-POC: Darlene Kerr 1-6185/FAX 2-4[illegible]

Copy Furnished: Item Manager Code

To - Amelia Moore
Fm - Don Mikell
1/24/00
1 page

...TION REQUIRED
...ION PENDING

PMF-POC Marini Jeffries 1-7351/FAX 2-0401

SDC 500

Revised: 25 March, 1999

# TAB 48

place of employment and your position?
A. My name is Don Mikell. I work for the U.S. Army out on Redstone Arsenal. And I work as an engineer.
Q. And what organization do you work in?
A. Well, let's see. Research and Development Engineering Organization, part of the organization.
Q. Is that Dr. McCorkle's organization?
A. Yes, it is.
Q. That identifies it for me.
A. I'm not sure exactly what level you wanted to get down to.
Q. I just basically wanted to place you in the organization.
A. That's fine.
Q. Do you work for a particular branch in the RDECC?
A. Yes. Let's see. It's the -- well, let's see. We have changed names. Give me just a minute to remember what -- if I can, what the latest version of our name is.
Q. That's fine.
A. I believe it's the Test Operations part of it.
Q. In January and February of 2000, what organization did you work for?

A. Nichols was the name.
Q. Nichols. I apologize to Mr. Nichols as well.
A. All right. I have not noted Mr. Nichols' name on there, but I would assume that it probably was.
Q. Did you independently verify the information provided in the Technical Group Action on Exhibit Number 3?
A. I did not independently verify that.
Q. You see the last handwritten line, "The solicitation with SDC should be cancelled"?
A. Yes.
Q. That was Mr. Nichols' recommendation?
A. I would assume it was.
Q. And you endorsed it?
A. Yes.
Q. What was the basis for Mr. Nichols recommendation that the solicitation which had not been awarded should be cancelled?
A. The recommendation was based on what is indicated above in that paragraph that there is a test station which is required for testing this assembly, and that it is at Raytheon, and it is not available here in Huntsville for use.
Q. Now, with respect to Exhibits Number 1, 2 -- I'm

# TAB 49

Q. All right. Mr. Nichols recommends in the Technical Group Action, "Recommend this procurement from SDC be cancelled."

Do you see that in there? It's the next-to-the-last line.

A. Yes, I see that.

Q. Okay. And by signing this, this would be your recommendation as well?

A. Based on what was said here, it appears that that should be done.

Q. Okay. What was the reason that you wrote and Mr. Nichols gave to you for canceling the procurement with SDC?

A. Well, I would say from reading this, that the statement that the circuit card needed to be redesigned. And that would be something that the prime contractor, who was Raytheon, should do, since they are the Prime Contractor on this system.

Q. And you would feel certain that this information was forwarded to the contracts office in February of 2000?

A. Yes. There is the sticky note down at the bottom, "To Amelia Moore from Don Mikell, one page," and the

date. That would indicate that it was sent to contracts.

Q. And who is Amelia Moore?

A. She is the lady in contracts that handles all these pre-award actions that come to our office. There's one point of contact over in contracts, and she is it, and I am the one point of contact in our office. Everything goes between the two of us.

Q. Now, Mr. Mikell, I haven't asked you about your background. You have told me that you're an engineer?

A. Yes, sir.

Q. And if you would just briefly tell me what your education is, I would appreciate that.

A. All right. I have a B.E.E. Communications option from Auburn University.

Q. Okay. And how many years experience have you had as an engineer?

A. Okay. Well, I graduated in 1958, went to work a few weeks later, and have worked ever since.

Q. I see, okay. Are you aware of whether or not Geraldine Williams or Amelia Moore would have any technical education or background in which to

# TAB 50

IGA 00-42

AMCOM RE[illegible] R PARTS
INTERCEPT GRO[illegible] E AWARD ACTION

SUBMIT ONE COPY OF THIS FORM
DATE SUBMITTED: 2/1/00
DATE REQUIRED:

| Co./Dept. Larry Nichols | Co. AMCOM |
| --- | --- |
| Phone # 29354 | Phone # 6-7 |
| Fax # 6-7147 | Fax # 5-7737 |

IGA No:

PMF SUSPENSE:

PRONS: D1943064 NSN: 5998-01-319-4313 APN: 13235072 REV
PRONS:

NOUN: CIRCUIT CARD ASSEMBLY WEAPON SYSTEM HAWK PRIORITY 11

NARRATIVE OF PROBLEM: REFERENCE IGA NO. 00-36. PLEASE REVIEW THE ACCOMPANYING E-MAIL COMMUNICATIONS BETWEEN MS. GILCHRIST OF SDC AND MS WILLIAMS OF AMCOM. PLEASE RESPOND TO MS. GILCHRIST'S REQUEST REGARDING REDESIGN AND UPDATED SPECIFICATIONS. IF YOU WOULD LIKE A CONFERENCE CALL WITH THEIR TECHNICAL PERSONNEL, PLEASE LET ME KNOW SO THAT I CAN ARRANGE IT.

CONTRACT SPECIALIST: GERALDINE WILLIAMS OFFICE SYMBOL: AMSAM-AC-ML-SA PHONE: 6-7288

TECHNICAL GROUP ACTION: The contractor has indicated that part no. 13038120-021 is obsolete and they would need to redesign this circuit card assembly. Since Raytheon is the prime contractor, this circuit card should be procured from them, and if this board has to be redesigned then Raytheon would redesign it. Also, if 13038120-021 is obsolete then part number 13038120-008 would also be obsolete since both of these parts are made from 13526671. Recommend this procurement from SDC be cancelled. Raytheon has to approve any design or redesign for the HAWK Missile System.

NAME OF RESPONDER (PLEASE PRINT) Don Mikell PHONE: 2-9382 DATE: 2/2/00
POC: Larry Nichols 2-9354

Larry Nichols 2-9354

To - Amelia Moore
Fm - Don Mikell
1 page
2/2/00

AC-POC: Darlene Kerr 1-6105/FAX 1-6108

Copy Furnished: Item Manager Code

PMF-POC Maxine Jefferson 2-7950/FAX 2-0602

ION REQUIRED

ON PENDING

Revised: 25 March, 1999

SDC 493

Mikell EXHIBIT 2

02/02/00 15:37 205 955 8988 AMSMI MMC MM FF TECH LOOP 395 001
02/02/00 WED 15:14 FAX 205 [illegible] 243 MCOM
FEB-01-2000 13:48

396

AMCOM AIR PARTS
INTERCEPT GROUP PREAWARD ACTION

SUBMIT ONE COPY OF THIS FORM
DATE SUBMITTED: 2/1/00
DATE REQUIRED: ______ IGA No: ______

PRONS: D1943064 PMF SUSPENSE: ______
PRONS: ______ NSN: 5998-01-319-4313 APN: 13235072 REV ______

NOUN: CIRCUIT CARD ASSEMBLY WEAPON SYSTEM HAWK

NARRATIVE OF PROBLEM: REFERENCE IGA NO. 00-36. PLEASE REVIEW THE ACCOMPANYING E-MAIL COMMUNICATIONS BETWEEN MS. GILCHRIST OF SDC AND MS. WILLIAMS OF AMCOM. PLEASE RESPOND TO MS. GILCHRIST'S REQUEST REGARDING REDESIGN AND UPDATED SPECIFICATIONS. IF YOU WOULD LIKE A CONFERENCE CALL WITH THEIR TECHNICAL PERSONNEL, PLEASE LET ME KNOW SO THAT I CAN ARRANGE IT. PRIORITY 11

CONTRACT SPECIALIST: GERALDINE WILLIAMS OFFICE SYMBOL: AMSAM-AC-ML-SA PHONE: 6-7288

TECHNICAL GROUP ACTION: ______

NAME OF RESPONDER (PLEASE PRINT) ______ PHONE: ______ DATE: ______

Larry Nichols 2-9354

AC-POC: Darlene Kerr 2-6105/FAX 2-6108

Copy Furnished: Item Manager Code ______

PMF-POC Maxine Jefferson 2-7950/FAX 2-0602

______ ACTION COMPLETED/NO ACTION REQUIRED

______ ACTION DELAYED/RESOLUTION PENDING

**SDC 494**

Revised: 25 March, 1999

# TAB 51

question. I'll represent to you that the calculation of damages were done by myself and an accountant.

MS. STENTIFORD: Well, it's her claim.

MR. RIGGS: To the extent that she knows.

THE WITNESS: Well, I guess having been run around in circles by the Aviation and Missile Command for approximately four years, I probably would have made the number higher, because we spent an enormous amount of time and energy trying to get this Technical Data Package straightened out when they knew before they awarded this contract to us that we could not build the package based on things that have been presented during these depositions.

BY MS. STENTIFORD:

Q. You say they knew. They say they didn't know.

A. It's documented. It's in writing.

Q. So, basically it was your inconvenience that you say supports the claim for your --

A. It wasn't just inconvenience. We tried with everything we had to be able to build these cards because circuit cards in and of themselves are not a major manufacturing effort. But with the number of problems associated with the Technical Data Package,

the first thing we did was to put in the request for the things that were in the contract that said do not attempt to manufacture. So we did exactly what the contract told us to do.

As I sit here today, we still don't have the things that the contract required and we still have not had the contract changed. So all of the things that transpired after that were our attempt to try to help the government correct their defective data package.

Q. Okay. Count two says the covenant of fair dealing and cooperation, and you claim damages in the amount of five hundred thousand dollars. Can you tell me what that was based on?

MR. RIGGS: Same response from me as the first.

THE WITNESS: I think the response would be the same as the earlier one I just gave in terms of fair dealing and cooperation. If they knew in January, or somebody at AMCOM knew in January of 2000 that nobody could build that with Raytheon, and they awarded a contract to us in May, they just ran us around in circles for no reason.

BY MS. STENTIFORD:

# TAB 52

SDC, Inc. 2-52 : 4/0/1

30 June 2000

Ms. Georgia Walker
U. S. Army Aviation and Missile Command
Redstone Arsenal, AL 35898

Reference: Contract DAAH01-00-C-0077

Dear Ms. Walker:

In order to ensure that the boards for this contract meet the requirements, we need an electronic version of the Gerber data to forward to our board supplier. If we have to create our own files, we need a set of the MYLAR ARTWORK for the boards. This data is needed to meet our scheduled First Article delivery requirements.

In order to more effectively complete the functional test requirements, we would respectfully request an existing unit for comparison purposes.

Your assistance in this matter is greatly appreciated as we move forward to meet our first article delivery requirements.

If you have questions or desire additional information, please feel free to contact the undersigned at (256) 382-4600.

Respectfully,

V.P. Gilchrist

Virginia P. Gilchrist
President
SDC, Inc.

215 Wynn Drive, Suite 318
Huntsville, Alabama 35805
Phone: 256.726.6300
Fax: 256.726.6301

2-52 : 4(d)(1)

SDC, Inc.

30 June 2000

Ms. Georgia Walker
U. S. Army Aviation and Missile Command
Redstone Arsenal, AL 35898

Reference: Contract DAAH01-00-C-0077

Dear Ms. Walker:

In order to ensure that the boards for this contract meet the requirements, we need an electronic version of the Gerber data to forward to our board supplier. If we have to create our own files, we need a set of the MYLAR ARTWORK for the boards. This data is needed to meet our scheduled First Article delivery requirements.

In order to more effectively complete the functional test requirements, we would respectfully request an existing unit for comparison purposes.

Your assistance in this matter is greatly appreciated as we move forward to meet our first article delivery requirements.

If you have questions or desire additional information, please feel free to contact the undersigned at (256) 382-4600.

Respectfully,

V. P. Gilchrist

Virginia P. Gilchrist
President
SDC, Inc.

215 Wynn Drive, Suite 318
Huntsville, Alabama 35805
Phone: 256.726.6300
Fax: 256.726.6301

# TAB 53

# TAB 54

j-19

26 July 2000

Ms. Georgia Walker
U.S. Army Aviation and Missile Command
Redstone Arsenal, AL 35898

Reference (A): Contract DAAH01-00-C-0077
(B): Gilchrist/Walker Letter dated 30 June 2000

Dear Ms. Walker:

Examination of the MYLAR ARTWORK for Printed Wiring Board P/N 13234265 provided to SDC for the manufacture of the DAAD Circuit Card Assembly P/N 13235072 proved to be copies of the originals and of insufficient quality to effectively manufacture the PWBs. We have been in contact with Mr. Jim Byrne, of Raytheon Corporation who indicated Raytheon has the original stable base drawings, MYLAR's, needed to manufacture the DAAD CCA. Mr. Byrne stated the stable base drawings and digital data required to manufacture the DAAD CCA are the property of the U.S. Government in the custody of Raytheon and that they could be made available to SDC upon Government request.

Based on the information obtained from Raytheon and description of the original Contract TDP data formats (attachment 1), SDC hereby requests the following be provided:

| Doc Type | Document Number | Rev Ltr | SEC CD | Document Status |
|---|---|---|---|---|
| D7 | 13234265 | | | |
| | Sheet 0002 | A | N | Stable Base Drawing |
| | Sheet 0003 | A | N | Stable Base Drawing |
| | Sheet 0004 | A | N | Stable Base Drawing |
| | Sheet 0005 | A | N | Stable Base Drawing |
| | Sheet 0006 | A | N | Stable Base Drawing |
| | Sheet 0007 | A | N | Stable Base Drawing |
| | Sheet 0008 | A | N | Stable Base Drawing |
| | Sheet 0009 | A | N | Stable Base Drawing |
| | Sheet 0010 | A | N | Stable Base Drawing |
| | Sheet 0011 | A | N | Stable Base Drawing |
| | | | | |
| D9 | CP13038109-31 | A | N | Digital Data |
| D9 | CP13038109-32 | A | N | Digital Data |
| | | | | |
| D9 | CP13038120-008 | A | N | Digital Data |
| D9 | CP13038120-021 | A | N | Digital Data |
| | | | | |

Mr. Jim Byrne, of Raytheon may be contacted directly at Phone Number (781) 999-4714. He suggested the formal request be routed through the Mr. Bob Girard, HAWK Program Manager, Raytheon Corporation, 180 Hartwell Road, Bedford, MA 01730-2498.

SDC would be able to complete our acceptance test procedures and functional test requirements if it was possible for AMCOM to provide an existing DAAD CCA for comparison purposes.

Your assistance in this matter is greatly appreciated as we continue to move forward on this contract.

If questions arise, or additional information is needed, please feel free to contact the undersigned at (256) 382-4600.

Respectfully,

Virginia P. Gilchrist
President
SDC, Inc.

# TAB 55

identified them as something else.

THE WITNESS: I just don't have any way of knowing that they are -- you asked me before were these the mylars that were shown in the meeting in 2003.

BY MR. RIGGS:

Q. Right.

A. I don't know that. My recollection was those were not. I'm not saying those weren't the mylars with 0077. I'm saying they weren't part of that meeting, as I recall. I thought that meeting was another contract that we were discussing.

Q. Actually, there were a series of three contracts that we were discussing. 0077 was --

A. Mr. Carpenter, from what I recall, brought the mylars from one of the other contracts.

Q. All right. Can you tell from Exhibit Number 12 whether or not these are the drawings that relate to 0077?

A. Yes, they are.

Q. Okay. Now, do you have any knowledge of what mylars actually are and how they are used?

A. Yes.

Q. And you understand mylars to be a pattern that the machine copies?
A. Yes.
Q. Do you have the ability to look at these drawings and determine whether or not they are of sufficient quality for a machine to copy them?
A. Page three is not sufficient quality to reproduce the circuit part, cut out the circuit part.
Q. Would page three be necessary to the production of these parts?
A. Yes.
Q. Are there any other pages, based on your observation?
A. Let me look at them. Page ten. Page ten is not a good quality.
Q. Let's see. I hand you Exhibit Number 8 right there. When you state in Exhibit Number 8, "AMCOM copy of stable base drawings are inadequate," are you referring to contract 0077 part number 13235072?
A. Yes.
Q. As far as you are aware, AMCOM did not provide a suitable copy of stable base drawings adequate to perform the functions of this contract?
A. Yes.

Q. Okay. Do you have any knowledge as to when SDC first presented that issue to AMCOM?
A. I'm unaware if they ever presented that issue to AMCOM.
Q. Let me show you what's been previously marked as Exhibit Number 6, which we contend is a letter sent to the missile command on -- I'm sorry -- the Army Aviation and Missile Command in July of 2000. The first couple of sentences raises the issue, I believe.
A. Okay.
Q. So it would appear that issue has been raised from the beginning?
A. I've never seen that letter before.
Q. Do any of the pre-award documents, Exhibits 1, 2 or 3, raise stable base drawing issues?
A. 1, 2 or 3? No.
Q. These three right here.
A. No.
Q. Okay. Mr. Hill testified he needed technical assistance to know exactly what was raised in those. I have to confess I'm just like Mr. Hill.
A. Okay.

# TAB 56

Q. Can you tell from this set of drawings if this set of drawings was actually produced by Xerox copy on mylar stock?
A. That's what it looks like.
Q. Okay. Now, the method of producing mylars for manufacturing purposes is different than just copying them on a Xerox machine; isn't it?
A. Yes. The mylar data that I got from Raytheon is a CD.
Q. Okay. And how would it be -- how would that CD be turned into a mylar that would be an adequate pattern for a machine?
A. For the machine they are using, usually it's put in a computer and the computer interfaces with the machine.
Q. The mylar drawings themselves have very few dimensional depictions on it; is that correct? In other words, it's not like a mechanical drawing that has all of the dimensions set out?
A. It's not the purpose of it.
Q. The purpose of it is for whatever machine you use to follow a pattern --
A. Uh-huh.

Q. -- read from the computer?
A. Right.
Q. And the documents before you today are not documents that could be used, read from a computer, to be adequate to produce the parts?
A. These look like just copies -- and they are from '87. Like I stated, we got some mylar data on the CDs from Raytheon in '03, '02, somewhere around in there.
Q. But that data was not ever provided, as far as you know, to SDC?
A. I don't know if it was or not. I think the door was closed on us by then.
Q. My question was you don't have actual knowledge that that data was provided?
A. No. We tried to deliver it, though. We did have somebody go to SDC to try to deliver it, and we weren't allowed in the building.
Q. I see. Who was that?
A. One of the contracting people. I don't know who it was.
Q. Do you know what the date of that was?
A. No.
Q. Do you know whether or not it was before or after the

# TAB 57

contractor saying there was an issue with stable base drawings on this contract.
Q. That were sent to you?
A. That were sent to me.
Q. Okay. I'm not going to go through all of them, but we actually have a book full of letters with respect to these issues, including the one that I first showed you, but I wanted to make sure that the contracts office or whoever they contact in the technical chain never contacted someone like you to look into the problem with respect to these three contracts until contemporaneously with the July-August time frame of 2003.
A. I don't recall. What I recall, the conversation was more not the adequacy of the mylars, but that we did not proceed Gerber data, not the quality of the mylars themselves.
Q. Okay. And the Gerber data is a substitute for mylars; isn't it?
A. It's another option.
Q. You can use it in lieu of mylars?
A. If you have it available, which we did not.
Q. Raytheon owns it?

A. Not required. No. Raytheon developed the mylar drawings. I could not tell you if they had Gerber data or not or what they use for manufacture. It is just an option that some people prefer.
Q. I have no further questions. Thank you.
A. Okay.

EXAMINATION

BY MS. STENTIFORD:
Q. Don't go.
A. Okay.
Q. Looking back at Exhibit 8, you were asked a series of questions about the Code 3 AMC/AMSC N. Do you remember that?
A. Yes.
Q. I just wanted to clarify that the -- you said the N code meant that it was restricted; is that correct?
A. Yes.
Q. And does the N code indicate a specific reason for the restriction?
A. Yes.
Q. What's that?
A. That special test equipment is required.
Q. And so if there were a representation that a

# TAB 58

Q. Right there, 1323072. It essentially says the same thing. Let me ask you a couple questions about that. "TDP has missing data (computer program digital data)."
Is that clear what is missing from the TDP?
A. Yeah. I stated that earlier. We went to the drawing files and pulled the TDP, and it was complete except for the logic data at the end of it.
Q. The reason I'm asking you the question with respect to this is Mr. Hill had some difficulty understanding what that meant during his deposition. But you have no difficulty understanding what that means?
A. This means that it was a Xerox copy that was unreadable.
Q. "AMCOM copy of stable base drawings are inadequate, require special test equipment," you don't have any trouble understanding what that means, do you?
A. No.
Q. And with respect to the last sentence, you don't have any trouble understanding what that means?
A. I don't know what 3N means.
Q. Okay, that's fine. The TDP restricted to Raytheon is -- that's clear and understandable?

# TAB 59

# TAB 60

SDC, Inc.

22 September 00

U.S. Army Aviation & Missile Command
Attn: AMSAM-AC-LS-S/Georgia Walker
Redstone Arsenal, AL 35898

Subject: Contract DAAH01-00-P-0741

Reference: Stable Base Drawings received on 22 September 2000.

Dear Ms. Walker:

SDC appreciates your response to our request for Stable Base Drawings. However, after an engineering review of the drawings provided, we have determined that they are inadequate. Several are illegible and therefore cannot be used.

Our total focus is upon producing a quality product within the requirements of the contract, but the Stable Base Drawings provided will not permit us to do so. We therefore, request that your office provide Gerber data as soon as possible. Gerber data is essential to the production of quality Circuit Card Assemblies.

If you need additional information, please contact Gilliam Carpenter at (256) 382-4600.

Sincerely,

V. P. Gilchrist

Virginia P. Gilchrist
President

215 Wynn Drive, Suite 318
Huntsville, Alabama 35805
Phone: 256.726.6300
Fax: 256.726.6301
http://www.sdchsv.com

# TAB 61

2-44

**Gilliam Carpenter**

| | |
|---|---|
| **F. :** | Virginia Gilchrist [vpgilchrist@sdchsv.com] |
| **Sent:** | Monday, November 27, 2000 10:19 AM |
| **To:** | 'gcarpenter@sdchsv.com' |
| **Cc:** | 'john.dennison@tbe.com' |
| **Subject:** | FW: PROM Data |
| **Importance:** | High |

-----Original Message-----
From: Walker, Georgia L ACQ [SMTP:georgia.walker@redstone.army.mil]
Sent: Monday, November 27, 2000 9:57 AM
To: 'vpgilchrist@sdchsv.com'
Cc: Walker, Georgia L ACQ
Subject: RE: PROM Data
Importance: High

Ms. Gilchrist,

I am working on trying to get you digital data that you need it is taking sometime to find out who is to provide that information to me.

Thank you
Georgia Walker

-----Original Message-----
From: Virginia Gilchrist [mailto:vpgilchrist@sdchsv.com]
Sent: Monday, November 20, 2000 10:16 AM
To: 'georgia.walker@redstone.army.mil'
Subject: FW: PROM Data
Importance: High

Ms: Walker-
We were wondering here if perhaps we could set a meeting with you and or the Technical people so that we can move forward with the Firt articles for two HAWK packages that we have. We are very anxious to complete the first articles and the information was not on any of the CDs that we currently have. We really want to move this process forward and would appreciate help that you can give us to facilitate the process.
Thank You-
Virginia Gilchrist
President
SDC, Inc.
(256) 382-4600-phone
(256) 382-4601--fax

-----Original Message-----
From: Walker, Georgia L ACQ [SMTP:georgia.walker@redstone.army.mil]
Sent: Thursday, October 26, 2000 3:48 PM
To: 'vpgilchrist@sdchsv.com'
Cc: Walker, Georgia L ACQ
Subject: RE: PROM Data
Importance: High

s. Gilchrist,

The information that you are requesting is on the cd that was provided to you
with the solicitation. You should be able to pull that information up and open

it up the same way that you are doing for the gerber files.

If you have any question please call me or email me.

Thanks
Georgia Walker

-----Original Message-----
From: Virginia Gilchrist [mailto:vpgilchrist@sdchsv.com]
Sent: Wednesday, October 25, 2000 4:32 PM
To: 'Georgia.Walker@redstone.army.mil'
Subject: PROM Data
Importance: High

Ms. Walker-

SDc, Inc. is requesting the PROM data for the Programmable ICs. This information was requested in a previous letter. It is also called out in attachment 1 as "digital data"
for CP13038109-31 and -32 and alsoCP13038120-008 and -021.

on page 10 of 10, it states taht the Digital drawing will be furnished upon request. This data is need to program the ICs so that the first articles can be completed.

Thank You-
Virginia Gilchrist

# TAB 62

MFR 24 Jan 01

1. 0750 Called Joseph Tappel re: Pion/Digital Data f/HAWK I. He will get w/ Brahlich [illegible] & get [illegible].

2. 0800 Rec'd call from Georgia Walker re: HAWK contracts. She said she is still trying to get the data we require. Will cut mod to contract after everything is received. Any changes after that will have to include consideration.

* Check w/Scott
- Mylar f/IA
- Parts from I that are used in II

[illegible]

# TAB 63

415

7-4-2

**Gilliam Carpenter**

**rom:** Walker, Georgia L ACQ [georgia.walker@redstone.army.mil]
**Sent:** Tuesday, January 30, 2001 7:57 AM
**To:** 'Gilliam Carpenter'
**Subject:** RE: HAWK Circuit Card Assemblies

**Importance:** High

Dear Mr. Carpenter,

The use of Alternate Parts was addressed and our Technical Group did not agree with the use of the Alternate Parts now if you have parts that are obsolete then you need to list those and send them in for review.

Thanks,
Georgia Walker

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Monday, January 29, 2001 10:42 AM
To: georgia.walker@redstone.army.mil
Cc: vpgilchrist@sdchsv.com
Subject: HAWK Circuit Card Assemblies

Dear Ms. Walker,

Our conversation of 24 January 2001 was very informative and certainly appreciated. SDC now understands that you will modify Contract DAAH01-00-C-0077 after delivery of the digital data. We also understand that modifications made after delivery of the digital data will be negotiated for Consideration. SDC understands this process. However, during our conversation, we did not address the status of our request to use Alternate Parts.

Additionally, we have not received legible Stable Base drawings for Contract DAAH01-00-P-0741. As indicated in our letter of 22 September 2000, the Stable Base Drawings you provided were illegible.

Thank you for your response and assistance.

Gilliam Carpenter
Contracts Administrator