# TAB 64

**Walker, Georgia L ACQ**

| | |
|---|---|
| **Fr...** | Gilliam Carpenter [gcarpenter@sdchsv.com] |
| **[illegible]** | Friday, March 02, 2001 8:59 AM |
| **[illegible]** | Walker, Georgia L ACQ |
| **Cc.** | vpgilchrist@sdchsv.com |
| **Subject:** | RE: HAWK Circuit Card Assemblies |

Ms. Walker,
SDC appreciates your response to our inquiry regarding "Alternate" parts. Perhaps our terminology is incorrect. I have been informed by our supplier that the parts identified were in fact obsolete/unprocureable. The SDC supplier is fanalizing a listing of parts that are no longer available/procureable. We will forward that listing to you next week. Thank you for your assistance.

Gil Carpenter

> -----Original Message-----
> From: Walker, Georgia L ACQ [mailto:georgia.walker@redstone.army.mil]
> Sent: Wednesday, February 21, 2001 5:22 PM
> To: 'Gilliam Carpenter'
> Cc: Walker, Georgia L ACQ; 'vpgilchrist@sdchsv.com'
> Subject: RE: HAWK Circuit Card Assemblies
> Importance: High
>
>
> Mr. Carpenter
>
> Reference is made to your letter of 17 July 2000 requesting the
> use of alternate
> parts. I reply was sent to you on 30 January 2000 staten that
> our Technical
> ...roup did not agree with the use of the alternate parts that you
> ...ubmitted in
> ...our letter. I also asked that you provide us with the list of
> obsolete parts.
> We still have not received that list. Are there any parts that
> are obsolete.
> If so, you will need to provide that list to use. Please provide
> as soon as
> possible.
>
> Thanks,
> Georgia
>
> -----Original Message-----
> From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
> Sent: Monday, January 29, 2001 10:42 AM
> To: georgia.walker@redstone.army.mil
> Cc: vpgilchrist@sdchsv.com
> Subject: HAWK Circuit Card Assemblies
>
>
> Dear Ms. Walker,
> Our conversation of 24 January 2001 was very informative and certainly
> appreciated. SDC now understands that you will modify Contract
> DAAH01-00-C-0077 after delivery of the digital data. We also
> understand that
> modifications made after delivery of the digital data will be
> negotiated for
> Consideration. SDC understands this process. However, during our
> conversation, we did not address the status of our request to use
> Alternate
> Parts.
> Additionally, we have not received legible Stable Base drawings fc
> Contract DAAH01-00-P-0741. As indicated in our letter of 22
> September 2000,

# TAB 65

SDC, Inc.

13 March 2001

U.S. Army Aviation and Missile Command
AMSAM-AC-ML-SA
Ms. Georgia Walker
Redstone Arsenal, AL 35898-5280

Subject: Replacement Parts for Circuit Card Assemblies, Contract DAAH01-00-C-0077.

Reference: Facsimile, SDC, dated 2 March 2001

Dear Ms. Walker:

Systems Development Corporation has completed a review of the parts required by contract DAAH01-00-C-0077. We have identified the obsolete parts and the replacement parts as indicated on the attached sheet.

All Replacement Parts meet or exceed specification requirements. SDC is prepared to initiate the First Article build process upon receipt of your approval and/or comments.

Sincerely,

V. P. Gilchrist

Virginia P. Gilchrist
CEO

215 Wynn Drive, Suite 318
Huntsville, Alabama 35805
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

# TAB 66

**Walker, Georgia L ACQ**

**From:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Thursday, March 22, 2001 8:19 AM
**To:** georgia.walker@redstone.army.mil
**Cc:** vpgilchrist@sdchsv.com
**Subject:** Contract DAAH01-00-C-0077, PN 13038120-021

Dear Ms. Walker,
The PN 13038120-021 is listed on the drawing as superseded by PN 5962-8768201RX and should have been reported in our letter of 13 March 2001.We also need the digital (PROM)data in order to complete the manufacturing process. Thank you for your assistance.
Gil

1

# TAB 67

1-35

**Gilliam Carpenter**

Fr Gilliam Carpenter [gcarpenter@sdchsv.com]
Se.. Friday, June 01, 2001 11:48 AM
To: terry.bainbridge@redstone.army.mil
Subject: Contract DAAH01-01-D-0013, Status of Gerber Data

Mr. Bainbridge,

I appreciate your response to my inquiry via phone this morning. However, according to the board supplier, in order to ensure compliant products are provided, it is imperative that we receive GERBER data. Anything you can do to expedite this process will be appreciated.

# TAB 68

SDC, Incorporated

9 July 2001

Commander
U.S. Army Aviation and Missile Command
AMSAM-AC-ML-SA/Georgia Walker
Redstone Arsenal, AL 35898

Subject: Contract DAAH01-00-C-0077, Delivery of Circuit Card Assemblies

Dear Ms. Walker,

SDC was awarded Contract DAAH01-00-C-0077 on 9 May 2000. However, because of the Government delay in providing digital data for the PROM units, we have not been able to deliver a finished product as required by our contract. In view of the inordinate amount of time that has elapsed, we propose the following:

a. SDC would provide to you the PROM units that require programming and you would get them to the appropriate personnel at Raytheon. Raytheon would perform the programming and return the programmed PROM units to you for distribution to SDC. Expenses associated with use of data, packaging, programming, and transportation to and from Raytheon would be borne by the Government.

b. Permit SDC to deliver to the Government Circuit Card Assemblies that are complete except for the programmed PROM units. The Government would be responsible for acquiring digital data and completing Circuit Card Assemblies.

c. SDC would provide all parts that have been purchased to the Government and be paid for the parts.

If you would like to discuss these options further, please contact the undersigned or Gilliam Carpenter @ (256) 382-4600.

Sincerely,

/s/

Virginia P. Gilchrist
President

215 Wynn Drive
Suite 318
Huntsville, Alabama 35806
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

# TAB 69

**Gilliam Carpenter**

**From:** Hnetynka, Marty [Marty.Hnetynka@tbe.com]
**Sent:** Friday, July 13, 2001 4:32 PM
**To:** 'vpgilchrist@sdchsv.com'; 'gcarpenter@sdchsv.com'; Runkle, Marty; Hickman, Bob; Seigler, Ed; Cagle, Richard; Russell, Ed
**Cc:** McKee, Pamela; Tyree, Gregg; Lenox, Martha; Chaffee, Harry; Holcomb, Sandy; Parker, Kay
**Subject:** Hawk I and II PWBA Meeting between SDC and TBE on 13 July 2001

1. Time and Place of Meeting:

On Friday (7/13/2001) morning, at 9:00 in the TBE Executive Conference Room, TBE Management (M. Runkle, E. Seigler, R. Cagle, E. Russell, R. Hickman and M. Hnetynka) met with SDC Management (V. Gilchrist and G. Carpenter) to review specific issues that were preventing successful completion of work by SDC and TBE on the Hawk I and Hawk II board-build programs.

2. Background and Discussion:

a. It was agreed by all SDC and TBE attendees that the following product build information is missing and that this information is required to complete the SDC contract and to deliver acceptable, tested Hawk I and II boards to the government:

(1) Gerber files for raw PWBs (Hawk II).

(2). Physical programmable parts (PP) and/or PP code file contents (Hawk I).

(3) ICT and/or manual test fixtures for raw PW boards (Hawk I and II).

(4) ATP and fixtures, with Test Equipment List, for test and acceptance of completed PWB Assemblies (Hawk I and II).

b. Since these are critical pieces of government-supplied information that are not available for completion of First Article Build and Test and completion of Production Builds for both contracts, the risks to contract completion are great and are potentially very expensive for TBE and SDC. Accordingly, TBE and SDC agreed to cease ordering parts for all Hawk II materials, while SDC approaches the government in writing regarding termination for impossibility of performance. TBE has already completed purchasing of all parts for Hawk I and has invoiced SDC for the full materials price. SDC agreed to approach the government to obtain payment for the Hawk I parts already purchased, which would in-turn be paid to TBE by SDC.

3. Specific agreed-to Action Items:

a. SDC/V. Gilchrist will send letter to government Contract Officer, 7/16/01, saying:

- SDC finds lack of data makes contract completion "impossible" for Hawk I & II.
- SDC suggests that government terminate Hawk I & II contracts for convenience".
- SDC asks government to pay SDC for all parts for Hawk I & II contracts.

b. TBE/E. Russell to review & comment on SDC's draft letter to

Contract Officer, 7/16.

c. TBE/M. Hnetynka will cancel Hawk II parts procurement by 7/16/01.

d. TBE/G. Tyree and TBE/M. Lenox to minimize Hawk II parts purchase ermination costs.

e. TBE/R. Cagle to set up collection account for Hawk II material termination costs.

f. TBE/S. Holcomb provide termination cost roll-up to SDC via Contracts/E. Russell.

4. This memo summarizes the conduct and outcome of the subject meeting to the best of my recollection and notes. If you have any comments or additions regarding this Hawk I and II PWBA meeting, please send them to me via E-mail by COB Monday 7/16/01. Thanks.

Best regards,

/s/

Martin J. Hnetynka
Program Manager
Teledyne Brown Engineering

# TAB 70

SDC, Incorporated

30 July 2001

Commander
U.S. Army Aviation and Missile Command
AMSAM-AC-ML-SA/Georgia Walker
Redstone Arsenal, AL 35898

Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Dear Ms. Walker,

SDC was awarded Contract DAAH01-00-C-0077 on 9 May 2000 and Contract DAAH01-00-P-0741 on 14 September 2000. However, because of the Government delay in providing requested data, we have been unable to deliver a finished product as required by our contracts. Specifically, the following items are essential in order for us to comply with the terms of the contracts:

a. Contract DAAH01-00-C-0077
   1. Data Files for Programmable Parts (e.g. PROMs, PALs, etc.) Received a printed copy on 19 July 2001. Data is difficult to read (indistinct, strike-overs, blurred, etc.) and will cause numerous errors during input.
   2. In Circuit Test (ICT) or Manual Test Fixtures for testing of raw PW Boards
   3. Acceptance Test Plan/Procedures (ATP) and ATP Fixtures, with test equipment list, for Test and Acceptance of PWB Assemblies

b. Contract DAAH01-00-P-0741
   1. Data Files for Programmable Parts (e.g. PROMs, PALs, etc.)
   2. In Circuit Test (ICT) or Manual Test Fixtures for testing of raw PW Boards
   3. Acceptance Test Plan/Procedures (ATP) and ATP Fixtures, with test equipment list, for Test and Acceptance of PWB Assemblies

In view of the inordinate amount of time that has elapsed and the impossibility of performance, SDC makes the following recommendations:

a. Authorize SDC to acquire the necessary data and/or equipment through supplemental purchasing arrangements or, when necessary, reverse engineering. Additional funding must be provided to cover the cost of programming the PROMs from the printed copy. The Government would fund the additional costs associated with this option.

Or

b. Cancel Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741 for convenience. SDC will turn over all purchased parts to the Government. SDC will provide a Final Invoice for purchased parts plus an Administrative /Handling Fee. The Government would reimburse SDC for the purchased parts plus an Administrative/Handling Fee.

215 Wynn Drive
Suite 318
Huntsville, Alabama 35806
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

SDC, Incorporated

If you would like to discuss this matter further, please contact the undersigned or Gilliam Carpenter @ (256) 382-4600.

Sincerely,

Virginia P. Gilchrist
President

215 Wynn Drive
Suite 318
Huntsville, Alabama 35806
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

# TAB 71

**Gilliam Carpenter**

**From:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Wednesday, August 01, 2001 1:30 PM
**To:** Georgia.walker@redstone.army.mil
**Cc:** vpgilchrist@sdchsv.com
**Subject:** Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

HAWK-0077&0741.doc

Ms. Walker, this is a follow-up to the letter which was faxed to you on 30 July 2001. The original of the letter is being forwarded by mail.

# TAB 72

1-10

**Gilliam Carpenter**

---

**rom:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Monday, August 06, 2001 7:52 AM
**To:** georgia.walker@redstone.army.mil
**Cc:** vpgilchrist@sdchsv.com
**Subject:** Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Dear Ms. Walker,

This is a follow-up to the letter faxed to you on 30 July 2001. Please provide any status you have on the recommendations we made. You may contact Ms. Virginia Gilchrist at (256)382-4600 or you may contact me at (256)382-4620. Thank you for your assistance.

# TAB 73

**Gilliam Carpenter**

| | |
|---|---|
| **:m:** | Walker, Georgia L ACQ [georgia.walker@redstone.army.mil] |
| **Sent:** | Tuesday, August 07, 2001 8:49 AM |
| **To:** | 'gcarpenter@sdchsv.com' |
| **Cc:** | Walker, Georgia L ACQ |
| **Subject:** | RE: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741 |
| **Importance:** | High |

Mr. Carpenter

I have been reasigned to a new team that contract have been turned over to Mrs. Patti Page office for further contract administration her number is 876-2897. If you would call her she will be able to assist you. Her email address is Patti.Page@redstone.army.mil.

Thank you
Georgia Walker

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Monday, August 06, 2001 7:52 AM
To: georgia.walker@redstone.army.mil
Cc: vpgilchrist@sdchsv.com
Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Dear Ms. Walker,
This is a follow-up to the letter faxed to you on 30 July 2001. Please provide any status you have on the recommendations we made. You may contact Ms. Virginia Gilchrist at (256)382-4600 or you may contact me at (256).382-4620. Thank you for your assistance.

# TAB 74

**Gilliam Carpenter**

**From:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Wednesday, August 08, 2001 3:14 PM
**To:** patti.page@redstone.army.mil
**Cc:** willis.epps@redstone.army.mil; vpgilchrist@sdchsv.com
**Subject:** Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

HAWK-0077&0741.doc

Ms. Page,

SDC submitted the attached letter on 30 July 2001. However, we were informed by Ms. Walker on 7 August 2001 that you are now the Government Contract Specialist for these contracts. Please review our submittal and provide your response as soon as possible. We are continuing to incurr costs associated with the purchase, proccessing, handling and storage of these parts. Please expedite the resolution of the stated issues. You may contact Ms. Virginia P. Gilchrist at (256)382-4600 or Gilliam Carpenter at (256)382-4620.

SDC, Incorporated

30 July 2001

Commander
U.S. Army Aviation and Missile Command
AMSAM-AC-ML-SA/Georgia Walker
Redstone Arsenal, AL 35898

Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Dear Ms. Walker,

SDC was awarded Contract DAAH01-00-C-0077 on 9 May 2000 and Contract DAAH01-00-P-0741 on 14 September 2000. However, because of the Government delay in providing requested data, we have been unable to deliver a finished product as required by our contracts. Specifically, the following items are essential in order for us to comply with the terms of the contracts:

a. Contract DAAH01-00-C-0077
   1. Data Files for Programmable Parts (e.g. PROMs, PALs, etc.) Received a printed copy on 19 July 2001. Data is difficult to read (indistinct, strike-overs, blurred, etc.) and will cause numerous errors during input.
   2. In Circuit Test (ICT) or Manual Test Fixtures for testing of raw PW Boards
   3. Acceptance Test Plan/Procedures (ATP) and ATP Fixtures, with test equipment list, for Test and Acceptance of PWB Assemblies

b. Contract DAAH01-00-P-0741
   1. Data Files for Programmable Parts (e.g. PROMs, PALs, etc.)
   2. In Circuit Test (ICT) or Manual Test Fixtures for testing of raw PW Boards
   3. Acceptance Test Plan/Procedures (ATP) and ATP Fixtures, with test equipment list, for Test and Acceptance of PWB Assemblies

In view of the inordinate amount of time that has elapsed and the impossibility of performance, SDC makes the following recommendations:

a. Authorize SDC to acquire the necessary data and/or equipment through supplemental purchasing arrangements or, when necessary, reverse engineering. Additional funding must be provided to cover the cost of programming the PROMs from the printed copy. The Government would fund the additional costs associated with this option.

Or

b. Cancel Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741 for convenience. SDC will turn over all purchased parts to the Government. SDC will provide a Final Invoice for purchased parts plus an Administrative /Handling Fee. The Government would reimburse SDC for the purchased parts plus an Administrative/Handling Fee.

215 Wynn Drive
Suite 318
Huntsville, Alabama 35806
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

SDC, Incorporated

If you would like to discuss this matter further, please contact the undersigned or Gilliam Carpenter @ (256) 382-4600.

Sincerely,

Virginia P. Gilchrist
President

215 Wynn Drive
Suite 318
Huntsville, Alabama 35806
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

# TAB 75

**Virginia P. Gilchrist**

F  ı: Gilliam Carpenter [gcarpenter@sdchsv.com]
Sent: Wednesday, October 10, 2001 9:33 AM
To: vpgilchrist@sdchsv.com
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

-----Original Message-----
From: Page, Patti W ACQ [mailto:patti.page@redstone.army.mil]
Sent: Wednesday, October 10, 2001 9:00 AM
To: 'gcarpenter@sdchsv.com'
Cc: Smith, Floyd B LTC ACQ; Hill, Jerry W ACQ
Subject: RE: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Carolyn Gay is the contract specialist assigned to these packages. She has been attempting to research and resolve the issues for you, to include obtaining data not normally required or supplied with the technical data package. It was my understanding that she has held conversations with you to let you know that she was working the issues; however, I have asked Ms. Gay to provide you a current status update. Please let me know if you do not hear from Ms. Gay today.

Patti W. Page
Chief, Avenger/Hawk Acquisition Branch
Air Defense Division
Logistics Support Directorate
; quisition Center

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Wednesday, October 10, 2001 8:32 AM
To: patti.page@redstone.army.mil
Cc: willis.epps@redstone.army.mil; vpgilchrist@sdchsv.com
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Page, this is a follow-up to the previously submitted documentation (attached). Please provide the current status of our request.

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Wednesday, August 08, 2001 3:14 PM
To: patti.page@redstone.army.mil
Cc: willis.epps@redstone.army.mil; vpgilchrist@sdchsv.com
Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Page,
SDC submitted the attached letter on 30 July 2001. However, we were informed by Ms. Walker on 7 August 2001 that you are now the Government Contract Specialist for these contracts. Please review our submittal and provide your response as soon as possible. We are continuing to incurr costs associated with the purchase, proccessing, handling and storage of these parts. Please expedite the resolution of the stated issues. You may contact Ms. Virginia P. Gilchrist : (256)382-4600 or Gilliam Carpenter at (256)382-4620.

# TAB 76

**Gilliam Carpenter**

**From:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Wednesday, October 10, 2001 10:10 AM
**To:** vpgilchrist@sdchsv.com
**Subject:** FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

HAWK-0077&0741.doc SDC00P0741C0077.doc

-----Original Message-----
From: Gay, Carolyn K ACQ [mailto:carolyn.gay@redstone.army.mil]
Sent: Wednesday, October 10, 2001 9:57 AM
To: 'gcarpenter@sdchsv.com'
Cc: Page, Patti W ACQ
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Mr. Carpenter

SEE ATTACHED MEMO

-----Original Message-----
From: Page, Patti W ACQ
Sent: Wednesday, October 10, 2001 8:47 AM
To: Gay, Carolyn K ACQ
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Carolyn, Please respond to G. Carpenter and provide status on your action. Copy furnish me.
A copy of this went to Mr. Epps, so I'm sure we will be hearing from the Colonel on this.

Patti
-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Wednesday, October 10, 2001 8:32 AM
To: patti.page@redstone.army.mil
Cc: willis.epps@redstone.army.mil; vpgilchrist@sdchsv.com
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Page, this is a follow-up to the previously submitted documentation (attached). Please provide the current status of our request.

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Wednesday, August 08, 2001 3:14 PM
To: patti.page@redstone.army.mil
Cc: willis.epps@redstone.army.mil; vpgilchrist@sdchsv.com
Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Page,
SDC submitted the attached letter on 30 July 2001. However, we were informed by Ms. Walker on 7 August 2001 that you are now the Government Contract Specialist for these contracts. Please review our submittal and provide your response as soon as possible. We are continuing to incurr costs associated with the purchase, proccessing, handling and storage of these parts. Please expedite

the resolution of the stated issues. You may contact Ms. Virginia P. Gilchrist at (256)382-4600 or Gilliam Carpenter at (256)382-4620.

REFERENCE: DAAH01-00-C-0077, AND DAAH01-00-P-0741

A review has been made to your concerns presented in letter 30 Jul 01.

1. PROM DATA - I have received the PROM data in hard copy and is available for your use. I can mail it or you can pick it up. If you choose to purchase the programmed microcircuits, they can be procured by Raytheon or from Woodard Electric in Hartselle, Alabama. Additional funding will not be provided by contract for this effort.

2. ACCEPTANCE TEST REQUIREMENTS/PROCEDURES- Please note that both contract TDPs require the use of special test equipment as called out in paragraph 6.3 of MIS-41341 and MIS-45073. It is the contractor's responsibility to possess, and use the special test equipment, or to establish a test set arrangement that will perform all of the functions as required by MIS-41341 and MIS-45073. Drawing 13235072, paragraph 6, states "this unit shall meet the requirements of MIS-41341", and drawing 13385560, paragraph 6, states "this unit shall meet the requirements of MIS-45073". It is also the contractor's responsibility to develop any test fixtures that are necessary to meet the requirements of MIS-41341 and MIS-45073. The acceptance test requirements/procedures, and the test equipment list are defined by MIS-41341 and MIS-45073. If you are able to provide an NSN for the test equipment, we will research the possibility of providing this equipment as Government furnished equipment. Additional funding will not be provided by contract for the test equipment.

3. REVERSE ENGINEERING – Reverse engineering in not an option. No consideration is given to this suggestion.

RE Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741.txt

From: Page, Patti W ACQ [patti.page@redstone.army.mil]
Sent: Wednesday, October 10, 2001 9:00 AM
To: 'gcarpenter@sdchsv.com'
Cc: Smith, Floyd B LTC ACQ; Hill, Jerry W ACQ
Subject: RE: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Carolyn Gay is the contract specialist assigned to these packages. She has been attempting to research and resolve the issues for you, to include obtaining data not normally required or supplied with the technical data package. It was my understanding that she has held conversations with you to let you know that she was working the issues; however, I have asked Ms. Gay to provide you a current status update. Please let me know if you do not hear from Ms. Gay today.

Patti W. Page
Chief, Avenger/Hawk Acquisition Branch
Air Defense Division
Logistics Support Directorate
Acquisition Center

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Wednesday, October 10, 2001 8:32 AM
To: patti.page@redstone.army.mil
Cc: willis.epps@redstone.army.mil; vpgilchrist@sdchsv.com
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Page, this is a follow-up to the previously submitted documentation (attached). Please provide the current status of our request.

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Wednesday, August 08, 2001 3:14 PM
To: patti.page@redstone.army.mil
Cc: willis.epps@redstone.army.mil; vpgilchrist@sdchsv.com
Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Page,
SDC submitted the attached letter on 30 July 2001. However, we were informed by Ms. Walker on 7 August 2001 that you are now the Government Contract Specialist for these contracts. Please review our submittal and provide your response as soon as possible. We are continuing to incurr costs associated with the purchase, proccessing, handling and storage of these parts. Please expedite the resolution of the stated issues. You may contact Ms. Virginia P. Gilchrist at (256)382-4600 or Gilliam Carpenter at (256)382-4620.

# TAB 77

**Gilliam Carpenter**

| | |
|---|---|
| **From:** | Page, Patti W ACQ [patti.page@redstone.army.mil] |
| **Sent:** | Wednesday, October 31, 2001 1:07 PM |
| **To:** | 'gcarpenter@sdchsv.com' |
| **Subject:** | RE: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741 |

There is no digital data. We only have hard copy drawings since ms. Gay understood you to say that your TDP was not clear. The gerber data was not bought from Raytheon so the Government does not have access to it. I am very concerned about these contracts as they seem to be dragging along with no firm recovery date from your company. These items have been successfully made by other businesses in the past with no problems or need for additional data. I will be happy to meet with you, but I have no other data than what is already provided in the TDP. If your company does not have the capability to make the items you should let us know as soon as possible. You may call me at (256) 955-9197 or email me as to the date and time you would like to visit the Command.

Patti W. Page
Chief, Avenger/Hawk/Stinger Acquisition Branch
Air Defense Division
Logistics Support Directorate
Acquisition Center

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Wednesday, October 31, 2001 11:52 AM
To: patti.page@redstone.army.mil
Cc: vpgilchrist@sdchsv.com
Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Page, we received your voicemail message regarding the subject contracts. SDC would like to pick-up the digital data and, if at all possible, meet with you. Please advise us of a date and time that is convenient for you.

REFERENCE: DAAH01-00-C-0077, AND DAAH01-00-P-0741

A review has been made to your concerns presented in letter 30 Jul 01.

1. PROM DATA - I have received the PROM data in hard copy and is available for your use. I can mail it or you can pick it up. If you choose to purchase the programmed microcircuits, they can be procured by Raytheon or from Woodard Electric in Hartselle, Alabama. Additional funding will not be provided by contract for this effort.

2. ACCEPTANCE TEST REQUIREMENTS/PROCEDURES- Please note that both contract TDPs require the use of special test equipment as called out in paragraph 6.3 of MIS-41341 and MIS-45073. It is the contractor's responsibility to possess, and use the special test equipment, or to establish a test set arrangement that will perform all of the functions as required by MIS-41341 and MIS-45073. Drawing 13235072, paragraph 6, states "this unit shall meet the requirements of MIS-41341", and drawing 13385560, paragraph 6, states "this unit shall meet the requirements of MIS-45073". It is also the contractor's responsibility to develop any test fixtures that are necessary to meet the requirements of MIS-41341 and MIS-45073. The acceptance test requirements/procedures, and the test equipment list are defined by MIS-41341 and MIS-45073. If you are able to provide an NSN for the test equipment, we will research the possibility of providing this equipment as Government furnished equipment. Additional funding will not be provided by contract for the test equipment.

3. REVERSE ENGINEERING – Reverse engineering in not an option. No consideration is given to this suggestion.

# TAB 78

**Gilliam Carpenter**

**From:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Tuesday, November 06, 2001 11:33 AM
**To:** carolyn.gay@redstone.army.mil
**Cc:** pati.page@redstone.army.mil
**Subject:** Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Gay, SDC would like to pick up the hard copy of the PROM data if you will notify us of the pick up location. In addition, we would like to meet with you next week (13-16 Nov 01). Thank you for your assistance.

# TAB 79

2-14

**Gilliam Carpenter**

**From:** Gilliam Carpenter [gcarpenter@sdchsv.com]
**Sent:** Wednesday, November 07, 2001 8:08 AM
**To:** vpgilchrist@sdchsv.com
**Subject:** FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

-----Original Message-----
From: Page, Patti W ACQ [mailto:patti.page@redstone.army.mil]
Sent: Wednesday, November 07, 2001 7:48 AM
To: 'gcarpenter@sdchsv.com'
Cc: Guyette, Janet C ACQ
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Carpenter,

Ms. Gay is no longer with this office. These two packages will be reassigned to Ms. Janet Guyette. You may pick up the hard copy data. To do so, you will need to report to the main visitor's desk of the Sparkman Center in building 5300 here at Redstone. They can contact Ms. Guyette at 955-9190 and she will bring the data to you. If you wish to meet with Ms. Guyette, you will need to identify what issues you would like to discuss. That way she can try to have the appropriate parties available.

Patti W. Page
Chief, Avenger/Stinger/ATAS/LSDIS/Hawk Acquisition Branch
Air Defense Division
Logistics Support Directorate
Acquisition Center

-----Original Message-----
From: Gay, Carolyn K ACQ
Sent: Tuesday, November 06, 2001 2:05 PM
To: Page, Patti W ACQ
Subject: FW: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

PATTI, FOR YOUR INFORMATION.

-----Original Message-----
From: Gilliam Carpenter [mailto:gcarpenter@sdchsv.com]
Sent: Tuesday, November 06, 2001 11:33 AM
To: carolyn.gay@redstone.army.mil
Cc: pati.page@redstone.army.mil
Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Ms. Gay, SDC would like to pick up the hard copy of the PROM data if you will notify us of the pick up location. In addition, we would like to meet with you next week (13-16 Nov 01). Thank you for your assistance.

# TAB 80

November 13, 2001

Commander
U.S. Army Aviation and Missile Command
AMSAM-AC-ML-SA
Redstone Arsenal, AL 35898

Attention: Ms. Patti Page

Subject: Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741

Dear Ms. Page:

As a result of your response to our July 30, 2001 letter and recent communications, SDC, Inc. hereby formally requests that the subject contracts be Terminated for Convenience per FAR clause 52.249-2. SDC was awarded contract DAAH01-00-C-0077 in May 2000 and contract DAAH01- 00-P-0741 in September 2000. SDC has requested the necessary data in the format required by the contracts, and the documentation to properly manufacture the products. However, more than a year has elapsed and SDC still does not have the data specified in the contracts to produce the products as intended in our original proposal. Examples of the insufficient data are as follows:

1) PROM Data – The contract TDPL Legend directs that the copy of the digital drawing, "...included in this Technical Data Package is not used for manufacture. A copy of the drawing in **disk or magnetic tape format** will be furnished to the successful bidder upon request". To properly program PROMs for use on the circuit cards, SDC requires the data files for loading into the PROMs. These data files must be provided in electronic format for consistency in loading the PROMs and to prevent mistakes associated with manually entering the data. Although requested, SDC has still not received an electronic version of the data files. It appears we have received the very drawings the TDPL Legend directs us NOT to use. In order to manually enter and check the data, SDC will incur additional costs that were not expected or proposed in the original quotation. While such a technique could be employed, the risk of programming microcircuits with incorrect data, and thereby producing scrap assemblies is very high. The Government has also made it clear that additional funding for data entry and replacement PROMs will not be provided

   The Government also suggested that SDC could buy the programmed microcircuits from Raytheon or Woodard Electric if desired. However, the original solicitation did not mention these two companies as directed or suggested sources. Therefore, our proposal was to procure the PROMS and program them with the electronic data file(s) to be provided by the Government. To change our plans at this time and purchase the programmed parts will have a significant financial impact upon this program and our company.

2) Acceptance Test Procedures – On build to print contracts, it is routine for the customer to provide copies of the existing test procedure used to determine if the parts are acceptable. Although SDC has requested Acceptance Test Plans and Procedures, the Government has only provided copies of specifications that call out the general performance requirements. Therefore, instead of receiving copies of existing procedures, SDC will have to pay for an Acceptance Test Plan/Procedure to be written and then forward it to the Government for comment and approval. This effort could potentially also have a large cost impact upon the program.



The above examples are just two instances where SDC still does not believe it has sufficient data to complete the effort as proposed and the answers or alternatives offered by the Government will cause financial impact to this program. To complete a contract of this type, SDC assumed that the normal, basic technical data and documentation would be made available. As a Small Business, SDC cannot absorb the financial impacts caused by the Government's failure to provide the normal routine data.

If there are any questions, please contact the undersigned or Gilliam Carpenter at (256) 382-4600.

Sincerely,

Virginia P. Gilchrist
President

# TAB 81

AMSAM-AC-LS-H 23 Jan 02

MEMORANDUM FOR RECORD

SUBJECT: Meeting of 23 Jan 02 with SDC on contract DAAH01-00-C-0077

A meeting was held in Building 5303, Room 3234, from 1300 hours until 1445 hours. The attached is a list of attendees.

The contractor requested this meeting to clarify TDP issues they have so they can complete the first articles. The contractor emailed their questions to Gerald Tucker, Ombudsman, on 14 Dec 00. Their questions were as follows:

1) PROM data – the contract TDPL legend directs that the copy of the digital drawing, "...included in this Technical Data Package is not used for manufacture. A copy of the drawing in disk or magnetic tape format will be furnished to the successful bidder upon request." To properly program PROMs for use on the circuit cards, SDC requires the data files for loading into the PROMs. These data files must be provided in electronic format for consistency in loading the PROMs and to prevent mistakes associated with manually entering the data. Although requested, SDC has still not received an electronic version of the data files. It appears what we have received are the very drawings the TDPL Legend directs us NOT to use. In order to manually enter and check the data, SDC will incur additional costs that were not expected or proposed in the original quotation. While such technique could be employed, the risk of programming microcircuits with incorrect data, and thereby producing scrap assemblies is very high. The Government has also made it clear that additional funding for data entry and replacement PROMs will not be provided.

The Government also suggested that SDC could buy the programmed microcircuits from Raytheon or Woodard Electric if desired. However, the original solicitation did not mention these two companies as directed or suggested sources. Therefore, our proposal was to procure the PROMs and program them with the electronic data file(s) to be provided by the Government. To change our plans at this time and purchase the programmed parts will have a significant financial impact upon this program and our company.

Jerald Tignor, SAMD, stated that the electronic PROM data is not available. It is proprietary data that Raytheon owns. However, we have furnished a hard copy of the PROM data to SDC that is adequate. Ms. Gilchrist stated that she didn't propose having a person enter the PROM data by hand – she read the TDP to say that electronic PROM data would be furnished. Patti Page asked if the TDP was adequate with regards to the PROM data. Mr. Tignor stated it was inadequate with regard to the PROM data. However, we have a Level 3 TDP (which means it is adequate for competition). Woodard Electric has produced these items for

Raytheon. How do we resolve this problem? Raytheon or SEPD RDEC can program the cards at a cost to SDC.

Patti Page asked SDC if we provide the usable PROM data and we test on the GETS2000 or the A45 in Barstow, California, then will that resolve their issues. Ms. Gilchrist stated that she was concerned about the items that fail. There's no way to tell what failed if you use the GETS2000. Jerald Tignor stated that was a risk of producing these items.

(2) Acceptance test procedures – Although SDC has requested acceptance test procedures the Government has only provided copies of specifications that call out the general performance requirements. Therefore, instead of receiving copies of existing procedures, SDC will have to pay for an acceptance test plan/procedure to be written and then forward it to the Government for comment and approval. In addition, the special test equipment required by this effort was not included in their offer. If the Government does not provide the test procedures and equipment, performing this effort for the awarded price is not feasible.

Jerald Tignor stated that the test procedures in the TDP were adequate for production. If there is additional cost for testing the items it will pass to SDC because our test procedures are adequate. It was stated by John Smith, Sparta, that any commercially available test equipment can be used to test these items.

Ms. Gilchrist stated that she bought all the material to produce these items for every option year. Patti Page told her that the contract didn't authorize her to do that. The contract only allows for procurement of the first article materials. Ms. Gilchrist stated that during the DCMA review (before award) the DCMA person accepted her material costs. Mr. Tucker stated that probably the DCMA technical person did accept the material costs. Patti stated that the contracting officer is the only one with the authority to allow contractor's to procure material before first article acceptance. The contract specifically states that.

**ACTION ITEMS:**
Acquisition Center will send SDC a letter with the PROM data and if there will be a charge for testing.

RDEC will review the TDP and the MIS to be sure that our TDP is adequate for any contractor to produce the items.

RDEC will get a board from SDC and we will program it and test it on the GETS 2000 to be sure it works. We will then give the PROM data to SDC so they can program the remaining boards.

Janet Guyette
Contract Specialist

| me | Company | Phone | EMAIL |
|---|---|---|---|
| t. W. Page | Amcom Acq Ctr | 955-9197 | pattie.page.redstone.army.mil |
| t. Guyette | Amcom Acq Ctr | 955-9190 | janet.guyette@redstone.army.mil |
| EN. DUNLAP | SIGMATECH INC. | 382-1188 | FDUNLAP@SIGMATECH.Com |
| uis Rodriguez Jr | AMCOM RDEC | 876-5359 | luis.rodriguez@rdec.redstone.army.mil |
| ERALD F TIGNOR | AMCOM SAMD | 313 6819 | Jerald.Tignor@Redstone |
| hn W. Smith | SPARTA | 837-5282 EXT 1578 | SmithJ@Huntsville.SPARTA.Com |
| ERALD TUCKER | AMCOM OB | 876-6659 | GERALD.TUCKER@REDSTONE.Arm |
| itt Merritt | Amcom SB | 876-5441 | mitt.merritt@redstone.army.mil |
| RTY RUNKLE | TBE | 726-5050 | MARTY.RUNKLE@TBE.COM |
| RTY HNETYNKA | TBE | 726-1681 | marty.hnetynka@TBE.COM |
| Russell | TBE | 726-4345 | ed.russell@tbe.com |
| Bob STAGG | TBE | 726-1375 | bob.stagg@tbe.com |
| Mark Bradley | RDEC | 842-9765 | mark.bradley@rdec.redstone.army.mil |
| Jim Lewis | LIT RDEC support | 876-0199 | james.lewis@rdec.redstone.army.mil |
| Russ McMurry | Legal Amcom | 842-0593 | |
| William Carpenter | SDC | 382-4600 | gcarpenter@sdchsv.com |
| Virginia Gilchrist | SDC | | |
| Col Floyd Smith | Amcom Acq Ctr | | |
| Jerry Hill | Amcom Acq Ctr | | |
| Lee Ford | Amcom SB | | |

SDC 1570