# TAB 82

14 February 2002

Systems Development Corporation
ATTN: Ms. Virginia Gilchrist
215 Wynn Drive, Suite 318
Huntsville, AL 35805

Ex 32

Gentlemen:

1. Reference:

a. SDC, Inc., letter dated 10 July 2001.

b. Meeting with SDC and Government personnel on Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741, 23 January 2002.

2. The purpose of the meeting was to resolve two issues that SDC is concerned about in the production on Contracts DAAH01-00-C-0077 and DAAH01-00-P-0741. The issues and agreed resolution are as follows:

a. The production units are required to be subjected to environmental testing per the specification:

APN 13235072 is being procured under DAAH01-00-C-0077. Contract calls for two articles to be delivered to Redstone Arsenal for testing.

APN 13235072 note 6 indicates "This unit shall meet the requirements of MIS-41341".

MIS-41341 calls for three different examination/tests.

1. Visual examination per 4.3.3.1 covers 7 characteristics which are either visually inspected or measured.

2. Examination testing per 4.3.3.2 covers 2 tests per MIS (current drain per 4.4.1.1 and Output logic level and dynamic functional requirements per 4.4.1.2)

3. Inspection testing per 4.3.3.3 covers the environmental requirements. In 4.3.2.3, it states "inspection testing shall be conducted on the first article sample only". This indicates that the production units are not subjected to inspection testing nor to environmental testing.

APN 13385560 is being procured under DAAH01-00-P-0741. Contract calls for two first articles to be delivered to Redstone Arsenal for testing.

APN 13385560 note 6 indicates "This unit shall meet the requirements of MIS-45073".

MIS-45073 calls for three different examinations/tests.

1. Visual examination per 4.3.3.1 covers 6 characteristics which are either visually inspected or measured.

2. Examination testing per 4.3.3.2 covers 2 tests per the MIS (current drain per 4.4.1.1 and Output logic level and dynamic functional requirements per 4.4.1.2)

3. Inspection testing per 4.3.3.3 covers the environmental requirements. In *4.3.2.3, it states "inspection testing shall be conducted on the first article sample only"*. This indicates that the production units are not subjected to inspection testing nor to environmental testing.

b. PROM Data: It was agreed in the meeting that SDC would provide PROMS to the Research and Development and Engineering Center (RDEC) for programming and subsequent testing with the GETS 2000. PROM data will then be provided to SDC so that SDC can program remaining boards.

3. It is requested that SDC coordinate with Mr. Mark Bradley at (256) 842-9365 in order to deliver the PROMS.

4. If there is additional information and/or assistance needed concerning this action, please contact the following: Pattie Page, (256) 876-2897 or Jerry Hill, (256) 876-1772.

JERRY W. HILL
Contracting Officer

# TAB 83

SDC, Incorporated

26 June 2002

MEMORANDUM FOR RECORD

Subject: Phone conversation between Jerald Tignor (AMCOM SAMD Office) and Virginia P. Gilchrist (SDC, Inc. President) on 26 June 2002, 1:20p.m.

Jerald Tignor called and informed me, Virginia P. Gilchrist, that he had received correspondence from E. Coleman (AMCOM Legal Office) and Jerry Hill (AMCOM Acquisition Center) regarding a schedule from us (SDC, Inc.).

He (Jerald Tignor) informed Coleman and Hill that SDC could not give them a schedule until we got what we needed from the Government. He further stated that when the board was sent to Barstow, the plan was to test the PROMs that had been programmed by AMCOM Engineering Directorate; however, the board failed the test and was returned to Lockheed for repair and completion of the Test Set. Mr. Tignor stated that the board is being repaired and Lockheed is building the Test Set, they should be ready by the end of July (maybe) At that time it should be available to test the PROMs programmed at AMCOM and then we could build the First Article There are still no written changes/modifications to our contract.

Virginia P. Gilchrist
President

215 Wynn Drive
Suite 318
Huntsville, Alabama 35806
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

## Gilliam Carpenter

**From:** Gilliam Carpenter [gcarpenter@sdchsv com]
**Sent:** Wednesday, June 26, 2002 3:41 PM
**To:** riggslaw@mindspring com
**Cc:** vpgilchrist@sdchsv.com
**Subject:** Phone Conversation with SAMD Office

Memo Tignor Phonecon.doc

Mr. Riggs, the attachment contains a memo of a conversation with Mr. Jerald Tignor.

# TAB 84

451

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY AVIATION AND MISSILE COMMAND
REDSTONE ARSENAL, ALABAMA 35898-5280

AUG 21 2002

Logistics Support Directorate
Air Defense Division

CERTIFIED RECEIPT
REQUESTED

Systems Development Corporation
ATTN: Ms. Virginia Gilchrist
215 Wynn Drive, Suite 318
Huntsville, Alabama 35805

Dear Ms. Gilchrist:

1. References:

a. Purchase Order DAAH01-00-P-0741, Circuit Card Assembly, NSN 5998-01-383-9443, Army part number 13385560.

b. Contract DAAH01-00-C-0077, Circuit Card Assembly, NSN 5998-01-319-4313, Army part number 13235072.

c. Your letter dated July 09, 2001, concerning digital data for the PROM units.

d. AMCOM letter dated February 14, 2002, concerning Environmental testing and PROM Data.

e. AMCOM letter dated March 4, 2002, advising your company to deliver the PROMS for programming.

2. Please find enclosed contractual modifications, which extend the delivery, schedule on Purchase Order DAAH01-00-P-0741 and contract DAAH01-01-C-0077 as follows:

Purchase Order – DAAH01-00-P-0741
First Article – November 20, 2002
Production Quantity – May 29, 2003

Contract DAAH01-00-C-0077
First Article – November 10, 2002
Production Quantity – May 9, 2003

file

3. In consideration for this extension of delivery dates, the Government requests that your company waive any and all claims against the Government which may have accrued up until the date of this modification. The Government also requests the inclusion of 52.249-8, as prescribed by FAR 49.504(1), and the inclusion of 252.243-7001 as prescribed by DFARS 213.302-5, into purchase order DAAH01-00-P-0741.

4. The Government, by virtue of these extension modifications, also waives any and all claims for contract price reduction against your company for Government provision of additional equipment and services, which accrued up until the date of this modification.

5. If there is additional information and/or assistance needed concerning this action, please contact the following within 10 days after receipt of this letter:

Carolyn Gay (256) 895-9197 or Jerry Hill (256) 876-1772.

Sincerely,

Enclosures
Modifications

JERRY W. HILL
Contracting Officer

CF:
DCMC, Birmingham
AMSAM-SB/Mitt Merritt
AMSAM-OB/Gerald Tucker
DCMC/Bruce Whitaker

453

**.S. Postal Servi[...] CERTIFIED [...] RECEIPT**
*Domestic Mail [...] No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

8/22/02

Sent To System Development Corp
Street, Apt. No.; or PO Box No.
City, State, ZIP+4 Huntsville

PS Form 3800, May 2000 See Reverse for Instructions

Indicate type of mail
☐ Registered
☐ Insured
☐ COD
☑ Certified
☐ Return R for Mercha.
☐ Int'l Recorded Del.
☐ Express Mail

Check appropriate block for Registered Mail:
☐ With Postal Insurance
☐ Without Postal Insurance

Affix stamp here if issued as certificate of mailing or for additional copies of this bill.
08/22/02
*Postmark and Date of Receipt*

| [...]t Office Address | Postage | Fee | Handling Charge | Act. Value (If Regis.) | Insured Value | Due Sender If COD | R. R. Fee | S. D. Fee | S. H. Fee | Rest. Del. Fee Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| [...]orporation [...]lchrist [...]318 [...]205 | | | | | | | ✓ | | | |

[...]umber of Pieces by Sender: 1
Total Number of Pieces Received at Post Office: 1
Postmaster, Per *(Name of Receiving Employee)*: [signature]

[...]m 3877, February 1994
Form Must be Completed by Typewri[...]

SDC 592

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Systems Development Corporation
Attn: Ms. Virginia Gilchrist
215 Wynn Drive, Suite 318
Huntsville, AL 35805

4a. Article Number
7000-1530-0004-1555-0753

4b. Service Type
☐ Registered ☐ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
8-27-02

5. Received By: *(Print Name)*
A. Strong

6. Signature: *(Addressee or Agent)*
X [signature]

8. Addressee's Address *(Only if requested and fee is paid)*

Is your RETURN ADDRESS completed on the reverse side?

PS Form 3811, December 1994

# TAB 85

454

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY AVIATION AND MISSILE COMMAND
REDSTONE ARSENAL, ALABAMA 35898-5280

September 5, 2002

Logistics Support Directorate
Air Defense Division

CERTIFIED RECEIPT REQUESTED

Systems Development Corporation
ATTN: Ms. Virginia Gilchrist
215 Wynn Drive, Suite 318
Huntsville, Alabama 35805

Dear Ms. Gilchrist:

1. References:

a. Contract DAAH01-01-D-0013, Electronic Component, NSN 5999-01-297-1851, Army part number 13234917.

b. AMCOM letter dated March 6, 2002, concerning contract delinquency.

c. Your letter dated March 13, 2002, concerning testing issues.

The problems encountered with Contract DAAH01-00-C-0077 and DAAH01-00-P-0741 are not associated with Contract DAAH01-01-D-0013.

2. Please find enclosed contractual modifications which extend the delivery schedule as follows:

First Article (CLIN 0001AA) – 10 Nov 02
Production Quantity (CLIN 0001AB) – 3 Feb 03
Production Quantity (CLIN 0001AC) – 5 Mar 03

3. If there are additional information and/or assistance needed concerning this action, please contact the following within 10 days after receipt of this letter:

Carolyn Gay (256) 895-9197 or Jerry Hill (256) 876-1772.

Sincerely,

JERRY W. HILL
Contracting Officer

Enclosures
Modification

CF:
DCMC, Birmingham

AN EQUAL OPPORTUNITY EMPLOYER

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code: Firm-Fixed-Price | Page 1 Of 5

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req No. | 5. Project No. (If applicable) |
|---|---|---|---|
| 03 | | SEE SCHEDULE | |

**6. Issued By** Code W31P4Q
US ARMY AVIATION & MISSILE COMMAND
AMSAM-AC-LS-H
IRENE WATSON (256)876-4293
REDSTONE ARSENAL AL 35898-5280

EMAIL: IRENE.WATSON@REDSTONE.ARMY.MIL

**7. Administered By (If other than Item 6)** Code S0101A
DCMA BIRMINGHAM
BURGER PHILLIPS CENTER
1910 THIRD AVE NORTH RM 201
BIRMINGHAM AL 35203-2376

SCD B PAS NONE ADP PT HQ0338

**8. Name And Address Of Contractor (No., Street, City, County, State and Zip Code)**
SYSTEMS DEVELOPMENT CORP
215 WYNN DR SUITE 318
HUNTSVILLE AL 35805

TYPE BUSINESS: Small Disadvantaged Business Performing in U.S.

Code 75123 Facility Code

☐ 9A. Amendment Of Solicitation No.

9B. Dated (See Item 11)

☒ 10A. Modification Of Contract/Order No.
DAAH01-01-D-0013/0001

10B. Dated (See Item 13)
2000NOV27

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendments: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. Accounting And Appropriation Data (If required)**
NO CHANGE TO OBLIGATION DATA

KIND MOD CODE: C

**13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS**
**It Modifies The Contract/Order No. As Described In Item 14.**

☐ A. This Change Order is Issued Pursuant To: The Changes Set Forth In Item 14 Are Made In The Contract/Order No. In Item 10A.

☐ B. The Above Numbered Contract/Order Is Modified To Reflect The Administrative Changes (such as changes in paying office, appropriation data, etc.) Set Forth In Item 14, Pursuant To The Authority of FAR 43.103(b).

☒ C. This Supplemental Agreement Is Entered Into Pursuant To Authority Of: MUTUAL AGREEMENT

☐ D. Other (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the Issuing Office.

**14. Description Of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

SEE SECOND PAGE FOR DESCRIPTION

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name And Title Of Signer (Type or print) | | 16A. Name And Title Of Contracting Officer (Type or print)<br>CAROLYN GAY<br>CAROLYN.GAY@REDSTONE.ARMY.MIL (256)955-9197 | |
|---|---|---|---|
| 15B. Contractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States Of America<br>By ____<br>(Signature of Contracting Officer) | 16C. Date Signed |

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE

30-105-02

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-01-D-0013/0001 MOD/AMD 03 | Page 2 of 5 |
|---|---|---|

**Name of Offeror or Contractor:** SYSTEMS DEVELOPMENT CORP

SECTION A - SUPPLEMENTAL INFORMATION

THIS MODIFICATION IS ISSUED TO REVISE THE DELIVERY DATES FOR THE FIRST ARTICLE AND PRODUCTION QUANTITIES:

CLIN 0001AA (FIRST ARTICLE) - 10 NOV 02
CLIN 0001AB (PRODUCTION QUANTITY ) - 3 FEB 03
CLIN 0001AB (PRODUCTION QUANTITY) - 5 MAR 03

THIS MODIFICATION IS ISSUED AT NO COST.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

*** END OF NARRATIVE A 006 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-01-D-0013/0001 MOD/AMD 03 | Page 3 of 5 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0001AA | FIRST ARTICLE - PROGRAM YEAR 1<br><br>NSN: 5999-01-297-1851<br>NOUN: ELECTRONIC COMPONEN<br>FSCM: 18876<br>PART NR: 13234917<br>SECURITY CLASS: Unclassified<br>PRON: D1084484D1 PRON AMD: 09 ACRN: AA<br>AMS CD: 070011<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>MIL-STD-2073-1C<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Destination<br>Government Approval/Disapproval Days: 90<br><br>Deliveries or Performance<br>DOC REL CD / MILSTRIP / SUPPL ADDR / SIG CD / MARK FOR / TP CD<br>003 W31P4Q01450100 W31P0W J 2<br>DEL REL CD / QUANTITY / DEL DATE<br>001 1 10-NOV-2002<br><br>FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W31P0W) PR W0H9 HQ USA AVN AND MISLE CMD<br>TRANSPORTATION OFFICER BLDG 8022<br>COTTONWOOD RD MF RTTC BLDG 4500<br>REDSTONE ARSENAL AL 35898-8052<br><br>CONTRACT/DELIVERY ORDER NUMBER<br>DAAH01-01-D-0013/0001 | 1 | EA | $ 13,864.21000 | $ 13,864.21 |
| 0001AB | PRODUCTION QUANTITY - PROGRAM YEAR 1<br><br>NSN: 5999-01-297-1851<br>NOUN: ELECTRONIC COMPONEN<br>FSCM: 18876<br>PART NR: 13234917<br>SECURITY CLASS: Unclassified<br>PRON: D1084484D1 PRON AMD: 09 ACRN: AA<br>AMS CD: 070011<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>MIL-STD-2073-1C<br>UNIT PACK: 001 INTERMEDIATE PACK: 000<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B | 178 | EA | $ 622.00000 | $ 110,716.00 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-01-D-0013/0001 MOD/AMD 03 | Page 4 of 5 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC REL CD / MILSTRIP / SUPPL ADDR / SIG CD / MARK FOR / TP CD<br>001 W31G3H00551524 W25G1U J 2<br>DEL REL CD / QUANTITY / DEL DATE<br>001 116 03-FEB-2003<br><br>FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W25G1U) XU TRANSPORTATION OFFICER<br>DDSP NEW CUMBERLAND FACILITY<br>BUILDING MISSION DOOR 113 134<br>NEW CUMBERLAND PA 17070-5001<br><br>CONTRACT/DELIVERY ORDER NUMBER<br>DAAH01-01-D-0013/0001<br><br>DOC REL CD / MILSTRIP / SUPPL ADDR / SIG CD / MARK FOR / TP CD<br>002 W31G3H00551525 W62G2T J 2<br>DEL REL CD / QUANTITY / DEL DATE<br>001 62 03-FEB-2003<br><br>FOB POINT: Destination<br><br>SHIP TO: PARCEL POST ADDRESS<br>(W62G2T) XU DEF DIST DEPOT SAN JOAQUIN<br>TRANSPORTATION OFFICER<br>PO BOX 960001<br>STOCKTON CA 95296-0130<br><br>CONTRACT/DELIVERY ORDER NUMBER<br>DAAH01-01-D-0013/0001 | | | | |
| 0001AC | PRODUCTION QUANTITY<br><br>NSN: 5999-01-297-1851<br>NOUN: ELECTRONIC COMPONEN<br>FSCM: 18876<br>PART NR: 13234917<br>SECURITY CLASS: Unclassified<br>PRON: D1192853D1 PRON AMD: 03 ACRN: AA<br>AMS CD: 070011<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>IAW MIL-STD-2073-1C<br>LEVEL PRESERVATION: Military<br>LEVEL PACKING: B<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin | 56 | EA | $ 644.62000 | $ 36,098.72 |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAH01-01-D-0013/0001 MOD/AMD 03 | Page 5 of 5 |
|---|---|---|

Name of Offeror or Contractor: SYSTEMS DEVELOPMENT CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Deliveries or Performance | | | | |

| DOC REL CD | MILSTRIP | SUPPL ADDR | SIG CD | MARK FOR | TP CD |
|---|---|---|---|---|---|
| 001 | W31G3H10860651 | W25G1U | J | | 2 |

| DEL REL CD | QUANTITY | DEL DATE |
|---|---|---|
| 001 | 56 | 05-MAR-2003 |

FOB POINT: Destination

SHIP TO: PARCEL POST ADDRESS
(W25G1U) XU TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
BUILDING MISSION DOOR 113 134
NEW CUMBERLAND PA 17070-5001

CONTRACT/DELIVERY ORDER NUMBER
DAAH01-01-D-0013/0001

# TAB 86

SDC, Inc.

September 6, 2002

Commander
U.S. Army Aviation and Missile Command
AMSAM-AC-ML-SA
Redstone Arsenal, AL 35898

Attention: Mr. Jerry Hill

Subject: Contracts DAAH01-00-C-0077, DAAH01-00-P-0741 and DAAH01-01-D-0013

Dear Mr. Hill:

SDC, Inc. has reviewed your letter of 27 August 2002 and believes that any reestablishment of the delivery date without resolving the serious technical defects in the Technical Data Package (TDP) is impractical. Your proposed modifications shift the entire risk of correcting and producing these parts to a Small Disadvantaged Business. Such a result is unfair and obfuscates the reality of the deplorable condition of the TDP. At a recent meeting, there was disagreement between AMCOM technical experts on the subject of adequacy of the TDP. We must work together to find other solutions.

SDC has examined the various alternatives and suggest several alternatives which are set out below.

SDC, Inc has spent considerable resources from solicitation through the award of the three HAWK contracts attempting to provide to the Army products that are suitable for fielding. (See attached documentation time lines).

SDC has repeatedly requested the necessary data in the format required by the contracts, and the documentation to properly manufacture the products. However, a great deal of time has elapsed and SDC still does not have the data specified in the contracts to produce the products as intended in our original proposal. Examples of the insufficient data are as follows:

1) PROM Data – The contract TDPL Legend directs that the copy of the digital drawing, "...included in this Technical Data Package is not used for manufacture. A copy of the drawing in disk or magnetic tape format will be furnished to the successful bidder upon request". To properly program PROMs for use on the circuit cards, SDC requires the data files for loading into the PROMs. These data files must be provided in electronic format for consistency in loading the PROMs

215 Wynn Drive, Suite 318
Huntsville, Alabama 35805
Phone: 256.382.4600
Fax: 256.382.4601
http://www.sdchsv.com

and to prevent mistakes associated with manually entering the data. Although requested, SDC has still not received an electronic version of the data files. It appears what we have received are the very drawings the TDPL Legend directs us NOT to use. In order to manually enter and check the data, SDC will incur additional costs that were not expected or proposed in the original quotation. While such a technique could be employed, the risk of programming microcircuits with incorrect data, and thereby producing scrap assemblies is very high. The Government has also made it clear that additional funding for data entry and replacement PROMs will not be provided.

The Government also suggested that SDC could buy the programmed microcircuits from Raytheon or Woodard Electric if desired. However, the original solicitation did not mention these two companies as directed or suggested sources. Therefore, our proposal was to procure the PROMs and program them with the electronic data file(s) to be provided by the Government. To change our plans at this time and purchase the programmed parts will have a significant financial impact upon this program and our company.

Most recently, the Government has attempted to solve this dilemma by programming contractor provided PROMs. However, test and data verification requirements have not been addressed or assumed by the Government.

2) Acceptance Test Procedures – On build to print contracts, it is routine for the customer to provide copies of the existing test procedure used to determine if the parts are acceptable. Although SDC has requested Acceptance Test Plans and Procedures, the Government has only provided copies of specifications that call out the general performance requirements. Therefore, instead of receiving copies of existing procedures, SDC will have to pay for an Acceptance Test Plan/Procedures to be written and then forward it to the Government for comment and approval. In addition, the special test equipment required by this effort was not included in our offer. If the Government does not provide the test procedures and equipment, performing this effort for the awarded price is not feasible.

The following options are set forth to resolve this issue:

(1) Terminate the awarded contracts for convenience. The ROM cost for termination of all three contracts is $606,193.96
(2) Perform Technology Insertion activities, which include the building and testing of the products with new components. The ROM cost of technology insertion for all three contracts is $1,005,476.31. If your are interested in these alternative, we are prepared to provide the technical details of this approach.
(3) Task the original OEM (Raytheon) under its engineering service contract to correct and modernize the TDP and upon completion competively procure the parts.

The Technical Data packages as they exist do not represent a technically feasible package for a successful build-to-print job and therefore the existing contracts should be terminated immediately. The most serious faults in the TDP did not surface until after award and were not readily apparent during the bidding process. For example, we did not know that the digital data was not available until after contract award.

The examples cited above are but two cases where sufficient data is lacking to complete the effort as proposed, and the answers or alternatives offered by the Government will have an adverse financial impact upon SDC as a small, disadvantaged business. To complete a contract of this type, SDC assumed that the normal, basic technical data and documentation would be made available. As a Small Disadvantaged Business, SDC cannot continue to absorb the financial impacts caused by the Government's failure to provide the required data. We have already expended a significant amount of time and resources as we have attempted to come up with "work-arounds" to these problems, so an expeditious resolution of this situation would be greatly appreciated.

We are prepared to meet to find a solution which accomplishes a positive result for all parties involved.

To arrange such a meeting, please contact the undersigned at (256) 382-4600.

Sincerely,

V. P. Gilchrist

Virginia P. Gilchrist
President

# TAB 87

463

DEPARTMENT OF THE ARMY
UNITED STATES ARMY AVIATION AND MISSILE COMMAND
REDSTONE ARSENAL, ALABAMA 35898-5280

November 6, 2002

Logistics Support Directorate
Air Defense Division

CERTIFIED RECEIPT REQUESTED

Systems Development Corporation
ATTN: Ms. Virginia Gilchrist
215 Wynn Drive, Suite 318
Huntsville, Alabama 35805

Ex 36

Dear Ms. Gilchrist:

1. References:

a. Purchase Order DAAH01-00-P-0741, Circuit Card Assembly, NSN 5998-01-383-9443, Army part number 13385560.

b. Contract DAAH01-00-C-0077, Circuit Card Assembly, NSN 5998-01-319-4313, Army part number 13235072.

c. Contract DAAH01-01-D-0013, Electronic Component, NSN 5999-01-297-1851, Army part number 13234917.

2. The government has provided everything contractually required to manufacture the above items under referenced contracts. The Government's position is that its latest data submission to SDC clearly reconciles all issues involved with references (a) and (b), and that there are no TDP issues involved with reference (c).

3. The latest SDC correspondence indicates that there are unresolved TDP problems concerning the above contracts. The Government does not understand your technical position. Thus, the Government requests that you contact the points of contact listed below within five days from the receipt of this letter to arrange a date and time for technical conferences between SDC and Government personnel. Given the differences in the nature of the contracts, the Government will discuss references (a) and (b) exclusively in one session, and reference (c) in a different session.

4. The Government's goal is to establish a delivery schedule for the above-referenced contracts and to procure the items in accordance with the contract.

SDC 1456

AN EQUAL OPPORTUNITY EMPLOYER

ne and Address o.
FOR AMCOM
AMSAM-AC-CS
RSA AL 35898

Article Number
7000 1530 0004
1555 3544

Check

7000 1530 0004 1555 3544

SA
Gil
Sui

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, May 2000 See Reverse for Instructions

11/07/02

| Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|
| | | | | | | | ✓ |

SDC 1458
464

Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per *(Name of receiving employee)*
Curt May

Form 3877, August 2000

Complete by Typewriter, Ink, or Ball Point Pen

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Systems Development Corp
ATTN: Virginia Gilchrist
215 Wynn Dr, Suite 318
Huntsville, AL 35805

4a. Article Number
7000 1530 0004 1555 3544

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
11-12-02

5. Received By: *(Print Name)*
V. P. Gilchrist

6. Signature: *(Addressee or Agent)*
X VP Gilchrist

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form 3811, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

# TAB 88

Watson, Irene M ACQ

**From:** Page, Patti W ACQ
**Sent:** Thursday, August 28, 2003 4:09 PM
**To:** Hill, Jerry W ACQ; Watson, Irene M ACQ
**Cc:** Bowersox, Wilbur G ACQ
**Subject:** FW: RE: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

FYI

Patti

-----Original Message-----
**From:** Farris, John W
**Sent:** Thursday, August 28, 2003 4:06 PM
**To:** Smith, Wes G LEGAL; Page, Patti W ACQ
**Subject:** RE: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

Wes and Patti-

Sorry, I almost forgot to send this out. The stable bases for NSN 5998-01-383-9443 are in good condition and usable for manufacturing purposes. However, we still don't have the computer programs indicated in the Tech Data package.

The condition of the TDPs for the subject NSNs are as follows:

NSN 5999-01-297-1851, PN 13234917, Electronic Component:

TDP is valid, stable base drawings are in good condition, all documentation is available.

AMC/AMSC Code is 1G, fully competitive.

NSN 5998-01-319-4313, PN 13235072, Circuit Card Assembly:

TDP has missing data (Computer Program digital data). AMCOM copy of stable base drawings are inadequate, requires
special test equipment.

TDP is restricted to Raytheon, AMC/AMSC is 3N. Part is only procurable from Prime at this time.

NSN 5998-01-383-9443, PN 13385560, Circuit Card Assembly:

TDP has missing data (Computer Program digital data), requires special test

**Watson, Irene M ACQ**

**From:** Hill, Jerry W ACQ
**Sent:** Tuesday, August 26, 2003 11:00 AM
**To:** Tignor, Jerald F SAMD
**Cc:** Pagé, Patti W ACQ; Watson, Irene M ACQ; Bowersox, Wilbur G ACQ; Smith, Wes G LEGAL
**Subject:** FW: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

Gerald, You were going to let us know if you can get the necessary documendation from Raytheon that would allow for SDC to perform on the contracts. We need your answer (ASAP).
-----Original Message-----
**From:** Page, Patti W ACQ
**Sent:** Tuesday, August 26, 2003 10:31 AM
**To:** Watson, Irene M ACQ
**Cc:** Bowersox, Wilbur G ACQ; Hill, Jerry W ACQ
**Subject:** FW: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

FYI
-----Original Message-----
**From:** Smith, Wes G LEGAL
**Sent:** Tuesday, August 26, 2003 10:21 AM
**To:** Page, Patti W ACQ
**Subject:** RE: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

John says in his message below that the 0741 part should only be procured from Raytheon, I guess regardless of whether the drawings are good or not, since we know we don't have good electronic data.. I just wanted him to find out whether the drawings we gave SDC are good for purposes of handling the SDC claim that I expect any day now.

But, have we given up on Tignor being able to rectify the TDP problems on the two circuit card assemblies by obtaining further drawings and data? Has anyone heard from Tignor?

-----Original Message-----
**From:** Page, Patti W ACQ
**Sent:** Tuesday, August 26, 2003 10:11 AM
**To:** Smith, Wes G LEGAL
**Subject:** RE: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

Does this mean that again, the info below is not necessarily true? It specifically addresses each contract separately. I just stopped an award for the same NSN as 0741 based on this and now I have to go retrieve the package until we get yet another verification that what we say IS what we say!! Can you tell I'm a little touchy on this subject?

Oh well, such is life.

Patti

-----Original Message-----
**From:** Smith, Wes G LEGAL
**Sent:** Tuesday, August 26, 2003 9:43 AM
**To:** Page, Patti W ACQ; Watson, Irene M ACQ
**Subject:** FW: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

I asked John Farris to go and take a look at the drawings for 0741. To my knowledge, they haven't

been verified as being like the ones for 0077, or good drawings. He said he'd try to do it today.

Wes Smith
Attorney/Advisor.
AMCOM Legal Office
842-0537

-----Original Message-----
**From:** Farris, John W
**Sent:** Tuesday, August 26, 2003 8:10 AM
**To:** Watson, Irene M ACQ
**Cc:** Tignor, Jerald F SAMD; Smith, Wes G LEGAL; Rodriguez, Rosalio "LEO"
**Subject:** RE: NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313

Irene-

The condition of the TDPs for the subject NSNs are as follows:

NSN 5999-01-297-1851, PN 13234917, Electronic Component:
TDP is valid, stable base drawings are in good condition, all documentation is available.
AMC/AMSC Code is 1G, fully competitive.

NSN 5998-01-319-4313, PN 13235072, Circuit Card Assembly:
TDP has missing data (Computer Program digital data). AMCOM copy of stable base drawings are inadequate, requires
special test equipment.
TDP is restricted to Raytheon, AMC/AMSC is 3N. Part is only procurable from Prime at this time.

NSN 5998-01-383-9443, PN 13385560, Circuit Card Assembly:
TDP has missing data (Computer Program digital data), requires special test equipment.
TDP will be restricted to Raytheon, AMC/AMSC will be 3N. Part is only procurable from Prime at this time.

John Farris
Industrial Operations Div
AMSAM-RD-SE-IO-TL
Engineering Directorate
876-7254, DSN 746-7254

-----Original Message-----
**From:** Watson, Irene M ACQ
**Sent:** Monday, August 25, 2003 9:56 AM
**To:** Tignor, Jerald F SAMD; Wertz, Robert L SAMD; Farris, John W; Smith, Wes G LEGAL

Message

**Cc:** Bowersox, Wilbur G ACQ; Hill, Jerry W ACQ; Page, Patti W ACQ
**Subject:** NSNs 5999-01-297-1851, 5998-01-383-9443, and 5998-01-319-4313
**Importance:** High

IMMC has verified that subject NSNs are FMS Case customer buys. This office still **URGENTLY** needs to know the validity of the TDP due to pending actions. Request you provide a specific answer for each NSN.

Irene Watson
AC-LS-M
6-4293

# TAB 89

government counsel has referred to it as unfortunate Exhibit Number 8 -- I'm glad to have it, personally. Would you look around over there and see if you've got Exhibit Number 8 in your pile? Here it is. Got it.

In Exhibit Number 8, I believe that the lower e-mail is written by you; is that correct?

A. Uh-huh, yes.

Q. And in here the AMC/AMSC is 3N?

A. Yes.

Q. What does that mean?

A. It is a code that is assigned by the technical review as a result of a technical review of a Technical Data Packet to determine whether or not it is -- it has all the data needed to produce the part by anybody. And a 3N is a restricted code, meaning there is some reason why you cannot release this TDP for a full and open competitive action. And N specifically means there is special test equipment involved.

Q. Do you know when the technical review that you're referring to may have taken place?

A. Here's what happened in this case. We went through the normal technical review. It was assigned a G

code, meaning that it was fully competitive potentially. That was probably a mistake. Someone didn't catch the -- those page three and page ten of the mylar being unreadable.

So, it went through the acquisition center to be solicited. Okay. When these intercept actions started coming in, that's when we noticed that it required special test equipment in the testing spec, and that's when we recommended that it be restricted to Raytheon based on that reasoning.

And then I prepared a document to file a 3N code restricting this procurement to Raytheon.

Q. Okay. And that was --

A. It was after it went out on the street for the solicitation.

Q. But it was sometime in the 2000 time frame, 1999-2000-2001 time frame?

A. I can't confirm exactly when it happened.

Q. Would you have in your records something that could tell us the date that that was prepared?

A. Yes.

Q. Is that something you would be willing to provide to counsel to provide to us?

# TAB 90

termination of the contracts?
A. No, I don't know.
Q. Do you recall any discussions or were you involved in any discussions about the termination for convenience of the contract?
A. No.
Q. Contracts office didn't discuss that with you?
A. No.
Q. Did you make any recommendation to the contracts office with respect to a contractual action related to a termination for convenience?
A. No.
Q. Did you make any -- other than -- I'm sorry.
Did you provide any technical opinion to the contracts office with respect to the condition of the Tech Data Package that would differ from your stated view in the document marked Exhibit Number 5?
A. We had probably three meetings on this. The first meeting that I think was this one, later on I stated we were trying to get the technical documentation that she needed to do the contract, and that's all I can really say.
Q. Okay, that's fine. Let me go back to the Technical

Data Package as it existed just prior to the award of the contract. Would an engineer with reasonable skill be able to determine by reviewing that Technical Data Package whether or not it was adequate to build the parts in the condition it was at the time?
A. Adequate being yes or no, I'd say they would be able to do that.
Q. And you described certain parts of the drawings or the Tech Data Package being like scrambled eggs or something like that.
A. A Xerox copy, yes.
Q. So an engineer with reasonable skill, other than yourself, would have been able to discern the same information prior to award if they had reviewed the documents?
A. Probably.
Q. Okay, fine. Give us a few minutes, we may be finished.
(Discussion off the record.)
(Exhibit No. 25 marked for identification.)
BY MR. RIGGS:
Q. Mr. Tignor, I've laid before you what's been marked

# TAB 91

Q. And the Level III documentation, is that documentation adequate for competition?
A. Yes.
Q. So Raytheon not provide you sufficient documentation for competition?
A. At this time you are right.
Q. Okay. And this is August -- I'm sorry -- September 4th, 2003?
A. Uh-huh.
Q. All right. And they had not -- prior to September 4th, 2003, what you thought was Level III documentation was not in fact Level III documentation?
A. Yes.
Q. You indicated earlier that you subsequently got data from Raytheon. I would take that answer to mean that it was after September 4th, 2003.
A. Yes.
Q. Do you know how long after September 4th, 2003?
A. I think probably two, three months minimum, because we started a correspondence battle with them and went to a couple meetings up there, and we talked very hard at getting that information from them.