# TAB 97

SDC

23 April 2004

DCMA – Atlanta
Attn: DCMAE-GATC/Mr. P. Slemons
805 Walker Street, Suite 1
Marietta, GA 30060-2789

Subject: Completely Terminated Contract DAAH01-00-C-0077, Docket A049531EA

Dear Mr. Slemons:

SDC, Inc. submits the attached Settlement Proposal, SF 1435, for contract DAAH01-00-C-0077. If you need additional information please contact me at (256) 382-4600.

Sincerely,

Gilliam Carpenter
Contracts Administrator

225 Spragins Street, Suite G
Huntsville, AL 35801
Phone: (256) 382-4600
Fax: (256) 382-4601
http://www.sdchsv.com

# SETTLEMENT PROPOSAL (INVENTORY BASIS)

OMB No.: 9000-0012
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other a .of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, L 405.

## FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR FIXED-PRICE SUBCONTRACTOR

THIS PROPOSAL APPLIES TO *(Check one)*
[X] A PRIME CONTRACT WITH THE GOVERNMENT
[ ] SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NO(S).

COMPANY: Systems Development Corporation
STREET ADDRESS: 225 Spragins Street, Suite G
CITY AND STATE *(Include ZIP Code)*: Huntsville, AL 35801
NAME OF GOVERNMENT AGENCY: US Army Aviation & Missile Command
GOVERNMENT PRIME CONTRACT NO.: DAAH01-00-C-0077
CONTRACTOR'S REFERENCE NO.: Hawk 1
EFFECTIVE DATE OF TERMINATION: 17 February 2004
PROPOSAL NO.:
CHECK ONE: [ ] INTERIM [X] FINAL

### CONTRACTOR WHO SENT NOTICE OF TERMINATION

NAME

ADDRESS *(Include ZIP Code)*

If moneys payable under the contract have been assigned, give the following:

NAME OF ASSIGNEE

ADDRESS *(Include ZIP Code)*

SF 1439, SCHEDULE OF ACCOUNTING INFORMATION [X] IS [ ] IS NOT ATTACHED *(If not, explain below)*

## SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACTOR PURCHASE ORDER (a) | | FINISHED: PREVIOUSLY SHIPPED AND INVOICED (b) | FINISHED ON HAND: PAYMENT TO BE RECEIVED THROUGH INVOICING (c) | FINISHED ON HAND: INCLUDED IN THIS PROPOSAL (d) | UNFINISHED OR NOT COMMENCED: TO BE COMPLETED *(Partial termination only)* (e) | UNFINISHED OR NOT COMMENCED: NOT TO BE COMPLETED (f) | TOTAL COVERED BY CONTRACT OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| | QUANTITY | 24 | | | | 24 | 24 |
| ıit Card Assembly, | $ | 430000.00 | | | | 430000.00 | 430000.00 |
| | QUANTITY | | | | | | |
| Part Number: 13235072, | $ | | | | | | |
| | QUANTITY | | | | | | |
| NSN: 5998-01-319-4313 | $ | | | | | | |

## SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | TOTAL PREVIOUSLY PROPOSED (b) | INCREASE OR DECREASE BY THIS PROPOSAL (c) | TOTAL PROPOSED TO DATE (d) | FOR USE OF CONTRACTING AGENCY ONLY (e) |
|---|---|---|---|---|---|
| | *(Use Columns (b) and (c) only where previous proposal has been filed)* | | | | |
| 1 | METALS | | | | |
| 2 | RAW MATERIALS *(other than metals)* | | | | |
| 3 | PURCHASED PARTS | | | 321,497.00 | |
| 4 | FINISHED COMPONENTS | | | | |
| 5 | MISCELLANEOUS INVENTORY | | | | |
| 6 | WORK-IN-PROCESS | | | | |
| 7 | SPECIAL TOOLING AND SPECIAL TEST EQUIPMENT | | | | |
| 8 | OTHER COSTS *(from Schedule B)* | | | 19,303.00 | |
| 9 | GENERAL AND ADMINISTRATIVE EXPENSES *(from Schedule C)* | | | 297,500.00 | |
| 10 | TOTAL *(Items 1 to 9 inclusive)* | | | 638,300.00 | |
| 11 | PROFIT *(explain in Schedule D)* | | | 63,830.00 | |
| 12 | SETTLEMENT EXPENSES *(from Schedule E)* | | | .14,316 | |
| 13 | TOTAL *(Items 10 to 12 inclusive)* | | | 716,446.00 | |
| 14 | SETTLEMENTS WITH SUBCONTRACTORS *(from Schedule F)* | | | 72,612.00 | |
| 15 | ACCEPTABLE FINISHED PRODUCT | | | | |
| 16 | GROSS PROPOSED SETTLEMENT *(Items 13 thru 15)* | | | 789,058.00 | |
| 17 | DISPOSAL AND OTHER CREDITS *(from Schedule G)* | | | | |
| 18 | NET PROPOSED SETTLEMENT *(Item 16 less 17)* | | | 789,058.00 | |
| 19 | ADVANCE, PROGRESS & PARTIAL PAYMENTS *(from Schedule H)* | | | | |
| 20 | **NET PAYMENT REQUESTED *(Item 18 less 19)*** | | | 789,058.00 | |

*(When the space provided for any information is insufficient, continue on a separate sheet.)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 1435 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.249(a)(2)

## SCHEDULE A - ANALYSIS OF INVENTORY COST *(Items4 and 6)*

Furnish the following information (unless not reasonably available) for inventories of finished components and work-in-progress included in this proposal:

| | TOTAL DIRECT LABOR | TOTAL DIRECT MATERIALS | TOTAL INDIRECT EXPENSES | TOTAL |
|---|---|---|---|---|
| I. ..SHED COMPONENTS | | | | |
| WORK-IN-PROGRESS | | | | |

NOTE: Individual items of small amounts may be grouped into a single entry in Schedules B, C, D, and G.

## SCHEDULE B - OTHER COSTS *(Item8)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Purchaser/Buyer | Direct labor for procurement Lead | 15,281.00 | |
| Procurement Clerk | Direct Labor for Procurement Clerk | 2,364.00 | |
| Procurement Labor: Data Entry Clerk | Direct Labor for Data Entry Clerk | 1,656.00 | |
| | | | |
| | | | |
| | | | |
| | | | |

## SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSES *(Item 9)*

| DETAIL OF EXPENSES | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Fvecutive Labor @55.00 per hr burdened thru G&A | 176,949.00 | |
| Administrative Labor @25.00 per hr burdened thru G&A | 80,431.00 | |
| General and Administrative Cost @ 10.18% on Subcontractor costs | 40,120.00 | |
| | | |
| | | |
| | | |
| | | |

## SCHEDULE D - PROFIT *(Item 11)*

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Profit @ 10% applied to costs thru Item 9 (G & A ) of SF 1435 | 63,830.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

**SCHEDULE E - SETTLEMENT EXPENSES *(Item 12)***

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| E..ecutive Labor | Termination Negotiations | 9,289.00 | |
| Administrative Labor | Termination Negotiations | 5,026.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SCHEDULE F - SETTLEMENTS WITH IMMEDIATE SUBCONTRACTORS AND SUPPLIERS *(Item 14)***

| NAME AND ADDRESS OF SUBCONTRACTOR | BRIEF DESCRIPTION OF PRODUCT CANCELED | AMOUNT OF SETTLEMENT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Teledyne Brown Engineering<br>300 Sparkman Drive, Huntsville, AL 35805 | Reimbursement for Purchased Parts | 321,497.00 | |
| | Labor | 7,759.00 | |
| | ODC | 1,776.00 | |
| | General and Administrative Expenses | 37,294.00 | |
| | Profit | 25,783.00 | |
| | | | |
| | | | |
| | | | |

**SCHEDULE G - DISPOSAL AND OTHER CREDITS *(Item 17)***

| DESCRIPTION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*(If practicable, show separately amount of disposal credits applicable to acceptable finished product included in Item 15.)*

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

SCHEDULE H - ADVANCE, PROGRESS AND PARTIAL PAYMENTS *(Item 19)*

| DATE | TYPE OF PAYMENT | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

## CERTIFICATE

This is to certify that the undersigned, individually, and as an authorized representative of the Contractor, has examined this termination settlement proposal and that, to the best knowledge and belief of the undersigned:

(a) AS TO THE CONTRACTOR'S OWN CHARGES. The proposed settlement (exclusive of charges set forth in Item 14) and supporting schedules and explanations have been prepared from the books of account and records of the Contractor in accordance with recognized commercial accounting practices; they include only those charges allocable to the terminated portion of this contract; they have been prepared with knowledge that they will, or may, be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

(b) AS TO THE SUBCONTRACTORS' CHARGES. (1) The Contractor has examined, or caused to be examined, to an extent it considered adequate in the circumstances, the termination settlement proposals of its immediate subcontractors (exclusive of proposals filed against these immediate subcontractors by their subcontractors); (2) The settlements on account of immediate subcontractors own charges are fair and reasonable,, the charges are allocable to the terminated portion of this contract; and the settlements were negotiated in good faith and are not more favorable to its immediate subcontractors than those that the Contractor would make if reimbursement by the Government were not involved; (3) The Contractor has received from all its immediate subcontractors appropriate certificates with respect to their termination settlement proposals, which certificates are substantially in the form of this certificate; and (4) The Contractor has no information leading it to doubt (i) the reasonableness of the settlements with more remote subcontractors or (ii) that the charges for them are allocable to this contract. Upon receipt by the Contractor of amounts covering settlements with its immediate subcontractors, the Contractor will pay or credit them promptly with the amounts so received, to the extent that it has not previously done so. The term "subcontractors," as used above, includes suppliers.

NOTE: The Contractor shall, under conditions stated in FAR 15.403, be required to submit a Certificate of Current Cost or Pricing Data (see FAR 15.406-2 and 15.408 Table 15-2).

| NAME OF CONTRACTOR | BY *(Signature of authorized official)* | |
|---|---|---|
| ...stems Development Corporation | V. P. Gilchrist<br>TITLE<br>President | DATE<br>4/23/0... |
| NAME OF SUPERVISORY ACCOUNTING OFFICIAL | TITLE | |
| Lawrence Matthews | Accounting Supervisor | |

STANDARD FORM 1435 (REV. 9-97) PAGE 4

# SCHEDULE OF ACCOUNTING INFORMATION

OMB No.: 9000-0012
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Acquisition and Regulatory Policy, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0012), Washington, DC 20503.

To be used by prime contractors submitting termination proposals under part 49 of the Federal Acquisition Regulation. Also suitable for use by subcontractor in effecting subcontract settlements with prime contractor or immediate subcontractor.

THIS PROPOSAL APPLIES TO *(Check one)*

[X] A PRIME CONTRACT WITH THE GOVERNMENT  [ ] SUBCONTRACT OR PURCHASE ORDER

SUBCONTRACT OR PURCHASE ORDER NO.(S)

COMPANY *(Prime or Subcontractor)*: Systems Development Corporation

STREET ADDRESS: 225 Spragins Street, Suite G

CITY AND STATE *(Include ZIP Code)*: Huntsville, AL 35801

CONTRACTOR WHO SENT NOTICE OF TERMINATION

NAME AND ADDRESS *(Include ZIP Code)*

NAME OF GOVERNMENT AGENCY: US Army Aviation & Missile Command

| GOVERNMENT PRIME CONTRACT NO. | CONTRACTOR'S REFERENCE NO. | EFFECTIVE DATE OF TERMINATION |
|---|---|---|
| DAAH0100C0077 | Hawk 1 | 17 February 2004 |

1. INDIVIDUAL IN YOUR ORGANIZATION FROM WHOM ADDITIONAL INFORMATION MAY BE REQUESTED ON QUESTIONS RELATING TO:

| | ACCOUNTING MATTERS | PROPERTY DISPOSAL |
|---|---|---|
| NAME | Lawrence Matthews | Gilliam Carpenter |
| TITLE | Accounting Supervisor | Contracts Administrator |
| TELEPHONE NUMBER | (256) 382-4600 | (256) 382-4600 |
| ADDRESS *(Include ZIP Code)* | 225 Spragins Street, Suite G<br>ıtsville, AL 35801 | 225 Spragins Street, Suite G<br>Huntsville, AL 35801 |

2. ARE THE ACCOUNTS OF THE CONTRACTOR SUBJECT TO REGULAR PERIODIC EXAMINATION BY INDEPENDENT PUBLIC ACCOUNTANTS?

[ ] YES [ ] NO *(Name and address of accountants)*

3. INDEPENDENT ACCOUNTANTS, IF ANY, WHO HAVE REVIEWED OR ASSISTED IN THE PREPARATION OF THE ATTACHED PROPOSAL

| NAME | ADDRESS *(Include ZIP Code)* |
|---|---|
| NA | |
| | |
| | |
| | |

4. GOVERNMENTAL AGENCY(IES) WHICH HAVE REVIEWED YOUR ACCOUNTS IN CONNECTION WITH PRIOR SETTLEMENT PROPOSALS DURING THE CURRENT AND PRECEDING FISCAL YEAR

| NAME | ADDRESS *(Include ZIP Code)* |
|---|---|
| Defense Contract Audit Agency (DCAA) | 620 Discovery Drive, Huntsville, AL 35806 |
| | |
| | |

5. HAVE THERE BEEN ANY SIGNIFICANT DEVIATIONS FROM YOUR REGULAR ACCOUNTING PROCEDURES AND POLICIES IN ARRIVING AT THE COSTS SET FORTH IN THE ATTACHED PROPOSAL? *(If "yes," explain briefly)*

[ ] YES [X] NO

6. WERE THE DETAILED COST RECORDS USED IN PREPARING THE PROPOSAL CONTROLLED BY AND IN AGREEMENT WITH YOUR GENERAL BOOKS OF ACCOUNT?

[X] YES [ ] NO

STATE METHOD OF ACCOUNTING FOR TRADE AND CASH DISCOUNTS EARNED, REBATES, ALLOWANCES, AND VOLUME PRICE ADJUSTMENTS. ARE SUCH ITEMS EXCLUDED FROM COSTS PROPOSED?

[X] YES [ ] NO

(Where the space provided for any information is insufficient, continue on a separate sheet.)

8. STATE METHOD OF RECORDING AND ABSORBING (1) GENERAL ENGINEERING AND GENERAL DEVELOPMENT EXPENSE AND (2) ENGINEERING AND DEVELOPMENT EXPENSE DIRECTLY APPLICABLE TO THE TERMINATED CONTRACT.

NA

9. STATE TYPES AND SOURCE OF MISCELLANEOUS INCOME AND CREDITS AND MANNER OF RECORDING IN THE INCOME OR THE COST ACCOUNTS SUCH AS RENTAL OF YOUR FACILITIES TO OUTSIDE PARTIES, ETC.

Interest Income - Recorded as "Delinquent Payments from Customers"

10. METHOD OF ALLOCATING GENERAL AND ADMINISTRATIVE EXPENSE.

These expenses are allocated to the G & A Pool.

11. ARE COSTS AND INCOME FROM CHANGE ORDERS SEGREGATED FROM OTHER CONTRACT COSTS AND INCOME? *(If "Yes," by what methods?)*

☐ YES ☐ NO

NA

12. METHOD OF COMPUTING PROFIT SHOWN IN THE ATTACHED PROPOSAL AND REASON FOR SELECTING THE METHOD USED. FURNISH ESTIMATE OF AMOUNT OR RATE OF PROFIT IN DOLLARS OR PERCENT ANTICIPATED HAD THE CONTRACT BEEN COMPLETED.

Profit was computed on a fee per board. The reasonable rate was offerred as 11% and would have remained at that evel if the contract had been completed.

13. ARE SETTLEMENT EXPENSES APPLICABLE TO PREVIOUSLY TERMINATED CONTRACTS EXCLUDED FROM THE ATTACHED PROPOSALS? *(If "NO," explain.)*

☐ YES ☐ NO

NA

14. DOES THIS PROPOSAL INCLUDE CHARGES FOR MAJOR INVENTORY ITEMS AND PROPOSALS OF SUBCONTRACTORS COMMON TO THIS TERMINATED CONTRACT AND OTHER WORK OF THE CONTRACTOR? *(If "Yes," explain the method used in allocating amounts to the terminated portion of this contract.)*

☒ YES ☐ NO

Charges are allocated to the corresponding element on the SF 1435, Settlement Proposal

15. EXPLAIN BRIEFLY YOUR METHOD OF PRICING INVENTORIES, INDICATING WHETHER MATERIAL HANDLING COST HAS BEEN INCLUDED IN CHARGES FOR MATERIALS.

The cost of parts purchased by the subcontractor does not include SDC, In.handling cost.

However, G&A is separatelyl applied as indicated on SF 1435, Schedule C.

16. ARE ANY PARTS, MATERIALS, OR FINISHED PRODUCT, KNOWN TO BE DEFECTIVE, INCLUDED IN THE INVENTORIES? *(If "Yes," explain.)*

☐ YES ☒ NO

(Where the space provided for any information is insufficient, continue on a separate sheet.)

17. WERE INVENTORY QUANTITIES BASED ON A PHYSICAL COUNT AS OF THE DATE OF TERMINATION? *(If "No," explain exceptions.)*

☐ YES ☒ NO

The inventory of Purchased Parts was conducted on 17 March 2004.

18. DESCRIBE BRIEFLY THE NATURE OF INDIRECT EXPENSE ITEMS INCLUDED IN INVENTORY COSTS *(See Schedule A, SF 1435)* AND EXPLAIN YOUR METHOD OF ALLOCATION USED IN PREPARING THIS PROPOSAL, INCLUDING IF PRACTICABLE, THE RATES USED AND THE PERIOD OF TIME UPON WHICH THEY ARE BASED.

NA

19. STATE GENERAL POLICIES RELATING TO DEPRECIATION AND AMORTIZATION OF FIXED BASES, UNDERLYING POLICIES.

SDC, Inc. employs the straight line method of depreciation.

20. DO THE COSTS SET FORTH IN THE ATTACHED PROPOSAL INCLUDE PROVISIONS FOR ANY RESERVES OTHER THAN DEPRECIATION RESERVES? *(If "Yes," list such reserves.)*

☐ YES ☒ NO

21. STATE POLICY OR PROCEDURE FOR RECORDING AND WRITING OFF STARTING LOAD.

NA

22. STATE POLICIES FOR DISTINGUISHING BETWEEN CHARGES TO CAPITAL (FIXED) ASSET ACCOUNTS AND TO REPAIR AND MAINTENANCE ACCOUNTS.

Charges which exceed $1,000.00 are normally charged to "Fixed Asset" Accounts.

23. ARE PERISHABLE TOOLS AND MANUFACTURING SUPPLIES CHARGED DIRECTLY TO CONTRACT COSTS OR INCLUDED IN INDIRECT EXPENSES?

NA

(Where the space provided for any information is insufficient, continue on a separate sheet.)

24. HAVE ANY CHARGES FOR SERVANCE, DISMISSAL, OR SEPARATION PAY BEEN INCLUDED IN THIS PROPOSAL? *(If "Yes," furnish brief explanation and estimates of amounts included.)*

☐ YES ☒ NO

25. STATE POLICIES RELATING TO RECORDING OF OVERTIME SHIFT PREMIUMS AND PRODUCTION BONUSES.

Overtime Shift Premiums and Bonus pay are recerded to specific account numbers in the accounting system. These numbers are easily identifiable in the Chart of Accounts.

26. DOES CONTRACTOR HAVE A PENSION PLAN? *(If "YES," state method of funding and absorption of past and current pension service costs.)*

☐ YES ☒ NO

27. IS THIS SETTLEMENT PROPOSAL BASED ON STANDARD COSTS?

☐ YES *(If "Yes," has adjustment to actual cost or adjustment for any significant variaions been made?)* ☐ YES ☐ NO *(If "No," explain)*

☒ NO

28. DOES THIS PROPOSAL INCLUDE ANY ELEMENT OF PROFIT TO THE CONTRACTOR OR RELATED ORGANIZATION, OTHER THAN (a) PROFIT SET FORTH SEPARATELY IN THE PROPOSAL OR (b) PROFIT INCLUDED IN THE CONTRACT PRICE AT WHICH ACCEPTABLE FINISHED PRODUCT, IF ANY, IS INCLUDED IN THE PROPOSAL? *(If "Yes," explain briefly.)*

☐ YES ☒ NO

29. WHAT IS LENGTH OF TIME (PRODUCTION CYCLE) REQUIRED TO PRODUCE ONE OF THE END ITEMS FROM THE TIME THE MATERIAL ENTERS THE PRODUCTION LINE TO THE COMPLETION AS THE FINISHED PRODUCT?

NA

30. STATE POLICY AND PROCEDURE FOR VERIFICATION AND NEGOTIATION OF SETTLEMENTS WITH SUBCONTRACTORS AND VENDORS.

"Ensure that all costs and fees are verifiable and reasonable through review of available documentation relative to applicable subcontracs/purchase orders. Ensure that negotiations result in equitable settlements for all involved parties.

**CERTIFICATE**

THIS CERTIFIES THAT, TO THE BEST KNOWLEDGE AND BELIEF OF THE UNDERSIGNED, THE ABOVE STATMENTS ARE TRUE AND CORRECT

| NAME OF CONTRACTOR | BY *(Signature of supervisory accounting official)* | |
|---|---|---|
| Systems Development Corporation (SDC, Inc.) | Lawrence Matthews (signature) | |
| | TITLE<br>Accounting Supervisor | DATE<br>4/23/04 |

(Where the space provided for any information is insufficient, continue on a separate sheet.)

STANDARD FORM 1439 (REV. 7-83) PAGE 4

**SYSTEMS DEVELOPMENT CORPORATION (SDC, Inc.)**

**Contract: DAAH01-00-C-0077** **Docket: A049531EA** **Labor Costs Detail**

| Category: G & A Labor | Rate | Hours | Direct Labor Cost | Overhead 46.00% | G & A 10.18% | Labor Costs |
|---|---|---|---|---|---|---|
| Executive Labor | $ 55.00 | 2000 | $ 110,000.00 | $ 50,600.00 | $ 16,349.08 | $ 176,949.08 |
| Contract Administration Labor | $ 25.00 | 2000 | $ 50,000.00 | $ 23,000.00 | $ 7,431.40 | $ 80,431.40 |
| | | | **$ 160,000.00** | **$ 73,600.00** | **$ 23,780.48** | **$ 257,380.48** |

| Category: Settlement Expenses (Negotiations) | | | | | | |
|---|---|---|---|---|---|---|
| Executive Labor | $ 55.00 | 105 | $ 5,775.00 | $ 2,656.50 | $ 858.33 | $ 9,289.83 |
| Contract Administration Labor | $ 25.00 | 125 | $ 3,125.00 | $ 1,437.50 | $ 464.46 | $ 5,026.96 |
| | | | **$ 8,900.00** | **$ 4,094.00** | **$ 1,322.79** | **$ 14,316.79** |

| Category: Other Costs (Procurement Labor) | | | | | | |
|---|---|---|---|---|---|---|
| Purchaser/Buyer | $ 19.00 | 500 | $ 9,500.00 | $ 4,370.00 | $ 1,411.97 | $ 15,281.97 |
| Procurement Clerk | $ 10.00 | 147 | $ 1,470.00 | $ 676.20 | $ 218.48 | $ 2,364.68 |
| Data Entry Clerk | $ 5.15 | 200 | $ 1,030.00 | $ 473.80 | $ 153.09 | $ 1,656.89 |
| | | | **$ 12,000.00** | **$ 5,520.00** | **$ 1,783.54** | **$ 19,303.54** |

508

INVENTORY SCHEDULE B (See FAR Section 45.606 for instructions)

☐ PARTIAL ☒ FINAL

TYPE: ☒ TERMINATION ☐ NONTERMINATION

TYPE OF CONTRACT: Firm Fixed Price

DATE:

OMB No.: 9000-0015
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

TYPE OF INVENTORY

☐ RAW MATERIALS (Other than metals) ☒ PURCHASED PARTS ☐ FINISHED COMPONENTS

☐ FINISHED PRODUCT ☐ PLANT EQUIPMENT ☐ MISCELLANEOUS

PROPERTY CLASSIFICATION:

PAGE NO.: 1 NO. OF PAGES: 5

THIS SCHEDULE APPLIES TO *(Check one)*

☒ A PRIME CONTRACT WITH THE GOVERNMENT ☐ SUBCONTRACT OR PURCHASE ORDER

COMPANY PREPARING AND SUBMITTING SCHEDULE: Systems Development Corporation

GOVERNMENT PRIME CONTRACT NO.: DAAH0100C0077/A049531EA

SUBCONTRACT OR P.O. NO.:

REFERENCE NO.: Hawk 1

STREET ADDRESS: 225 Spragins Street, Suite G

CONTRACTOR WHO SENT NOTICE OF TERMINATION

NAME:

CITY AND STATE *(Include ZIP Code)*: Huntsville, Alabama 35801

ADDRESS *(Include ZIP Code)*:

LOCATION OF MATERIAL: Teledyne Brown Engineering, 300 Sparkman Drive, NW, POC: Ed Russell, (256)726-4345

PRODUCT COVERED BY CONTRACT OR ORDER:

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REVISION NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST UNIT (e) | COST TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Microcircuit, Digital Q | 11568664 | box | A1 | 55 | EA | 79.00 | $4,345.00 | | |
| | 2 | Connector, Electrical | MIL-C-28754/24 | box | A1 | 265 | EA | 3.50 | $927.50 | | |
| | 3 | Socket, Plug-In, Electronic | MIL-S-83734/5 | box | A1 | 133 | EA | 2.30 | $305.90 | | |
| | 4 | Microcircuit, Digital | 13038370 | box | A1 | 23 | EA | 16.77 | $385.71 | | |
| | 5 | Microcircuit, Digital | 13038120 | box | A1 | 262 | EA | 85.00 | $22,270.00 | | |
| | 6 | Microcircuit, Linear | M38510/10504BEA | box | A1 | 16 | EA | 32.00 | $512.00 | | |

509

INVENTORY SCHEDULE

This inventory Schedule has been examined, and in the exercise of the signer's best judgment and to the best of the signer's knowledge, based upon information believed by the signer to be reliable, said Schedule has been prepared in accordance with applicable instructions; the inventory described is allocable to the designated contract and is located at the places specified; if the property reported is termination inventory, the quantities are not in excess of the reasonable quantitative requirements of the terminated portion of the contract; this Schedule does not include any items reasonably usable, without loss to the Contractor, on its other work; and the costs shown on this Schedule are in accordance with the Contractor's records and books of account.

The Contractor agrees to inform the Contracting Officer of any substantial change in the status of the inventory shown in this Schedule between the date hereof and the final disposition of such inventory.

Subject to any authorized prior disposition, title to the inventory listed in this Schedule is hereby tendered to the Government and is warranted to be free and clear of all liens and encumbrances.

NAME OF CONTRACTOR: Systems Development Corporation

BY *(Signature of Authorized Official)*: V. P. Gilchrist

TITLE: President

DATE: 4/23/04

NAME OF SUPERVISORY ACCOUNTING OFFICIAL: Lawrence Matthews

TITLE: Accounting Supervisor

# INVENTORY SCHEDULE B - CONTINUATION SHEET

TYPE: [X] TERMINATION [ ] NONTERMINATION

OMB No. 9000-0015
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0015), Washington, DC 20503.

TYPE OF INVENTORY: [ ] RAW MATERIALS (Other than metals) [X] PURCHASED PARTS [ ] FINISHED COMPONENTS [ ] FINISHED PRODUCTS [ ] PLANT EQUIPMENT [ ] MISCELLANEOUS

| GOVERNMENT PRIME CONTRACT NO. | SUBCONTRACT OR P.O. NO. | REFERENCE NO. | PROPERTY CLASSIFICATION | DATE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|
| DAAH0100C0077/A049531EA | | Hawk 1 | | | 2 | 5 |

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REV. NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST UNIT (e) | COST TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | Microcircuit, Linear, QU | M38510/11003BCX | box | A1 | 662 | EA | 22.75 | 15,060.50 | | |
| | 8 | Microcircuit, Digital, SY | 10668664 | box | A1 | 265 | EA | 3.58 | 948.70 | | |
| | 9 | Microcircuit, Linear, CMO | 5962-8770204RX | box | A1 | 530 | EA | 50.50 | 26,765.00 | | |
| | 10 | Microcircuit, Linear, OPE | 5962-87771 | box | A1 | 43 | EA | 23 | 989.00 | | |
| | 11 | Microcircuit, Linear, AN | M38510/10504BEA | box | A1 | 236 | EA | 32.00 | 7,552.00 | | |
| | 12 | Microcircuit, Linear, OPE | M38510/11006BCX | box | A1 | 487 | EA | 23.00 | 11,201.00 | | |
| | 13 | Microcircuit, Digital, (8 | 13038109 | box | A1 | 270 | EA | 4.45 | 1,201.50 | | |
| | 14 | Semiconductor Device,DI | MIL-S-19500/516 | box | A1 | 798 | EA | 10.35 | 8,259.30 | | |
| | 15 | Microcircuit, Digital, B | MIL-M-38510/077 | box | A1 | 132 | EA | 5.15 | 679.80 | | |
| | 16 | Microcircuit, Digital, L | MIL-M-38510/300 | box | A1 | 133 | EA | 1.68 | 223.44 | | |
| | 17 | Microcircuit, Digital, L | MIL-M-38510/300 | box | A1 | 133 | EA | 1.68 | 223.44 | | |
| | 18 | Microcircuit, Digital, L | MIL-M-38510/301 | box | A1 | 662 | EA | 1.79 | 1,184.98 | | |
| | 19 | Microcircuit, Digital, S | MIL-M-38510/305 | box | A1 | 265 | EA | 1.68 | 445.20 | | |
| | 20 | Microcircuit, Digital, L | MIL-M-38510/310 | box | A1 | 662 | EA | 1.68 | 1,112.16 | | |
| | 21 | Microcircuit, Digital, L | MIL-M-38510/315 | box | A1 | 529 | EA | 1.90 | 1,005.10 | | |
| | 22 | Microcircuit, Digital, L | MIL-M-38510/324 | box | A1 | 265 | EA | 2.38 | 630.70 | | |
| | 23 | Microcircuit, Digital, L | MIL-M-38510/3242 | box | A1 | 662 | EA | 2.38 | 1,575.56 | | |
| | 24 | Microcircuit, Digital, L | MIL-M-38510/325 | box | A1 | 265 | EA | 2.17 | 575.05 | | |

510

INVENTORY SCHEDULE B - CONTINUATION SHEET

[X] TERMINATION [ ] NONTERMINATION

OMB No. 9000-0015
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0015), Washington, DC 20503.

TYPE OF INVENTORY
[ ] RAW MATERIALS (Other than metals) [X] PURCHASED PARTS [ ] FINISHED COMPONENTS [ ] FINISHED PRODUCTS [ ] PLANT EQUIPMENT [ ] MISCELLANEOUS

| GOVERNMENT PRIME CONTRACT NO. | SUBCONTRACT OR P.O. NO. | REFERENCE NO. | PROPERTY CLASSIFICATION | DATE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|
| DAAH0100C0077/A049531EA | | Hawk 1 | | | 3 | 5 |

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REV. NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST (For finished product, show contract price instead of cost) UNIT (e) | TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25 | Capacitor, Fixed, Ceramic | MIL-C-39014/02 | box | A1 | 815 | EA | .88 | 717.20 | | |
| | 26 | Resistor, Fixed, Film | MIL-R-39017/5 | box | A1 | 200 | EA | .26 | 52.00 | | |
| | 27 | Resistor, Fixed, Film | MIL-R-39017/5 | box | A1 | 200 | EA | .26 | 52.00 | | |
| | 28 | Resistor,Fixed,Film | MIL-R-39017/5 | box | A1 | 200 | EA | .28 | 56.00 | | |
| | 29 | Resistor, Fixed, Film | MIL-R-39017/5 | box | A1 | 300 | EA | .26 | 78.00 | | |
| | 30 | Resistor, Fixed, Film | MIL-R-39017/5 | box | A1 | 300 | EA | .26 | 78.00 | | |
| | 31 | Resistor, Fixed, Film | MIL-R-39017/1 | box | A1 | 600 | EA | .26 | 156.00 | | |
| | 32 | Resistor, Fixed, Film | MIL-R-55182/1 | box | A1 | 600 | EA | .10 | 60.00 | | |
| | 33 | Resistor, Fixed, Film | MIL-R-55182/1 | box | A1 | 600 | EA | .10 | 60.00 | | |
| | 34 | Microcircuit, Linear, AN | M38510/10504BEA | box | A1 | 12 | EA | 24.57 | 294.84 | | |
| | 35 | Microcircuit, Digital (2) | 13038370 | box | A1 | 242 | EA | 16.85 | 4,077.70 | | |
| | 36 | Microcircuit, Digital, HY | 13038624 | box | A1 | 127 | EA | 481.00 | 61,087.00 | | |
| | 37 | Printed Wiring Board | 13234265 | box | A1 | 10 | EA | 79 | 790.00 | | |
| | 38 | Printed Wiring Board | 13234265 | box | A1 | 123 | EA | 79 | 9,717.00 | | |
| | 39 | Microcircuit, Digital, 0 | 13038132 | box | A1 | 397 | EA | 38.00 | 15,086.00 | | |
| | 40 | Microcircuit, Digital 8 | 13038109 | box | A1 | 270 | EA | 2.50 | 675.00 | | |
| | 41 | Connector, Plug, Electrical | 11569847 | box | A1 | 21 | EA | 34.99 | 734.79 | | |
| | 42 | Connector, Plug, Electrical | 11569847 | box | A1 | 112 | EA | 34.99 | 3,918.88 | | |

511

INVENTORY SCHEDULE B - CONTINUATION SHEET

TYPE
[X] TERMINATION [ ] NONTERMINATION

OMB No. 9000-0015
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0015), Washington, DC 20503.

TYPE OF INVENTORY
[ ] RAW MATERIALS (Other than metals) [X] PURCHASED PARTS [ ] FINISHED COMPONENTS [ ] FINISHED PRODUCTS [ ] PLANT EQUIPMENT [ ] MISCELLANEOUS

| GOVERNMENT PRIME CONTRACT NO. | SUBCONTRACT OR P.O. NO. | REFERENCE NO. | PROPERTY CLASSIFICATION | DATE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|
| DAAH0100C0077/A049531EA | | Hawk 1 | | | 4 | 5 |

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REV. NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST UNIT (e) | COST TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 43 | Resistor, Fixed, Flim I | MIL-R-39017/5 | box | A1 | 100 | EA | .15 | 15.00 | | |
| | 44 | Handle, Printed Circuit | 13235168 | box | A1 | 127 | EA | 4.31 | 547.37 | | |
| | 45 | Rivet, Solid, Universal H | MS20470A2-4-5 | box | A1 | .55 | LB | 30.63 | 16.85 | | |
| | 46 | Rivet, Solid, Universal | 13235106 | box | A1 | 5071 | EA | .03 | 152.13 | | |
| | 47 | Capacitor, Fixed, Electrical | MIL-C-49137/6 | box | A1 | 270 | EA | 6.05 | 1,633.50 | | |
| | 48 | Capacitor, Fixed, Electrical | MIL-C-49137/6 | box | A1 | 406 | EA | 4.99 | 2,025.94 | | |
| | 49 | Resistor, Fixed Film | MIL-R-39017/3 | box | A1 | 275 | EA | 2.00 | 550.00 | | |
| | 50 | Wire, Electrical, Copper | QQW343S24S1T | box | A1 | 1000 | FT | .03 | 30.00 | | |
| | 51 | Resistor, Network, Fixed | 13038402 | box | A1 | 533 | EA | 77.00 | 41,041.00 | | |
| | 52 | Resistor, Network, Fixed | 13038402 | box | A1 | 35 | EA | 80.85 | 2,829.75 | | |
| | 53 | Resistor, Network, Fixed | 13038402 | box | A1 | 393 | EA | 77.00 | 30,261.00 | | |
| | 54 | Resistor, Network, Fixed | 13038402 | box | A1 | 162 | EA | 80.85 | 13,097.70 | | |
| | 55 | Resistor, Network, Fixed | 13038402 | box | A1 | 68 | EA | 80.85 | 5,497.80 | | |
| | 56 | Handle, Printed Circuit | 13235168 | box | A1 | 8 | EA | 8.71 | 69.68 | | |
| | 57 | Resistor,Variable, Nonw | MIL-R-39035/3 | box | A1 | 276 | EA | 1.86 | 513.36 | | |
| | 58 | Capacitor, Fixed, Ceramic | MIL-C-39014/05 | box | A1 | 6000 | EA | .37 | 2,220.00 | | |
| | 59 | Resistor, Network, Fixed | MIL-R-83401/02 | box | A1 | 150 | EA | 5.52 | 828.00 | | |
| | 60 | Microcircuit, Linear, OP | 13038457 | box | A1 | 217 | EA | 10.25 | 2,224.25 | | |

512

# INVENTORY SCHEDULE B - CONTINUATION SHEET

[X] TERMINATION [ ] NONTERMINATION

OMB No. 9000-0015
Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0015), Washington, DC 20503.

TYPE OF INVENTORY

[ ] RAW MATERIALS (Other than metals) [X] PURCHASED PARTS [ ] FINISHED COMPONENTS [ ] FINISHED PRODUCTS [ ] PLANT EQUIPMENT [ ] MISCELLANEOUS

| GOVERNMENT PRIME CONTRACT NO. | SUBCONTRACT OR P.O. NO. | REFERENCE NO. | PROPERTY CLASSIFICATION | DATE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|
| DAAH0100C0077/A049531EA | | Hawk 1 | | | 5 | 5 |

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | DESCRIPTION: ITEM DESCRIPTION (b) | DESCRIPTION: GOVERNMENT PART OR DRAWING NUMBER AND REV. NUMBER (b1) | DESCRIPTION: TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST (For finished product, show contract price instead of cost): UNIT (e) | COST: TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61 | Microcircuit, Linear, OP | 13038457 | box | A1 | 313 | EA | 10.25 | 3,208.25 | | |
| | 62 | Microcircuit, Digital, HY | 13038624 | box | A1 | 3 | EA | 1125.00 | 3,375.00 | | |
| | 63 | Capacitor, Fixed, Electric | MIL-C-49137/6 | box | A1 | 6 | EA | 42.50 | 255.00 | | |
| | 64 | Capacitor, Fixed, Electric | MIL-C-49137/6 | box | A1 | 6 | EA | 19.95 | 119.70 | | |
| | 65 | Microcircuit, Digital, Q | 11568664 | box | A1 | 112 | EA | 29.95 | 3,354.40 | | |
| | 66 | Rivet, Solid, Universal | 13235106 | box | A1 | 450 | EA | .20 | 90.00 | | |
| | 67 | Rivet, Solid, Universal | 13235106 | box | A1 | 5071 | EA | .03 | 152.13 | | |

513

# *SDC, Incorporated*

## Purchase Order

215 Wynn Dr., Suite 318
Huntsville, AL 35805

Office: (256) 382-4600
Fax: (256) 382-4601

Date: 11 July 2000

P. O. No.: SDC006 **Revision 2**
**See Attachment**

**SUPPLIER:**
Teledyne Brown Engineering
300 Sparkman Drive
Huntsville, AL 35805
Telephone: (256) 726-1000

**SHIP TO:**
Supplier shall hold pending the receipt of shipping instructions

| ITEM NO. | QTY | DESCRIPTION | UNIT | TOTAL |
|---|---|---|---|---|
| 1 | 129 | Supplier (TBE) shall provide the material to fabricate, assemble, | | $ 397,771.58 |
| | | and deliver 129 HAWK Circuit Cards as defined in Drawing | | $ - |
| | | No. 13235072. The Total includes 3% attrition. Payment will be | | $ - |
| | | made witin 10 working days after receipt of customer payment. | | $ - |
| | | Supplier shall kit material and hold pending receipt of shipping | | $ - |
| | | instructions. | | $ - |
| 2 | | Receiving, inspection, and kitting | | $ 5,526.00 |
| | | Delivery shall be completed within 30 days | | $ - |
| | | | SUB TOTAL | $ 403,297.58 |
| | | | TAX | $ - |
| | | | S & H | |
| | | | TOTAL | $ 403,297.58 |

Notes
1. Data Requirements (Checked)
   - ☐ Certificate of Compliance
   - a. TBE may invoice SDC for 75% of PO value upon ordering 90% of Material and providing verification documentation
   - b. Remaining 25% of purchase order value to be billed when material is received by TBE

Quotation No.

Requestor

Approval

**NOTE - Quote must include freight and insurance
F.O.B: Huntsville, AL

11 July 2000

Attachment

Revision 2

1) SDC authorizes Teledyne Brown Engineering to procure the following alternate part numbers:

| Find No. | Identification No. | Alternate Part |
|---|---|---|
| 10 | 11570153-017 | CX16K106K |
| 07 | P55365-002-01 | CX16J106K |
| | 11569847 | GC#28120 |
| 18 | 13038370 | 8403615JA |
| 19 | 13038109-031 | 27C64-20/P |
| 51 | 13038109-032 | 27C64-20/P |
| 11 | 13038132 | DP7303/BRA |
| 29 | 11568664 | SL5433/BCA |
| 16 | 13038120-008 | 5962-8768201MRX |
| 50 | 13038120-021 | 5962-8768201MRX |
| 23 | 13038624 | HDAS-16/883B-21229 |
| 20 | 10668664 | SNJ5497J |
| 24 | 13038331 | 5962-8770204RX |
| 26 | 13038457 | SG1536Y-883B |
| 22 | 5962-8777101CX | M38510/11006BCX |
| 34 | 13038402-001 | 793-010345 |
| 35 | 13038402-002 | 793-010346 |
| 36 | M8340102M2201JB | M8340102M2201GB |
| 04 | 13235106 | RA-42919 |

2) SDC amends the Purchase Order amount by $5,526.00 to cover the cost associated with material receiving, inspection and kitting.

3) Contract DAAH01-00-C-0077 specifies Revision A of part number 13235072.