**INVENTORY SCHEDULE B** (See FAR Section 45.606 for instructions)

☐ PARTIAL ☒ FINAL

TYPE: ☒ TERMINATION ☐ NONTERMINATION

TYPE OF CONTRACT: Fixed Price

DATE: 04-09-2004

OMB No.: 9000-0015 Expires: 05/31/98

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

TYPE OF INVENTORY

☐ RAW MATERIALS (Other than metals) ☒ PURCHASED PARTS ☐ FINISHED COMPONENTS

☐ FINISHED PRODUCT ☐ PLANT EQUIPMENT ☐ MISCELLANEOUS

PROPERTY CLASSIFICATION: Materials

PAGE NO.: 1 NO. OF PAGES: 4

THIS SCHEDULE APPLIES TO (Check one)

☐ A PRIME CONTRACT WITH THE GOVERNMENT ☒ SUBCONTRACT OR PURCHASE ORDER

GOVERNMENT PRIME CONTRACT NO.: DAAH01-00-C-0077

SUBCONTRACTOR P.O. NO.: SDC006

REFERENCE NO.: 04-C0800-001

COMPANY PREPARING AND SUBMITTING SCHEDULE: Teledyne Brown Engineering, Inc.

STREET ADDRESS: 300 Sparkman Drive

CITY AND STATE (include ZIP Code): Huntsville, AL 35805

LOCATION OF MATERIAL: 300 Sparkman Drive, Huntsville, AL 35805

**CONTRACTOR WHO SENT NOTICE OF TERMINATION**

NAME: SDC, Incorporated

ADDRESS (Include ZIP Code): 215 Wynn Drive, Suite 318, Huntsville, AL 35805

PRODUCT COVERED BY CONTRACT OR ORDER: Procurement of material to fabricate, assemble and deliver 129 HAWK circuit cards, P/N 13235072

516

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REVISION NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST UNIT (e) | COST TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Microcircuit, Digital | SL5433/BCA | box | A1 | 55 | ea | $79.00 | $4,345.00 | | |
| | 2 | Connector, Electrical (MIL-C-28754/24) | M28754-24-03 | box | A1 | 265 | ea | $3.50 | $927.50 | | |
| | 3 | Socket, Plug-In Electron | M83734/5-013 | box | A1 | 133 | ea | $2.30 | $305.90 | | |
| | 4 | Microcircuit, Digital | 8403615JA | box | A1 | 23 | ea | $16.77 | $385.71 | | |
| | 5 | Microcircuit, Digital, FI | 5962-876820MRX | box | A1 | 258 | ea | $85.00 | $21,930.00 | | |
| | 6 | Microcircuit, Linear, AN | M38510/10504BEA | box | A1 | 16 | ea | $32.00 | $512.00 | | |
| | 7 | Microcircuit, Linear, QU | M38510/11003BC | box | A1 | 662 | ea | $22.75 | $15,060.50 | | |

INVENTORY SCHEDULE

This Inventory Schedule has been examined, and in the exercise of the signer's best judgment and to the best of the signer's knowledge, based upon information believed by the signer to be reliable, said Schedule has been prepared in accordance with applicable instructions; the inventory described is allocable to the designated contract and is located at the places specified; if the property reported is termination inventory, the quantities are not in excess of the reasonable quantitative requirements of the terminated portion of the contract; this Schedule does not include any items reasonably usable, without loss to the Contractor, on its other work; and the costs shown on this Schedule are in accordance with the Contractor's records and books of account.

The Contractor agrees to inform the Contracting Officer of any substantial change in the status of the inventory shown in this Schedule between the date hereof and the final disposition of such inventory.

Subject to any authorized prior disposition, title to the inventory listed in this Schedule is hereby tendered to the Government and is warranted to be free and clear of all liens and encumbrances.

NAME OF CONTRACTOR: Teledyne Brown Engineering, Inc.

BY (Signature of Authorized Official): [signature]

TITLE: Director, Product Assurance

DATE: 04-12-04

NAME OF SUPERVISORY ACCOUNTING OFFICIAL: Jan Hess

TITLE: V.P., Finance

517



INVENTORY SCHEDULE B - CONTINUATION SHEET

TYPE: ☐ TERMINATION ☐ NONTERMINATION

FORM APPROVED OMB NO. 9000-0015

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0015), Washington, D.C. 20503.

TYPE OF INVENTORY: ☐ RAW MATERIALS (Other than metals) ☒ PURCHASED PARTS ☐ FINISHED COMPONENTS ☐ FINISHED PRODUCTS ☐ PLANT EQUIPMENT ☐ MISCELLANEOUS

| GOVERNMENT PRIME CONTRACT NO. | SUBCONTRACT OR P.O. NO. | REFERENCE NO. | PROPERTY CLASSIFICATION | DATE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|
| DAAH01-00-C-0077 | | 04-C0800-001A | Materail | 04-09-2004 | 2 | 4 |

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REV. NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST UNIT (e) | COST TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | Microcircuit, Digital, SY | SNJ5497J | box | A1 | 265 | ea | $3.58 | $948.70 | | |
| | 9 | Microcircuit, Linear CMO | 5962-8770204RX | box | A1 | 530 | ea | $50.50 | $26,765.00 | | |
| | 10 | Microcircuit, Linear, OPE | M38510/11006BCX | box | A1 | 43 | ea | $23.00 | $989.00 | | |
| | 11 | Microcircuit, Linear, AN | M38510/10504BEA | box | A1 | 236 | ea | $32.00 | $7,552.00 | | |
| | 12 | Microciruite, Linear, OPE | M38510/11006BCX | box | A1 | 487 | ea | $23.00 | $11,201.00 | | |
| | 13 | Microcircuit, Digital | 27C64-20IP | box | A1 | 270 | ea | $4.45 | $1,201.50 | | |
| | 14 | Semiconductor Device, DI (MIL-S-19500/516) | JANTX1N6117A | box | A1 | 798 | ea | $10.35 | $8,259.30 | | |
| | 15 | Microcircuit, Digital, B (MIL-M-38510/077) | M38510/07701BEX | box | A1 | 132 | ea | $5.15 | $679.80 | | |
| | 16 | Microcircuit, Digital, L (MIL-M-38510/300) | M38510/300001BCX | box | A1 | 133 | ea | $1.68 | $223.44 | | |
| | 17 | Microcircuit, Digital, L (MIL-M-38510/300) | M38510/30003BCX | box | A1 | 133 | ea | $1.68 | $223.44 | | |
| | 18 | Microcircuit, Digital, L (MIL-M-38510/301) | M38510/30102BCX | box | A1 | 662 | ea | $1.79 | $1,184.98 | | |
| | 19 | Microcircuit, Digital S (MIL-M-38510/305) | M38510/30501BCX | box | A1 | 265 | ea | $1.68 | $445.20 | | |
| | 20 | Microcircuit, Digital, L (MIL-M-35810/310) | M38510/31004BCX | box | A1 | 662 | ea | $1.68 | $1,112.16 | | |
| | 21 | Microcircuit, Digital, L (MIL-M-38510/315) | M38510/31504BCX | box | A1 | 529 | ea | $1.90 | $1,005.10 | | |
| | 22 | Microcircuit, Digital, L (MIL-M-38510/324) | M38510/32401BRX | box | A1 | 265 | ea | $2.38 | $630.70 | | |
| | 23 | Microcircuit, Digital, L (MIL-M-38510/324) | M38510/32403BRX | box | A1 | 662 | ea | $2.38 | $1,575.56 | | |
| | 24 | Microcircuit, Digital, L (MIL-M-38510/325) | M38510/32501BRX | box | A1 | 265 | ea | $2.17 | $575.05 | | |
| | 25 | Capacitor, Fixed, Ceramic (MIL-C-39014/02) | M39014/02-1419V | box | A1 | 815 | ea | $0.88 | $717.20 | | |
| | 26 | Resistor, Fixed, Film (1(MIL-R-39017/5)) | RLR05C1002GS | box | A1 | 200 | ea | $0.26 | $52.00 | | |
| | 27 | Resistor, Fixed, Film (I(MIL-R-39017/5)) | RLR05C1202GS | box | A1 | 200 | ea | $0.26 | $52.00 | | |
| | 28 | Resistor, Fixed, Film (I(MIL-R-39017/5)) | RLR05C2002FS | box | A1 | 200 | ea | $0.28 | $56.00 | | |
| | 29 | Resistor, Fixed, Film (I(MIL-R-39017/5)) | RLR05C3001GS | box | A1 | 300 | ea | $0.26 | $78.00 | | |
| | 30 | Resistor, Fixed, Film (I(MIL-R-39017/5)) | RLR05C3302GS | box | A1 | 300 | ea | $0.26 | $78.00 | | |
| | 31 | Resistor, Fixed, Film (I(MIL-R-39017/1)) | RLR07V75R0GS | box | A1 | 600 | ea | $0.26 | $156.00 | | |
| | 32 | Resistor, Fixed, Film (MIL-R-55182/1) | RNC55H3742FS | box | A1 | 600 | ea | $0.10 | $60.00 | | |
| | 33 | Resistor, Fixed, Film (MIL-R-55182/1) | RNC55H7151FS | box | A1 | 600 | ea | $0.10 | $60.00 | | |
| | 34 | Microcircuit, Linear AN | M38510/10504BEA | box | A1 | 12 | ea | $24.57 | $294.84 | | |
| | 35 | Microcircuit, Digital (2) | 8403615JA | box | A1 | 242 | ea | $16.85 | $4,077.70 | | |

**INVENTORY SCHEDULE B - CONTINUATION SHEET**

TYPE
☒ TERMINATION ☐ NONTERMINATION

FORM APPROVED OMB NO. 9000-0015

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0015), Washington, D.C. 20503.

TYPE OF INVENTORY
☐ RAW MATERIALS (Other than metals) ☒ PURCHASED PARTS ☐ FINISHED COMPONENTS ☐ FINISHED PRODUCTS ☐ PLANT EQUIPMENT ☐ MISCELLANEOUS

| GOVERNMENT PRIME CONTRACT NO. | SUBCONTRACT OR P.O. NO. | REFERENCE NO. | PROPERTY CLASSIFICATION | DATE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|
| DAAH01-00-C-0077 | | 04-C0800-001B | Material | 04/11/04 | 3 | 4 |

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | DESCRIPTION: ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REV. NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST (For finished product, show contract price instead of cost): UNIT (e) | TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 36 | Microcircuit, Digital HY | HDAS-16/883B-21229 | box | A1 | 127 | ea | $481.00 | $61,087.00 | | |
| | 37 | Printed Wiring Board | 13234265 | box | A1 | 10 | ea | $79.00 | $790.00 | | |
| | 38 | Printed Wiring Board | 13234265 | box | A1 | 123 | ea | $79.00 | $9,717.00 | | |
| | 39 | Microcircuit, Digital (0) | DP7303/BRA | box | A1 | 397 | ea | $38.00 | $15,086.00 | | |
| | 40 | Microcircuit, Digital (8) | 27C64-20/P | box | A1 | 270 | ea | $2.50 | $675.00 | | |
| | 41 | Connector, Plug Electrical | GS2812-0 | box | A1 | 21 | ea | $34.99 | $734.79 | | |
| | 42 | Connector, Plug Electrical | GS2812-0 | box | A1 | 112 | ea | $34.99 | $3,918.88 | | |
| | 43 | Resistor, Fixed, Fil, (I(MIL-R-39017/5) | RLR05C2002FS | box. | A1 | 100 | ea | $0.15 | $15.00 | | |
| | 44 | Handle, Printed Circuit | 13235168 | box | A1 | 127 | ea | $4.31 | $547.37 | | |
| | 45 | Rivet, Solid-Universal H | MS20470A2-4-5 | box | A1 | .55 | lb | $30.63 | $16.85 | | |
| | 46 | Rivet, Solid-Universal | RA-42919 | box | A1 | 5071 | ea | $0.03 | $152.13 | | |
| | 57 | Capacitor, Fixed, Electric (MIL-C-49137/6) | CX16K106K | box | A1 | 270 | ea | $6.05 | $1,633.50 | | |
| | 58 | Capacitor, Fixed, Electric (MIL-C-49137/6) | CX16K106K | box | A1 | 406 | ea | $4.99 | $2,025.94 | | |
| | 59 | Resistor, Fixed, Film (MIL-R-39017/3) | RLR32C9100GM) | box | A1 | 275 | ea | $2.00 | $550.00 | | |
| | 60 | Wire, Electrical, Copper | QQW343S24S1T | box | A1 | 1000 | ft | $0.03 | $30.00 | | |
| | 61 | Resistor, Network, Fixed | 793-010345 | box | A1 | 533 | ea | $77.00 | $41,041.00 | | |
| | 62 | Resistor, Network, Fixed | 793-010346 | box | A1 | 35 | ea | $80.85 | $2,829.75 | | |
| | 63 | Resistor, Network, Fixed | 793-010345 | box | A1 | 393 | ea | $77.00 | $30,261.00 | | |
| | 64 | Resistor, Network, Fixed | 793-010346 | box | A1 | 162 | ea | $80.85 | $13,097.70 | | |
| | 65 | Resistor, Network, Fixed | 793-010346 | box | A1 | 68 | ea | $80.85 | $5,497.80 | | |
| | 66 | Handle, Printed Circuit | 13235168 | box | A1 | 8 | ea | $8.71 | $69.68 | | |
| | 67 | Resistor, Variable, NONW (MIL-R-39035/3) | RJR26FX203R | box | A1 | 276 | ea | $1.86 | $513.36 | | |
| | 68 | Capacitor, Fixed, Ceramic (MIL-C-39014/05) | M39014/05-2255 | box | A1 | 6000 | ea | $0.37 | $2,220.00 | | |
| | 69 | Resistor Network, Fixed (MIL-R-83401/02) | M8340102M2201GB | box | A1 | 150 | ea | $5.52 | $828.00 | | |
| | 70 | Microcircuit, Linear OP | SG1536Y/883B | box | A1 | 217 | ea | $10.25 | $2,224.25 | | |
| | 71 | Microcircuit, Linear OP | SG1536Y/883B | box | A1 | 313 | ea | $10.25 | $3,208.25 | | |
| | 72 | Microcircuit, Digital HY | HDAS-16/883B-21229 | box | A1 | 3 | ea | $1,125.00 | $3,375.00 | | |
| | 73 | Capacitor, Fixed, Electric (MIL-C-491237/6) | CX16K106K | box | A1 | 6 | ea | $42.50 | $255.00 | | |

519

**INVENTORY SCHEDULE B - CONTINUATION SHEET**

TYPE
☐ TERMINATION ☐ NONTERMINATION

FORM APPROVED OMB NO. 9000-0015

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0015), Washington, D.C. 20503.

TYPE OF INVENTORY
☐ RAW MATERIALS (Other than metals) ☒ PURCHASED PARTS ☐ FINISHED COMPONENTS ☐ FINISHED PRODUCTS ☐ PLANT EQUIPMENT ☐ MISCELLANEOUS

| GOVERNMENT PRIME CONTRACT NO. | SUBCONTRACT OR P.O. NO. | REFERENCE NO. | PROPERTY CLASSIFICATION | DATE | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|---|
| DAAH01-00-C-0077 | | 03-C0880-001C | Material | 04-11-04 | 4 | 4 |

| FOR USE OF CONTRACTING AGENCY ONLY | ITEM NO. (a) | DESCRIPTION: ITEM DESCRIPTION (b) | GOVERNMENT PART OR DRAWING NUMBER AND REV. NUMBER (b1) | TYPE OF PACKING (Bulk, bbls., crates, etc.) (b2) | CONDITION (Use code) (c) | QUANTITY (d) | UNIT OF MEASURE (d1) | COST (For finished product, show contract price instead of cost) UNIT (e) | TOTAL (f) | CONTRACTOR'S OFFER (g) | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 74 | Capacitor, Fixed, Electric (MIL-C-49137/6) | CX16J106K | box | A1 | 6 | ea | $19.95 | $119.70 | | |
| | 75 | Microcircuit, Digital (Q) | 11568664 | box | A1 | 112 | ea | $29.95 | $3,354.40 | | |
| | 76 | Rivet, Solid, Universal | 13235106 | box | A1 | 450 | ea | $0.20 | $90.00 | | |
| | 77 | Rivet, Solid, Universal | RA-42919 | box | A1 | 5,071 | ea | $0.03 | $152.13 | | |

## SETTLEMENT PROPOSAL (INVENTORY BASIS)

OMB No.: 9000-0012
Expires: 05/31/98

·blic reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data ırces, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other ‿spect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

**FOR USE BY A FIXED-PRICE PRIME CONTRACTOR OR FIXED-PRICE SUBCONTRACTOR**

THIS PROPOSAL APPLIES TO *(Check one)*: ☐ A PRIME CONTRACT WITH THE GOVERNMENT ☒ SUBCONTRACT OR PURCHASE ORDER

COMPANY: Teledyne Brown Engineering

SUBCONTRACT OR PURCHASE ORDER NO(S).: SDC006

STREET ADDRESS: 300 Sparkman Drive, NW

**CONTRACTOR WHO SENT NOTICE OF TERMINATION**

CITY AND STATE *(Include ZIP Code)*: Huntsville, AL 35805

NAME: SDC, Inc.

NAME OF GOVERNMENT AGENCY: U.S. Army

ADDRESS *(Include ZIP Code)*: 215 Wynn Dr., Suite 318, Huntsville, AL 35805

GOVERNMENT PRIME CONTRACT NO.: DAAH01-00-C-0077

CONTRACTOR'S REFERENCE NO.:

If moneys payable under the contract have been assigned, give the following:

NAME OF ASSIGNEE:

EFFECTIVE DATE OF TERMINATION: Feb. 17, 2004

ADDRESS *(Include ZIP Code)*:

PROPOSAL NO.: TBE #2002-294

CHECK ONE: ☐ INTERIM ☒ FINAL

SF 1439, SCHEDULE OF ACCOUNTING INFORMATION ☒ IS ☐ IS NOT ATTACHED *(If not, explain below)*

### SECTION I - STATUS OF CONTRACT OR ORDER AT EFFECTIVE DATE OF TERMINATION

| PRODUCTS COVERED BY TERMINATED CONTRACT OR PURCHASE ORDER (a) | | FINISHED: PREVIOUSLY SHIPPED AND INVOICED (b) | FINISHED ON HAND: PAYMENT TO BE RECEIVED THROUGH INVOICING (c) | FINISHED ON HAND: INCLUDED IN THIS PROPOSAL (d) | UNFINISHED OR NOT COMMENCED: TO BE COMPLETED *(Partial termination only)* (e) | UNFINISHED OR NOT COMMENCED: NOT TO BE COMPLETED (f) | TOTAL COVERED BY CONTRACT OR ORDER (g) |
|---|---|---|---|---|---|---|---|
| Material and Piece Parts for Hawk Circuit Card, PN: 13235072 | QUANTITY | | | | | 129 Ea. | 129 Ea. |
| | $ | | | | | | |
| | QUANTITY | | | | | | |
| | $ | | | | | | |
| | QUANTITY | | | | | | |
| | $ | | | | | | |

### SECTION II - PROPOSED SETTLEMENT

| NO. | ITEM (a) | TOTAL PREVIOUSLY PROPOSED (b) | INCREASE OR DECREASE BY THIS PROPOSAL (c) | TOTAL PROPOSED TO DATE (d) | FOR USE OF CONTRACTING AGENCY ONLY (e) |
|---|---|---|---|---|---|
| | | (Use Columns (b) and (c) only where previous proposal has been filed) | | | |
| 1 | METALS | | | | |
| 2 | RAW MATERIALS *(other than metals)* | | | | |
| 3 | PURCHASED PARTS | | | 321,497 | |
| 4 | FINISHED COMPONENTS | | | | |
| 5 | MISCELLANEOUS INVENTORY | | | | |
| 6 | WORK-IN-PROCESS (Labor Costs) | | | 7,759 | |
| 7 | SPECIAL TOOLING AND SPECIAL TEST EQUIPMENT | | | | |
| 8 | OTHER COSTS *(from Schedule B)* | | | 1,776 | |
| 9 | GENERAL AND ADMINISTRATIVE EXPENSES *(from Schedule C)* | | | 37,294 | |
| 10 | TOTAL *(Items 1 to 9 inclusive)* | | | 368,326 | |
| 11 | PROFIT *(explain in Schedule D)* | | | 25,783 | |
| 12 | SETTLEMENT EXPENSES *(from Schedule E)* | | | | |
| 13 | TOTAL *(Items 10 to 12 inclusive)* | | | 394,109 | |
| 14 | SETTLEMENTS WITH SUBCONTRACTORS *(from Schedule F)* | | | | |
| 15 | ACCEPTABLE FINISHED PRODUCT | | | | |
| 16 | GROSS PROPOSED SETTLEMENT *(Items 13 thru 15)* | | | 394,109 | |
| 17 | DISPOSAL AND OTHER CREDITS *(from Schedule G)* | | | | |
| 18 | NET PROPOSED SETTLEMENT *(Item 16 less 17)* | | | 394,109 | |
| 19 | ADVANCE, PROGRESS & PARTIAL PAYMENTS *(from Schedule H)* | | | | |
| 20 | NET PAYMENT REQUESTED *(Item 18 less 19)* | | | 394,109 | |

*(When the space provided for any information is insufficient, continue on a separate sheet.)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 1435 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.249(a)(2)

**SCHEDULE A - ANALYSIS OF INVENTORY COST** *(Items4 and 6)*

Furnish the following information (unless not reasonably available) for inventories of finished components and work-in-progress included in this proposal:

| | TOTAL DIRECT LABOR | TOTAL DIRECT MATERIALS | TOTAL INDIRECT EXPENSES | TOTAL |
|---|---|---|---|---|
| FINISHED COMPONENTS | | | | |
| WORK-IN-PROGRESS | 7,759 | | See SCH C | 7,759 |

NOTE: Individual items of small amounts may be grouped into a single entry in Schedules B, C, D, and G.

**SCHEDULE B - OTHER COSTS** *(Item8)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| Raw ODC's | OT Premium | 23 | |
| Raw ODC's | Print Shop | 3 | |
| Raw ODC's | Period Cost W/O | 1,750 | |
| | | | |
| | | | |
| | | | |
| | | | |

**SCHEDULE C - GENERAL AND ADMINISTRATIVE EXPENSES** *(Item9)*

| DETAIL OF EXPENSES | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| Indirect Expenses, including Overhead, Material | $37,294 | |
| Handling, and G&A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SCHEDULE D - PROFIT** *(Item 11)*

| EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| 7% Profit | 25,783 | |
| | | |
| | | |
| | | |
| | | |
| | | |

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

SCHEDULE E - SETTLEMENT EXPENSES *(Item 12)*

| ITEM | EXPLANATION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE F - SETTLEMENTS WITH IMMEDIATE SUBCONTRACTORS AND SUPPLIERS *(Item 14)*

| NAME AND ADDRESS OF SUBCONTRACTOR | BRIEF DESCRIPTION OF PRODUCT CANCELED | AMOUNT OF SETTLEMENT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SCHEDULE G - DISPOSAL AND OTHER CREDITS *(Item 17)*

| DESCRIPTION | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*(If practicable, show separately amount of disposal credits applicable to acceptable finished product included in Item 15.)*

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

SCHEDULE H - ADVANCE, PROGRESS AND PARTIAL PAYMENTS *(Item 19)*

| DATE | TYPE OF PAYMENT | AMOUNT | FOR USE OF CONTRACTING AGENCY ONLY |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*(Where the space provided for any information is insufficient, continue on a separate sheet.)*

CERTIFICATE

This is to certify that the undersigned, individually, and as an authorized representative of the Contractor, has examined this termination settlement proposal and that, to the best knowledge and belief of the undersigned:

(a) AS TO THE CONTRACTOR'S OWN CHARGES. The proposed settlement (exclusive of charges set forth in Item 14) and supporting schedules and explanations have been prepared from the books of account and records of the Contractor in accordance with recognized commercial accounting practices; they include only those charges allocable to the terminated portion of this contract; they have been prepared with knowledge that they will, or may, be used directly or indirectly as the basis of settlement of a termination settlement proposal or claim against an agency of the United States; and the charges as stated are fair and reasonable.

(b) AS TO THE SUBCONTRACTORS' CHARGES. (1) The Contractor has examined, or caused to be examined, to an extent it considered adequate in the circumstances, the termination settlement proposals of its immediate subcontractors (exclusive of proposals filed against these immediate subcontractors by their subcontractors); (2) The settlements on account of immediate subcontractors own charges are fair and reasonable, the charges are allocable to the terminated portion of this contract, and the settlements were negotiated in good faith and are not more favorable to its immediate subcontractors than those that the Contractor would make if reimbursement by the Government were not involved; (3) The Contractor has received from all its immediate subcontractors appropriate certificates with respect to their termination settlement proposals, which certificates are substantially in the form of this certificate; and (4) The Contractor has no information leading it to doubt (i) the reasonableness of the settlements with more remote subcontractors or (ii) that the charges for them are allocable to this contract. Upon receipt by the Contractor of amounts covering settlements with its immediate subcontractors, the Contractor will pay or credit them promptly with the amounts so received, to the extent that it has not previously done so. The term "subcontractors," as used above, includes suppliers.

NOTE: The Contractor shall, under conditions stated in FAR 15.403, be required to submit a Certificate of Current Cost or Pricing Data (see FAR 15.406-2 and15.408 Table 15-2).

| NAME OF CONTRACTOR | BY *(Signature of authorized official)* | |
|---|---|---|
| Teledyne Brown Engineering, Inc. | Harry A. Chaffee [signature] | |
| | TITLE Director, Contract Administration | DATE 20 Apr 2004 |
| NAME OF SUPERVISORY ACCOUNTING OFFICIAL | TITLE | |
| Debbie McGriff | Controller | |

STANDARD FORM 1435 (REV. 9-97) PAGE 4