# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: November 9, 2007)

************************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
************************************************************

## ORDER

The Court intends to schedule Oral Argument during the period of **December 10, 11, or 14-20, 2007.**

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed Oral Argument dates no later than November 30, 2007.** Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 1:00 p.m.

The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff may participate by phone. **Please advise Ms. Lawson of your preference at the time the Oral Argument is scheduled.** Counsel for the United States must appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge