# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: November 14, 2007)

************************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
************************************************************

## ORDER

This Order confirms **Oral Argument** is scheduled in this matter for **10:00 a.m., on Wednesday, December 19, 2007**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff and the Defendant shall be appearing in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge