# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: February 1, 2008)

**********************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************************

## ORDER

Plaintiff's unopposed **Motion for a** 2-day **Enlargement of Time** filed January 31, 2008, to file its **Supplemental Brief** is hereby **GRANTED**. **Plaintiff shall file its Supplemental Brief by February 4, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge