IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEMS DEVELOPMENT CORPORATION, Plaintiff, | * | Filed: January 31, 2008 |
| v. | * | Case No. 06-232C (Judge Baskir) |
| UNITED STATES, Defendant, | * | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Come now all parties to the above-styled action, pursuant to Rule 41(a)(1)(ii) of the *Rules of the United States Court of Federal Claims*, and pray this Honorable Court to dismiss the above-styled action without prejudice. In support of this motion, the parties state unto the Court as follows:

1. On July 23, 2007, the Government filed its Motion to Dismiss, or Alternatively, for Summary Judgment, based in part upon the premise that this Court did not have jurisdiction over the above-styled action due to the lack of an appropriate Contracting Officer's Final Decision.

2. The Plaintiff responded in opposition to the Government's motion on August 31, 2007.

3. Oral argument on these conflicting motions was held on December 19, 2007.

4. Since the oral argument, the Plaintiff has discovered that the Terminating Contracting Officer's Decision, which had been relied upon to establish jurisdiction of this Court, was rendered without sufficient authority over the specific issues raised by the Plaintiff in this action.

5. Without a valid Contracting Officer's Final Decision on the Plaintiff's claims, this Court is not vested with appropriate subject-matter jurisdiction to consider said claims.

6. The Plaintiff has never dismissed an action based upon these claims in any court of the United States.

WHEREFORE, the premises considered, the Plaintiff and Defendant jointly stipulate to a dismissal of the above-styled action for want of jurisdiction, said dismissal being without prejudice.

This Motion is respectfully submitted on this the 4th day of February, 2008.

/s/ Howell Roger Riggs______
Howell Roger Riggs
Attorney for the Plaintiff
Dick Riggs Miller LLP
200 Clinton Avenue West
Regions Center, Suite 1050
Huntsville, Alabama 35801
Tel: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net

/s/ Joan M. Stentiford______
Joan M. Stentiford
Attorney for the Defendant
Department of Justice, Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624
joan.stentiford-ulmer@usdoj.gov