# In the United States Court of Federal Claims

Case No. 06-232C
(Filed: February 5, 2008)

*********************************************************
SYSTEMS DEVELOPMENT CORPORATION, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************************

## ORDER

_____**Parties' Joint Stipulation of Dismissal Without Prejudice** of this matter filed February 4, 2008, **is hereby GRANTED**. Each party is to bear its own costs, expenses and attorney fees.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge